IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| BLUE CHIP 2000 COMMERCIAL CLEANING, INC. | : | Case No.: A2302452 |
| | : | Judge Terry Nestor |
| Plaintiff, | | |
| vs. | : | |
| WASHINGTON PRIME GROUP, INC. | : | **PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| | : | |
| Defendant | : | |
| | : | |
| | : | |

Now comes Plaintiff, Blue Chip 2000 Commercial Cleaning, Inc. (hereinafter referred to as "Blue Chip"), by and through Counsel, and for its First Amended Complaint against Defendant, Washington Prime Group, Inc. (hereinafter referred to as "WPG") states as follows:

1.     Blue Chip is incorporated in Ohio and provides general janitorial services to its clients.

2.     Defendant WPG is based in Indianapolis, Indiana and manages and operates various shopping malls across the United States, utilizing different limited liability companies and partnerships for each particular shopping mall.

3.     Blue Chip, from time to time, provided general janitorial services to WPG at various shopping malls.

4.      Blue Chip entered into housekeeping contractor service agreements with WPG for the various malls managed and operated by WPG.

5.      WPG was the author of the housekeeping contractor service agreements that Blue Chip signed and no changes were made to these agreements when proffered to Blue Chip by WPG.

6.      Blue Chip provided services to Dayton Mall located in Dayton, Ohio.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of April 30, 2018 to May 31, 2021, for Dayton Mall is attached as Exhibit A.

7.      Blue Chip provided services to Melbourne Square Mall located in Melbourne, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of October 1, 2015 to September 30, 2018 for Melbourne Square Mall is attached as Exhibit B.

8.      A copy of the housekeeping contract service agreement between Blue Chip and WPG for the period of January 1, 2019 to January 31, 2022 for the Melbourne Square Mall is attached as Exhibit C.

9.      Blue Chip provided services to Cottonwood Mall located in Albuquerque, New Mexico.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of September 19, 2015 to September 18, 2018 for Cottonwood Mall is attached as Exhibit D.

10.     Blue Chip provided services to Edison Mall located in Ft. Meyers, Florida. A copy of the housekeeping contractor service agreement between Blue

Chip and WPG for the period of January 1, 2019 to January 31, 2022 for Edison Mall is attached as Exhibit E.

11.     Blue Chip provided services to Fairfield Commons Mall located in Beavercreek, Ohio.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of April 30, 2018 to May 31, 2021 for Fairfield Commons Mall is attached as Exhibit F.

12.     Blue Chip provided services to Grand Central Mall located in Vienna, West Virginia.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of May 22, 2018 to May 31, 2022 for Grand Central Mall is attached as Exhibit G.

13.     Blue Chip provided services to Oak Court Mall located in Memphis, Tennessee.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of September 24, 2015 to August 31, 2018 for Oak Court Mall is attached as Exhibit H.

14.     Blue Chip provided services to Orange Park Mall located in Orange Park, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of October 1, 2015 to September 30, 2018 for this mall is attached as Exhibit I.

15.     Blue Chip provided services to Paddock Mall located in Ocala, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of October 1, 2015 to September 30, 2018 for this mall is attached as Exhibit J.

3

16.     Blue Chip provided services to Polaris Fashion Place Mall located in Columbus, Ohio.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of April 29, 2018 to May 31, 2021 for this mall is attached as Exhibit K.

17.     Blue Chip provided services to Port Charlotte Town Center located in Port Charlotte, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of September 18, 2015 to September 30, 2018 for this mall is attached as Exhibit L.

18.     Blue Chip provided services to Seminole Towne Center located in Sandford, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of October 1, 2015 to September 30, 2018 for this mall is attached as Exhibit M.

19.     Blue Chip provided services to Westshore Plaza located in Tampa, Florida.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of May 4, 2018 to May 31, 2021 for this mall is attached as Exhibit N.

20.     Blue Chip provided services to Anderson Mall located at Anderson, South Carolina.  A copy of the housekeeping contractor service agreement between Blue Chip and WPG for the period of April 30, 2018 to May 31, 2021, for Anderson Mall is attached as Exhibit O.

21.     Under the terms of the housekeeping contractor service agreements, Blue Chip was to provide certain janitorial services in exchange for payment for those services.

4

22. The housekeeping contractor service agreements specifically outlined how Blue Chip would be paid and what specific duties were to be provided by Blue Chip at each individual shopping mall.

23. The housekeeping contractor service agreements outlined the particular number of hours to be performed by Blue Chip on a weekly basis to provide its services to the shopping malls.

24. Under the housekeeping contractor service agreements, Blue Chip was to be paid on a cost-plus basis.  The housekeeping contractor service agreements specifically identified those costs and expenses associated with overhead for which Blue Chip was not permitted to charge WPG under the housekeeping contractor service agreements.

25. In addition, WPG listed reimbursable-cost billable items for which Blue Chip could obtain reimbursement from WPG.

26. These cost-plus items included items specifically related to the provision of services to the particular mall in question, including the cost of labor, background checks, overtime, certain small equipment, and indemnification.

27. From time to time, customers at the shopping malls or other employees of shopping mall stores would file claims and/or suits against WPG and/or Blue Chip seeking damages for injuries allegedly suffered at the shopping mall.

28. Many of these claims were slip and falls that occurred within the malls' complex.

29.    WPG requested that Blue Chip indemnify WPG for these matters.

30.    Blue Chip kept a running count of the costs associated with the indemnification requests and presented the request for reimbursement to WPG based upon the reimbursable indemnification costs incurred by Blue Chip pursuant to the housekeeping contractor service agreements.

31.    WPG employees and consultants agreed that Blue Chip had the right to obtain reimbursement for these indemnification costs, but requested that the indemnification costs be broken down on an individual mall basis.

32.    Blue Chip provided that information in the early part of 2023 to WPG.

33.    WPG, despite indicating a willingness to provide reimbursement, has yet to provide said reimbursement or an explanation for its failure to do so.

34.    Blue Chip now seeks the costs associated with the indemnification provisions in the various housekeeping contractor service agreements.

## COUNT I – BREACH OF CONTRACT

35.     Blue Chip incorporates by reference herein the allegations contained in paragraphs 1 through 34 as if fully rewritten herein.

36.    Blue Chip entered into the contracts set forth in Exhibits A-O with WPG.

37.    These contracts provided reimbursement to Blue Chip of indemnification costs.

38.    The indemnification costs are ongoing and increasing as this matter is pending.

6

39.    WPG breached the contracts set forth in Exhibits A – O by failing to properly reimburse Blue Chip for the indemnification costs that Blue Chip was entitled to be reimbursed for under the contracts.

40.    WPG's actions in failing to pay Blue Chip what it is entitled to under the contracts proximately caused damages to Blue Chip in an amount to be determined at trial but which excess $25,000.

## COUNT II – PRORATION OF COSTS

41.    Blue Chip incorporates by reference herein the allegations contained in paragraphs 1 through 40 as if fully rewritten herein.

42.    The claims made by customers of the various shopping malls and by other employees of stores located within the various shopping malls did not arise out of a particular failure by Blue Chip to perform its services under the various housekeeping contractor service agreements.

43.    WPG's actions in breaching the contracts with Blue Chip in failing to indemnify Blue Chip for the claims made against it under the various contracts have resulted in the cost of the indemnification claims being solely born by Blue Chip.

44.    The costs of these claims should be borne equitably by WPG and to the extent Blue Chip is partially responsible for any claims asserted against WPG and/or Blue Chip, such costs should be borne on a prorated basis.

## COUNT III – VIOLATION OF STATE LAWS

45.    Blue Chip incorporates by reference herein the allegations contained in paragraphs 1 through 44 as if fully rewritten herein.

46. The indemnification provisions within the various housekeeping contractor service agreements are invalid and violate Ohio law and the laws of the states where the shopping malls are located.

47. Any claims by WPG for indemnification from Blue Chip should fail and any costs reimbursed by Blue Chip pursuant to the housekeeping contractor service agreements should be refunded to Blue Chip.

## COUNT IV – UNJUST ENRICHMENT

48. Blue Chip incorporates by reference herein the allegations contained in paragraphs 1 through 42 as if fully rewritten herein.

49. Blue Chip has made reimbursable payments to WPG pursuant to the housekeeping contractor service agreements.

50. WPG was aware of the benefit conferred by Blue Chip on WPG when Blue Chip made these payments.

51. WPG was unjustly enriched by the benefit conferred by Blue Chip when it made these payments.

52. It would be unjust under the circumstances to permit WPG to retain the benefits conferred by Blue Chip without paying Blue Chip the reimbursable costs.

53. Blue Chip has been harmed by virtue of the benefits retained by WPG that are due and owing to Blue Chip.

## COUNT V – BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

54. Blue Chip incorporates by reference herein the allegations contained in paragraphs 1 through 48 as if fully rewritten herein.

55. Implied in every contract is the contractual covenant of good faith and fair dealing, which cannot be waived.

56. The covenant of good faith and fair dealing adheres in every contract and inquires the contracting parties to refrain from arbitrary or unreasonable conduct which has the effect of preventing the other party from receiving the full benefit of the contract.

57. By virtue of WPG's actions as outlined above, WPG has breached the duty of good faith and fair dealing inherent in every contractual obligation and in the housekeeping contractor's service agreements with Blue Chip.

58. WPG's breach of the duty of good faith and fair dealing under each of their contracts with Blue Chip has resulted in damages to Blue Chip and the amount to be determined at trial, but which exceeds $25,000.

## PRAYER FOR RELIEF

Based upon the foregoing, Blue Chip 2000 Commercial Cleaning, Inc. seeks all amounts owed as reimbursement for indemnification costs under the housekeeping contractor service agreements, indemnification for any payments made in this litigation, punitive damages where appropriate, attorney fees, costs and all other relief to which it is entitled.

Respectfully submitted,

*/s/ Bernard W. Wharton*
R. Gary Winters  (0018680)
Joseph C. Gruber   (0037604)
Bernard W. Wharton (0063487)
McCaslin, Imbus & McCaslin, LPA
Attorneys for Plaintiff
600 Vine Street, Suite 800
Cincinnati, OH   45202
Phone:  513-421-4646
Fax:  513-421-7929
e-mail: rgwinters@mimlaw.com
            jcgruber@mimlaw.com
            bwwharton@mimlaw.com
**Counsel for Plaintiff**

## INSTRUCTIONS TO THE CLERK

Please serve defendant via Certified Mail, Return Receipt Requested, at the addresses listed in the Complaint and on the Written Request for Service filed separately.

*/s/ Bernard W. Wharton*
Bernard W. Wharton      (0063487)

G:\joe\190801 - Blue Chip\FIRST AMENDED COMPLAINT.docx

10



# HOUSEKEEPING CONTRACTOR SERVICE AGREEMENT

This Agreement ("Agreement") is entered into this 2nd day of May, 2018 by and between **Dayton Mall II, LLC** ("Owner") and Blue Chip 2000 ("Contractor") for the performance of housekeeping services at the property described in the attached Exhibit "A" (the "Shopping Center").

Owner and Contractor mutually agree as follows:

1. Term. This Agreement shall become effective on the **30th** day of **April**, 2018, and shall continue in effect until the **31st day** of **May**, **2021**, and month-to-month thereafter, unless and until terminated as provided herein.

2. Contractor's Services.

2.1    Contractor agrees to provide all janitorial, cleaning, housekeeping, trash removal, supervisory, inspections, administrative and other services as necessary to fully and timely perform the services and tasks set forth in the attached Exhibit "C" and incorporated herein by reference, in order to maintain the Shopping Center in a neat, safe and clean condition (collectively, the "Services").

2.2    Contractor agrees to perform in a good and workmanlike manner, and to furnish at its sole cost and expense, all personnel, labor, services, administrative services, other facilities required for the prompt and efficient execution of the Services in strict compliance with this Agreement, all applicable laws, ordinances and regulations, including, without limitation, all of the licenses and permits required by all governmental agencies to perform the Services. Contractor agrees and warrants, in connection with all Services required by this Agreement, that it will not violate, and shall at its sole cost and expense, comply with all applicable laws, ordinances, regulations and orders of governmental authorities, whether enacted and in force now or in the future.

2.3    Owner shall have the right at any time during the term of this Agreement, upon giving ten (10) days' notice to Contractor, to elect, at its sole option, to reduce the janitorial scope of work, tasks or frequency of tasks performed pursuant to this Agreement. If Owner makes such an election, the compensation due to Contractor under this Agreement shall be agreed upon by both parties.

2.4    Contractor understands and agrees that Contractor's services required by this Agreement with respect to maintaining all areas of the Shopping Center, including but not limited to parking lots, landscaped areas, walking surfaces as shown on attached site plan and all sidewalks of the Shopping Center shall be performed in accordance with the specifications

1

set forth in the attached Exhibit "C". Contractor will assiduously endeavor to prevent personal injury or property damage resulting from slippery or other hazardous conditions of the Shopping Center, including, but not limited to, the walking surfaces of the Shopping Center.

2.5     It is further understood and agreed by the parties that any additional services, labor, materials or equipment which the parties may deem necessary shall be furnished only upon written proposal and bid submitted by Contractor in advance and written approval thereof by Owner in advance. Likewise, any deletions of scheduled services by Contractor may be made only upon written recommendation by Contractor in advance and with written approval thereof by Owner in advance. Additional services, if any, shall be paid for at the price agreed upon by the parties, along with the regularly scheduled payments hereunder. Contractor shall be entitled to receive payment only for services approved and agreed upon by Owner in writing, in advance, and actually performed and rendered according to the terms and conditions herein provided.

3. Contractor Price.

3.1     Owner shall compensate Contractor for the Services per the attached Exhibit "D". The amounts set forth in Exhibit "D" are subject to change with both parties prior written approval. Contractor shall provide Owner with invoices for Services rendered on a monthly basis in accordance with the terms and pricing documented in this contract. Provided Contractor is in compliance with this contract, Owner shall pay Contractor the net amount of each invoice within thirty (30) days of receipt of said invoice. To the extent that the monthly invoice amount varies from the amounts set forth in Exhibit "D", Owner shall calculate and pay Contractor the lesser of the invoice amount of the amount reflected in Exhibit "D", unless such variance is approved in advance by Owner.

3.2     Contractor will be responsible for all loss of or damage to the services by any and all obstructions, difficulties or delays, or by the action of the elements.

3.3     Rates set forth on Exhibit "D" may not reflect any federal, state, county or city sales and/or use tax that may be imposed relative to the Services. Contractor shall invoice Owner for necessary sales and/or use tax as required by law and at the rate then applicable. All tax revenues received shall be forwarded by Contractor directly to the appropriate governmental agency as required by law.

3.4     Should any governmental authority require a change in the Services, Contractor will make the required changes without any additional charge to Owner.

2

3.5     All labor furnished by Contractor shall be invoiced in accordance with the terms and pricing set forth in this Agreement.

3.6     Upon ten (10) days prior written notice at Contractor's office or such other place as Contractor shall reasonably designate, Owner may inspect and examine those books and records of Contractor relating to the Services and the amounts charged to Owner. If, after such an inspection and examination, Owner disputes the amount charged by Contractor, Owner may, by written notice to Contractor, request an independent audit of such books and records. The independent audit of the books and records shall be conducted by a certified public accountant ("CPA") which is experienced in auditing companies of a size comparable to Contractor and acceptable to both Contractor and Owner. If the audit discloses that the amount billed to Owner exceeded the amount allowed under the Agreement, Contractor shall pay to Owner the amount of such overpayment. All costs and expenses of the audit shall be paid by Owner unless the audit shows that Contractor overcharged by more than five percent (5%), in which case Contractor shall pay all reasonable costs and expenses of the audit.

3.7     It is noted that at the time of contract execution and during its duration that there may be increases in local, state or federal minimum wages; local, state or federal use taxes or service taxes; local, state or federal sick leave laws and/or vacation laws applicable to the jurisdiction in which services are performed and that impact Contractor's cost of providing services. In order to cover such increase(s) in the cost of providing services, the parties shall mutually agree in writing to adjustments to the cost of service or scope of services provided.

4.  Termination of Agreement.

4.1     Owner reserves the right to terminate this Agreement in the event that the Shopping Center is damaged or destroyed by fire or other catastrophe, or is condemned, in whole or in part, or if the Shopping Center is sold or otherwise transferred by Owner. In the event of such termination, Owner shall pay Contractor for the value of Services actually completed as of the date of termination. Owner shall deduct from such sums the amount of any payments made to Contractor prior to the termination of this Agreement. Contractor shall not have any claim or lien against Owner for any additional compensation or damages in the event of such termination.

4.2     Owner further reserves the right at any time to immediately terminate this Agreement: (1) if Owner determines that Contractor or any of its agents, servants, employees, subcontractors, suppliers or materialmen have been negligent, dishonest or otherwise unsatisfactory in performing the Services pursuant to this Agreement, by giving Contractor 24 hours written notice, to cure or remedy such deficiency, or (2) in the event of a sale of the Shopping Center, upon seven (7) days' written notice to Contractor. Termination of this Agreement shall be without prejudice to Owner's right to recover damages from Contractor, or any other rights and remedies of Owner under this Agreement or available at law or equity.

4.3     Notwithstanding the provisions of this Agreement to the contrary, this Agreement may be terminated by either party upon thirty (30) days' written notice to the other party.

5.  Contract Provisions.  This written Housekeeping Contractor Service Agreement (with exhibits) constitutes the entire Agreement between Owner and Contractor (except for modifications or amendments issued after execution of this Agreement).  This Agreement may be modified or amended only by a writing signed by both parties.

6.  Contractor Employees.

6.1     Unless first approved in writing by Owner, Contractor shall not, and shall have no authority to, engage any subcontractors, suppliers, or materialmen to perform the Services, and shall instead engage only trained individuals directly employed and supervised by Contractor.  Neither Owner's approval of any subcontractors, suppliers or materialmen, nor the failure of performance thereof by such parties, shall relieve, release or affect in any manner any of Contractor's duties, liabilities or obligations hereunder, and Contractor shall at all times be and remain fully liable hereunder.

6.2     To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractor shall conduct appropriate criminal background and reference checks of personnel assigned to work at the Shopping Center. Contractor represents and warrants that it will conduct any criminal background or reference checks in a lawful manner. Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed, for each Contractor employee that works at the Shopping Center (hereinafter referred to as an "Employee") and the I-9 Form for each Employee is maintained by Contractor as required by law.  Contractor will certify to Owner that it has complied with the obligations in this paragraph. Contractor will provide this certification upon request by Owner but, in any event, will provide a certification letter to Owner within 30 days following the effective date of any contract and, subsequently, in January of each year in a form set forth in Exhibit E.

6.3     Contractor agrees that each of its Employees, and any subcontractors, suppliers and materialmen, will be properly qualified and licensed, where necessary, and will use reasonable care in the performance of their duties.  If, however, Owner in Owner's sole opinion, determines, for any lawful reason, that any particular Employee, or subcontractor, supplier or materialman is unsatisfactory to Owner, then upon written notice from Owner to Contractor, Contractor shall remove said Employee, subcontractor, supplier or materialman, and shall provide a qualified substitute.  Contractor shall be an independent contractor with respect to the Services to be performed hereunder.  All personnel furnished by Contractor will be

4

deemed employees for Contractor and will not for any purpose be considered employees or agents of Owner, and Contractor shall comply with all federal, state and local employment laws, rules, regulations and ordinances relative to such employees, including but not limited to wage and hours laws, worker compensation laws, immigration laws, and OSHA-type laws.

6.4    Contractor acknowledges and agrees that Owner's business and the business of the Shopping Center's occupants may be adversely affected by the poor performance, poor appearance or disruptive conduct of Contractor's personnel while furnishing the Services required by this Agreement. Accordingly, Contractor shall not assign to or retain at the Shopping Center any employee about whom Owner reasonably and lawfully objects based on the employee's poor appearance, inadequate qualifications or performance or disruptive conduct. In the event any of Contractor's employees causes a labor dispute or work stoppage, Contractor shall immediately remove such employees from the Center, provided that Contractor shall not be obligated to take such action if in violation of any federal, state or local law, regulation, ordinance or order.

6.5    To the extent permitted by law, Contractor will prohibit its employees to be employed by any tenant operating in the Shopping Center.

7. Liens and Encumbrances. Contractor agrees that the labor needed to complete the Services required by this Agreement is not an improvement to real property, or other work allowing Contractor to file and/or record a mechanic's lien against the Shopping Center. Contractor, therefore, waives any right to file or record any mechanic's or materialmen's liens, and waives any and all claims that such labor is an improvement to real property, or other work allowing Contractor to file and/or record a mechanic's or materialmen's lien against the Shopping Center. Contractor shall execute a sworn affidavit respecting the payment and lien releases of all subcontractors, suppliers and materialmen, and a release of lien respecting the Services at such time or times and in such form as may be reasonably requested by Owner.

8. Walkway Patrol and Spill Removal. Contractor shall, during the operation hours of the Shopping Center's stores, continually and diligently patrol and observe the Shopping Center, including but not limited to, the walking surfaces of the Center, in order to detect and remove any litter, debris, spills or other hazardous conditions. Contractor shall also, at all such times, maintain telephone communication link with Owner. Upon observing spills or other hazardous conditions, or upon receiving notice of the presence of spills or other hazardous conditions, Contractor shall immediately place "Wet Floor" signs or take such other precautions as will warn persons in the area of the hazardous condition and immediately remove the debris, mop or otherwise restore the affected area to a neat, safe and clean condition. Contractor shall generally have the primary obligation to guard against any hazard to person or property.

5

9. <u>Disruptive Operations</u>. Contractor agrees that its Services shall be scheduled and performed only as authorized by Owner in Owner's sole and absolute discretion. If Owner determines that work proposed by Contractor will be disruptive if performed while the Shopping Center is open for business, then Contractor shall perform the proposed work during times when the Shopping Center is not open for business as Owner may direct.

10. <u>Equipment</u>.

10.1   The equipment listed in <u>Exhibit D</u> will be provided by Owner for use by the Contractor in performance of the Services. Contractor agrees to use the Small Equipment provided by Owner and to notify Owner in the event any of the Small Equipment requires service or replacement. Upon receipt of such notice, Owner shall cause such Small Equipment to be serviced or replaced as Owner deems appropriate. Unless expressly agreed to in writing by Owner, Owner will not be required to pay or reimburse Contractor for any Small Equipment owned by Contractor and used in the performance of the Services. To the extent the Contractor damages any Small Equipment due to negligence or misuse, Contractor shall provide an equivalent replacement to such Small Equipment at no cost to Owner and such replacement Small Equipment shall be the property of Owner.

11. <u>Supplies</u>. Owner will provide on an on-going basis the consumable supplies, including all cleaning materials, chemicals, trash liners, ash fill, and all other supplies and materials necessary to fully perform the Services required by this Agreement (the "Supplies). Contractor agrees to use the Supplies provided by Owner and to notify Owner in the event the inventory of any Supplies drops below the level necessary to adequately perform the Services. Upon receipt of such notice, Owner shall obtain such additional Supplies as Owner deems appropriate. Unless expressly agreed to in writing by Owner, Owner will not be required to reimburse Contractor for any consumable supplies purchased by Contractor.

12. <u>Uniforms</u>. Every Employee of Contractor is to be in full uniform (shirt and pants) while on duty, with coordinating safety/work shoes (no brightly colored sneakers, boots, etc.). It is the Contractor's responsibility to make sure all Employees are dressed in the approved uniform each shift. The uniform shall have the Shopping Center's name, easily identifiable, affixed in a permanent or semi-permanent manner such as a badge or monogram. Uniform specifications shall be provided to Owner for review prior to commencement of Services and Owner must approve that the type and grade of uniform is appropriate for Shopping Center. Quantity of uniforms is estimated at no more than five (5) shirts and five (5) pants for full-time employees. Quantity of uniforms for part-time employees will be determined in conjunction with Owner. Any increase in these quantities must be approved by Owner. Owner hereby reserves the right to supply uniforms as necessary, at owners' expense.

13. <u>Contractor's Investigation</u>. Contractor acknowledges that it has made a complete and independent investigation of the Shopping Center, and all conditions, which might affect the safety, or quality of the Services. Any information, which may have been furnished to Contractor by Owner about the Shopping Center, is for the convenience of Contractor only, and Owner does not warrant that the Shopping Center or conditions are as indicated. Throughout the term of this Agreement, Contractor shall pay all taxes, fees and assessments (and comply with all filing requirements) which may be imposed by any governmental authority upon the equipment and other property of Contractor, if any, utilized in connection with Contractor's Services, the business of Contractor and the income or earnings of Contractor's business.

14. <u>Time</u>. Contractor agrees to punctually, diligently and fully perform all of the Services at the time scheduled by Owner, which shall be subject to change by Owner as it deems, in its sole discretion, necessary or convenient to the overall operation and maintenance of the Shopping Center.

15. <u>Inspection and Approvals</u>. The Services shall be subject to inspection and approval by Owner and all applicable governmental authorities; provided, however, in no event shall any such inspection and/or approval by Owner constitute an assumption of Contractor's duties and obligations or a waiver or release of liability or a release of any other obligations whatsoever of Contractor with respect to the Services performed by Contractor pursuant to this Agreement.

16. <u>Interruption of Work</u>. If, as a result of fire, earthquake, acts of God, war, strikes, picketing, boycott, lock-outs, or other causes or conditions beyond the control of Owner, or if Owner shall consider it inadvisable for Contractor to proceed with the Services, then Contractor shall, upon receipt of written notice from Owner, immediately discontinue any further Services until such time as Owner may deem it advisable to resume the Services. Contractor shall resume the Services promptly upon receiving written notice from Owner to do so, and Contractor shall not be entitled to any damages or compensation during the period of or on account of cessation of the Services as a result of any of the causes mentioned above. This Paragraph shall not be construed as conferring upon Contractor the right to strike, picket, boycott or conduct lockouts in connection with the Services.

17. <u>Correction of Defects</u>. All defects in Services shall be corrected immediately by Contractor to the satisfaction of Owner without cost to Owner. In the event such Services are not corrected within 48 hours from written notification to contractor, Owner may withhold any payment due hereunder until such Services are corrected to the Owner's satisfaction. If the Services must be corrected by Owner or a third party, Contractor shall not receive any compensation for such services.

7

18. <u>Insurance</u>.

18.1 Before Contractor performs any Services at or prepares or delivers material to the Shopping Center, Contractor shall provide original Certificates of Insurance and endorsements evidencing the following coverages by an insurance carrier satisfactory to the Owner authorized and licensed to provide such coverages in the state in which the Shopping Center is located:

(a)    Statutory Worker's Compensation insurance as required by the laws of the state in which the Services are to be performed;

(b)    Commercial General Liability Insurance, on an "occurrence" basis, or policy equivalent thereof, and including Completed Operations coverage, with limits of not less than $2,000,000 each occurrence Combined Single Limit (CSL)/$5,000,000 General Aggregate; provided that so long as Contractor maintains an umbrella policy of at least $10,000,000, coverage limits may be not less than $1,000,000 each occurrence Combined Single Limit (CSL)/$2,000,000 General Aggregate

(c)    Automotive Liability Insurance including Bodily Injury and Property Damage coverage with limits of not less than $1,000,000 each occurrence Combined Single Limit (CSL).

(d)    Employer's liability in the amount of $1,000,000 each accident, $1,000,000 each employee, $1,000,000 policy aggregate by disease.

(e)    Contractually Assumed Liability coverage specifically covering Contractor for all liability loss, cost and damages, including attorney's fees, assumed by Contractor and Contractor's obligation to protect, defend and indemnify Owner as set forth under the provisions of this Agreement.

18.2 Except for Workers compensation, the insurance policies required by Paragraph 18.1 shall name, by endorsement the Owner, Owner's property manager, and each of their affiliates or successors as additional insureds (the "Additional Insureds"); and shall include the following clause: "The insurance afforded to each Additional Insured is primary insurance. If the Additional Insured has other insurance which is applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance." Contractor shall within twenty (20) days after the execution date of this Agreement, provide to Owner copies of formal policy endorsements as required pursuant to Section 18 of this Agreement. Each Certificate of

8

Insurance shall evidence that each insurance policy fully insures the Additional Insureds and that each such insurance policy shall not be subject to any deductible or self-insured retention, it being the intent of the parties that the insurance shall fully insure the Additional Insureds from the first dollar of any claimed loss.

18.3  At Contractor's sole cost and expense, the insurance policies required by Paragraph 18.1 shall insure any Additional Insureds against any and all losses arising from, related to or in connection with: (1) the Services, or the failure to perform the Services, (2) any condition, loss or damage for which the Contractor and any Additional Insureds may be jointly or severally liable, (3) any claim made against any Additional Insureds in connection with the activities of or failure to act of an employee or contractor or subcontractor of Contractor, irrespective of whether such employee is a loaned employee to or borrowed servant of an Additional Insured, (4) any actions of or failure to act of the Contractor, and (5) any other loss that is or may be covered by the insurance policy.  Such insurance shall be effective irrespective of whether the loss or claim took place after completion of the Services or at a time that Contractor or its insurance company claims to be unrelated to the Services.

18.4 The insurance policies required by Paragraph 18.1 shall provide that the required coverages will not be canceled or materially reduced except by written notice to Owner given at least thirty (30) days prior to the effective date of such cancellation or reduction.  In the event the coverage evidenced by any of the Certificate(s) is canceled or reduced, Contractor shall procure new insurance policies, and shall furnish to Owner before the effective date of such cancellation, Certificates, and/or endorsements as set forth hereinabove, conforming to the above requirements.

18.5  If the insurance policies required by Paragraph 18.1 are not available on other than a "claims made" basis, Contractor will, upon cancellation or non-renewal of such policy, purchase an extended reporting ("long-tail") endorsement.  This endorsement shall extend the reporting period for making claims under the expiring claims made general liability policy for a period of not less than 12 months following the expiration of any "occurrence based" policy, or more if reasonably obtainable, and Contractor shall be obligated to advise Owner in writing that such a "long-tail" endorsement has been obtained and the duration of same.

18.6  Should Contractor fail to obtain any insurance coverage, or to provide any Certificate, required by Paragraph 18.1, or should Contractor fail to timely renew any such insurance coverage, Owner shall have the right, at Owner's election:  (a) to obtain such coverage on Contractor's behalf, at Contractor's expense, from any insurance carrier selected by Owner in Owner's sole discretion, and to offset the costs and premiums for such insurance against any sums payable to Contractor under this Agreement; or (b) to terminate this Agreement; or (c) take any and all such other action which may be provided for by law or equity.

19. Indemnification.

19.1 Contractor agrees to indemnify, defend, protect and hold Owner, Owner's property manager or any other management company hired by Owner and the partners, affiliates, shareholders, representatives, agents, officers and directors, employees and successors-in-interest of any of them (the "Indemnitee"), harmless, from and against any and all claims, losses, proceedings, damages, causes of action, liability, injury, awards, fines, judgments, costs and expenses (including but not limited to reasonable attorneys' fees) arising from, related to or in connection with, or caused by: 1) the Services to be provided hereunder, or 2) the failure to provide the Services, including any of the same regardless of whether same shall occur after the completion of the Services or 3) any condition or loss for which any of the Indemnitees and Contractor may be jointly or severally liable or (4) any claim made against any Indemnitee in connection with the activities or failure to act of any employee or contractor or subcontractor of Contractor, irrespective of whether such employee is a loaned employee to or a borrowed servant of an Additional Insured. The foregoing indemnity shall apply regardless of whether any claims, losses, proceedings, damages, causes of action, liability, injury, awards, fines, judgments, costs and expenses are caused in part by an Indemnitee. In any and all claims against an Indemnitee or any of its agents or employees by any employee of Contractor, or any contractor or subcontractor (or sub-subcontractors), anyone directly or indirectly employed by or hired by any of them or anyone for whose acts any of them may be liable, the indemnification obligation required pursuant to this Section 19 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for Contractor or any contractor or subcontractor (or sub-subcontractors) under worker's or workmen's compensation acts, disability benefit acts or other employee benefit acts. Such indemnity shall survive the termination of this Agreement and shall be binding upon Contractor, and its successors and assigns, until all applicable statutes of limitations have run.

19.2 In the event an Indemnitee has occasion to tender any claim or defense to Contractor or request indemnity from Contractor for any claim or action arising from or related to the Service, as previously described at Paragraph 19.1, Contractor hereby agrees to notify Owner's insurance carrier, in writing, within twenty (20) days from said tender, as to whether Contractor accepts or rejects said tender or request for indemnity. In order to allow Contractor to accurately evaluate and respond to any such tender or request for indemnity, Owner agrees to provide to Contractor all relevant information regarding the tender or indemnity request, including, but not limited to incident reports, statements, pictures and videos, to the extent such are available.

19.3 Contractor shall provide evidence that the insurer providing coverage under Section 18 waives their right of subrogation against Owner, Owner's property manager, and each of their affiliates or successors thereto. If Contractor refuses to indemnify any Indemnitee against any such claim and the Indemnitee prevails in an action to enforce the Contractor's indemnity, the Contractor shall pay all reasonable attorney's fees and expenses and other court costs, witness fees and the like incurred by any Indemnitee to enforce the indemnity and defend the claim and shall pay any judgment or damages entered on the claim against any Indemnitee.

10

20. Liens. To the fullest extent permitted by law, Contractor shall at all times, indemnify and hold Owner its affiliates, members, partners, lenders, and such other parties as Owner may request and their respective agents, directors, officers, employees and servants, harmless against all liability for claims and liens for labor performed or materials used or furnished to the Shopping Center to be used in connection with the Services, including but not limited to any costs and expenses for attorney's fees and all incidental or consequential damages resulting from such claims or liens. Contractor shall pay when due all valid charges for labor and material incurred by Contractor and used in connection with the Services and, shall also be responsible for keeping the Shopping Center free of mechanic's liens recorded by or under Contractor or his subcontractors. Further, in case suit on such claim is brought, Contractor shall defend said suit at its own cost and expense, and will pay and satisfy any such lien or judgment as may be established by the decision of the court and said suit. Contractor agrees within ten (10) days after written demand to cause the effect of any suit or lien to be removed of record from the Shopping Center, and in the event Contractor shall fail so to do, Owner is authorized to use whatever means in its discretion it may deem appropriate to cause said lien or suit to be removed or dismissed and the cost thereof, together with reasonable attorney's fees, shall be immediately due and payable to Owner by Contractor.

21. Independent Contractor Relationship. The relationship of Contractor to Owner during the term of this Agreement shall be that of an independent contractor. Contractor shall remain and maintain said independent contractor relationship, and Contractor shall at no time be considered an employee or agent of Owner.

Owner is not a supervisor or foreman with respect to Contractor and its labor and employees. Contractor is completely responsible for supervising the activities of its labor and employees with respect to the subject matter of this contract, including but not limited to the Services.

22. Safety. Contractor shall, at its own cost and expense, protect its own employees, employees of Owner, and all other persons from risk of death, injury or bodily harm arising out of or in any way connected with the Services. Contractor shall strictly comply with all safety orders, rules, regulations or requirements of all federal, state and local government agencies exercising safety jurisdiction over said Services including, but not limited to, the federal and state OSHA regulations. Contractor shall, at all times continually and diligently patrol and observe any area in which the Services are being or are to be performed, as well as any area through which Contractor's employees travel, to detect and safeguard against any litter, debris, spills or other hazardous conditions; Contractor shall have the primary obligation to guard against any hazard to person or property.

11

23. Hazardous Materials.

23.1 For purposes of this Paragraph, the following terms shall have the following meanings: (a) the term "Hazardous Material" shall refer to: (i) any material or substance that, whether by its nature or use, is subject to regulation by any governmental body or agency, or (ii) any material, substance or waste which is toxic, ignitable, explosive, corrosive or reactive, or (iii) asbestos, or (iv) petroleum and petroleum-based products, or (v) formaldehyde, or (vi) polychlorinated biphenyls (PCB's), (vii) freon and other chlorofluorcarbons or (viii) such other material as is designated in a notice from Owner to Contractor (whether such notice is provided before or after Contractor first commences to use such material), (b) the term "Environmental Requirement" shall include the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (42 U.S.C. 9601 et seq.), the Hazardous Materials Transportation Act (49 U.S.C. 1801 et seq.), the Resource Conservation and Recovery Act (42 U.S.C. 6901 et seq.), the Toxic Substances Control Act (15 U.S.C. 2601 et seq.), the Clean Air Act (42 U.S.C. 7401 et. seq.), the Federal Water Pollution Control Act (33 U.S.C. 1251 et seq.), all as presently in effect and as the same may hereafter be amended, any regulation pursuant thereto, or any other present or future law, ordinance, rule, regulation, order or directive addressing environmental, health or safety issues of or by any governmental body or agency.

23.2 Contractor hereby represents and warrants to Owner that it will insure that (i) no Hazardous Material will be used, generated, manufactured, sold, transported or located at, on, in, under or about the Shopping Center except in such minimal amounts required by Contractor to perform the Services and permitted by applicable law; (ii) no Hazardous Material will be used, generated, manufactured, sold, transported or located at, in, on, under or about the Shopping Center in a manner which violates any Environmental Requirement, or which requires cleanup or corrective action of any kind under any Environmental Requirement and (iii) no Hazardous Material will be transported, released, emitted, sold, discharged, leached, dumped or disposed of from the Shopping Center onto or into any other property.

23.3 Contractor shall notify Owner promptly in the event of any spill or other release of any Hazardous Material caused by Contractor or its Employees at, in, on, under or about the Shopping Center which is required to be reported to a governmental body or agency under any Environmental Requirement, will promptly forward to Owner copies of any notices received by Contractor relating to the alleged violations of any Environmental Requirement and will promptly pay when due any fine or assessment against Contractor, Owner, Owner's property manager or any other party of the Shopping Center or the development relating to any Environmental Requirement or the existence of Hazardous Materials caused by Contractor or its Employees.

23.4 If, at any time, it is determined that the Services violate any applicable Environmental Requirement or involve Hazardous Materials which require special handling in collection, storage, treatment or disposal, or any other form of cleanup or corrective action,

12

Contractor shall within ten (10) days after receipt of notice thereof take, at its sole cost and expense, such actions as may be necessary to fully comply in all respects with all Environmental Requirements.

      23.5  If a lien is filed against any part of the Shopping Center resulting from the need to expend or the actual expending of monies arising from an Environmental Requirement, or a liability regarding Hazardous Materials related to an action or omission, whether intentional or unintentional, of Contractor or for which Contractor is responsible, then Contractor shall, within ten (10) days from the date that the Contractor is first given notice that such lien has been placed (or within such shorter period of time as may be specified by Owner) either (a) immediately pay the claim and remove the lien, or (b) immediately furnish a cash deposit, bond, or such other security with respect thereto as is satisfactory in all respects to Owner and is sufficient to effect a complete discharge of such lien on the Shopping Center.

      23.6  Contractor shall defend, indemnify, and hold harmless Owner its affiliates, parent corporation, subsidiaries, partners, successors and assigns, and the employees, agents, officers, directors of any of them from and against any and all loss, claims, demands, penalties, causes of action, fines, liabilities, settlements, damages, costs or expenses of whatever kind or nature, known or unknown, foreseen or unforeseen, contingent or otherwise (including, without limitation, counsel and consultant fees and expenses, investigation and laboratory fees and expenses, court costs, and litigation expenses) directly or indirectly arising out of, or in any way related to (i) any breach by Contractor of any of the provisions of this Section 23; (ii) the presence, use, generation, transportation, disposal, spillage, discharge, emission, leakage, release, or threatened release of any Hazardous Material caused by Contractor or its Employees and which is at, in, on, under, about, from or affecting the Shopping Center including, without limitation, any damage or injury resulting from any such Hazardous Material to or affecting the Shopping Center or any related soil, water, air, vegetation, buildings, personal property, persons or animals; (iii) any personal injury (including wrongful death) or property damage (real or personal) arising out of or related to any such Hazardous Material; (iv) any lawsuit brought or threatened, settlement reached, or order or directive of or by any government agency or body relating to such Hazardous Material; or (v) any violation by Contractor or Contractor's Employees of any Environmental Requirement or any policy or requirement of Owner hereunder.  Contractor shall indemnify Owner for all losses, including, but not limited to damages occasioned by the inability of Owner to lease any area or a reduction in the fair market and/or rental value of any area of the Shopping Center due in whole or in part to Contractor's actions or omissions related to Hazardous Material or Environmental Requirements or the indemnity of Contractor set forth in this Paragraph 23.6.

      24.  <u>Jury Trial Waiver</u>.  Contractor and Owner hereby waive their respective right to trial by jury of any cause of action, claim, counterclaim or cross-complaint in any action, proceeding and/or hearing brought by either Owner against Contractor or Contractor against Owner on any matter whatsoever arising out of, or in any way connected with, this Agreement, the relationship

13

of Contractor and Owner, Owner's Services rendered at the Shopping Center, or any claim or injury or damage, or the enforcement of any claim or injury or damage, or the enforcement of any remedy under any law, statute, or regulation, emergency or otherwise, now or hereafter in effect.

25. Assignment. Contractor recognizes that this Agreement is a personal contract and therefore agrees that Contractor shall not assign, convey or transfer this Agreement nor any interest therein, whether by express assignment, conveyance or transfer, operation of law or otherwise. Any such attempted assignment, conveyance or transfer shall be null and void and of no force and effect whatsoever and Contractor shall remain fully liable for the performance of all terms, covenants and provisions of this Agreement. Contractor hereby agrees that this Agreement may be assigned by Owner, at is sole option without obtaining further consent from Contractor, at any time and from time to time during the term of the Agreement.

26. Severability. If any provisions of this Agreement shall to any extent be invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and the unaffected provisions of this Agreement, unless otherwise specifically conditioned upon such invalid or unenforceable provisions, shall be valid and enforceable to the fullest extent permitted by law.

27. Miscellaneous.

27.1 All rights, options and remedies of Owner contained in this Agreement shall be construed and held to be cumulative, and no one of them shall be exclusive of the other, and Owner shall have the right to pursue any one or all of such remedies or any other remedy or relief which may be provided by law, whether or not stated in this Agreement. Contractor's obligations hereunder shall survive the termination of this Agreement.

27.2 No Waiver by Owner of a breach of any of the terms, covenants or conditions of this Agreement by Contractor shall be construed or held to be a waiver of succeeding or preceding breach of the same or any other term, covenant or condition herein contained. No waiver of any default of Contractor hereunder shall be implied from any omission by Owner to take any action on account of such default if such default persists or is repeated, and no express waiver shall affect any default other than is specified in said waiver. The consent or approval by Owner to or of any act by Contractor requiring Owner's consent or approval shall not be deemed to waive or render unnecessary Owner's consent or approval to or of any subsequent similar act by Contractor. No payment by Owner to Contractor shall constitute a waiver of any remedies which Owner may otherwise have against Contractor for any failure of Contractor to perform in accordance with this Agreement.

14

27.3 Time is of the essence in Contractor's performance of this Agreement.

27.4 Any dispute or matter arising under this Agreement shall be interpreted or construed, and adjudicated, under the laws of the state in which the Shopping Center is located.

27.5 Any Notice intended for Contractor in this Agreement shall be delivered to Contractor at the following address: 7250 Edington Drive, Cincinnati, OH 45249. All notices permitted or required to be given by this Agreement shall be in writing and shall be delivered in person or mailed by registered or certified mail, return receipt requested, first class, postage prepaid, or delivered via overnight courier. Contractor represents that this is its current place of business, and Contractor agrees to immediately notify Owner in writing of any change in said business address. Contractor shall maintain a telephone number that is answered during regular business hours and a number for any after-hours emergency and shall immediately notify Owner in writing of any changes.

27.6 Any Notice intended for Owner in this Agreement shall be delivered to Owner at the following address: 180 East Broad St, Columbus, OH 43215. All notices permitted or required to be given by this Agreement shall be in writing and shall be delivered in person or mailed by registered or certified mail, return receipt requested, first class, postage prepaid, delivered via overnight courier or via facsimile. Owner represents that this is its current place of business, and Owner agrees to immediately notify Contractor in writing of any change in said business address. Owner shall maintain a telephone number that is answered during regular business hours and a number for any after-hours emergency and shall immediately notify Contractor in writing of any changes.

27.7. There shall be no personal liability on the part of the officers, partners, employees, shareholders, agents, beneficiaries, or any successor in interest of either Owner or Contractor with respect to any provision of this Agreement, or amendments, modifications, or renewals hereof.

27.8. The provisions of Sections 19, 20, 23, 27.2 and 27.7 of this Agreement shall survive the termination or cancellation of this Agreement.

26.9. Any person executing this Agreement as an agent of either Contractor or Owner represents and warrants that he/she is authorized to execute this Agreement, and has the power to bind his/her respective principal to the terms, conditions and covenants of this Agreement. Contractor and Owner acknowledge that the other is relying on this warranty and representation in executing this Agreement.

26.10. This Agreement may be executed in one or more counterparts, any one or all of which shall constitute but one agreement. This Agreement may be executed by the exchange of copies bearing the electronic or facsimile signatures of the parties.

15

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first written above.

CONTRACTOR:

Blue Chip 2000,
A Ohio Corporation

By: _____

Name: Cynthia Abehrmyer

Title: CFO

16

DAYTON MALL II, LLC, a Delaware limited liability company

By:   DAYTON MALL VENTURE, LLC, a Delaware limited liability company, its sole equity member

   By:  GLIMCHER DAYTON MALL, LLC,    a Delaware limited liability
        company, its Managing Member

        By:   WPG SUBSIDIARY HOLDINGS I, LLC, a Maryland limited liability company, its sole
              member

              By:   WASHINGTON PRIME GROUP, L.P., an Indiana limited partnership, its sole
                    member

                    By:   WASHINGTON PRIME GROUP INC., an Indiana corporation, its general
                          partner

                          By:  _____

                               Armand Mastropietro

                               EVP, Property Management

**<u>EXHIBIT "A"</u>**

<u>Shopping Center Description</u>





**Exhibit B**

<u>Description of Services</u>

## COST PLUS CONTRACT

**This shall be a Cost-Plus contract.**

## OVERHEAD COST AND COST PLUS DEFINITIONS

Contractor's overhead percentage includes all costs to conduct normal business in the execution of the scope of work.  This includes but is not limited to the following:

## NON -REIMBURSABLE – OVERHEAD ITEM

- Branch, regional and home office costs and personnel including salaries, benefits (such as Medical, Health, Vision, 401K benefits, bonuses, etc.)
- Accounting and payroll related processing services.
- Subsequent background checks and drug testing for existing employee(s) & multiple testing of potential new hire candidates.
- Uniform start up and termination costs associated with leasing uniforms.
- Time Clocks.
- Repair and maintenance of all Equipment.
- Small and Large Janitorial Equipment over $100.
- Severance or other payments made to Contractor's employees upon separation of employment (i.e. unused vacation/sick time, etc. unless previously approved by mall management).
- Employment Ads.
- Administrative Supplies. (Fed Ex, postage, office supplies, etc.)
- Unauthorized Over Time. (OT)
- Vehicles and related expenses (i.e. fuel, repairs, insurance and maintenance) when the vehicle is provided by Contractor.
- All travel and entertainment costs including meals and mileage.
- Computers, hardware, software and related equipment.
- Any expense associated with cell phones, pagers, blackberries, or any other wireless communication device.
- Internet connection installation and monthly fees.
- Site Land lines/Telephones.
- Fax machines and fax lines.

Any additional non-reimbursable costs billed outside overhead, which are not associated with any other billable categories, must have Owner's approval prior to being billed.

**REIMBURSABLE – COST PLUS BILLABLE ITEM**

- Labor. (Including any proposed bonuses)
- Uniforms purchased or the monthly cost to lease uniforms. (excluding lease start or termination fees)
- New hire background checks/drug testing conducted prior to or within 30 days of start date, (1 per new employee). Contractor must be ready to offer job & all others issues have been vetted prior to offer. If background check/drug test fails on new hire candidate – owner will not reimburse the cost.
- Vacations. (Identify employees and recognized holidays by state) Contractor must bill for all vacation in the current year earned. Carry over time cannot be billed in future year.
- Holidays.
- Pre-authorized overtime. (OT)
- Pre-authorized seasonal labor.
- Consumable supplies, if applicable.
- Fuel for equipment when said equipment is being used solely to perform the scope of the janitorial contract. (i.e. pressure washers, blowers, etc).
- Small Equipment and related repairs/replacement under $100. (pre-authorized)
- Lifts required, which mall may not have to perform scheduled work.
- Benefits related to on-site employees. (to be billed at actual cost per employee)
- Workers Compensation. (Workers Compensation may not be marked up, may not be charged on premium pay)
- Federal, state and local statutory employee payroll taxes, and applicable payroll assessments. To be billed at actual cost per employee, and may not exceed the maximum amount per employee as governed by Federal and State statutes.
- Federal, state, local sales taxes (may not be marked up)
- General Liability (GL) (may not to be marked up, may not be charged on premium pay)
- Indemnification (may not be marked up)

## CONTRACT HOURS

Contractor shall visit property and determine the estimated weekly, monthly, and annual hours required to perform this contract under the guidelines put forth in the RFP.

Under this cost plus agreement the mall manager shall set the weekly scheduled hours in which the contractor shall strictly adhere to.

Weekly hours are not guaranteed and may change daily or weekly depending on the economic climate of the property.

Weekly hours set by mall manager shall not be exceeded without prior approval of the mall manager responsible for setting the weekly hours.

Only actual hours worked by employees can be invoiced. No overtime is allowed unless prior approval by the Mall Management staff is obtained.

All work shall be performed seven days a week including holidays if the mall is open.

## CONTRACTOR MANAGEMENT

Contract Manager is a person, designated in writing by the Contractor, who has overall responsibility for quality performance. The contract manager's resume/qualifications will be provided to and approved by the Mall Manager prior to assignment. The Contract Manager has full authority to act for the Contractor during the term of the contract, and who is authorized to accept inspection reports and all other correspondence on behalf of the Contractor. Contract managers will perform productive work such as scheduling, support, cleaning, ordering, training, etc.

On-site supervisory employees are person (or persons) designated in writing by the Contractor, who has authority to act for the Contractor on all matters relating to daily on site contract operation. Supervisors are to perform productive work.

The Contractor shall provide sufficient supervision to fulfill the terms and conditions of this contract. **The Contractor shall ensure that all work required by this contract is satisfactorily supervised by a contract manager, on-site supervisor or a combination of these alternatives.**

The contract manager or supervisor shall be available at the facility while contract work is in progress to receive notices, reports or requests from either the Mall Manager or the Mall Manager's designated individual.

The contract manager and supervisory employees must be able to read, write and speak English, and should be able to communicate with subordinates effectively as required.

After normal work hours, the contract manager all on site supervisor shall be available within a reasonable time (*usually within one hour*) at the site. **The Contractor shall provide to the Mall Manager 10 days prior to contract start date, a written listing of telephone, cell phone and pager numbers which the mall may use at any time to directly contact the Contractor, contract manager or on-site supervisor.**

The Contract Manager shall be provided with a telephone with text and e-mail capabilities. The Contractor will immediately notify the Mall of any change in these numbers.

The Contractor will not assign individuals to positions where they may be supervised either directly or indirectly by anyone with whom they are related. Any exceptions to this policy must be approved by the Mall Manager.

All on-site supervision and other personnel identified shall carry a two-way radio while on duty or on mall property.

## WASHINGTON PRIME GROUP PROVIDED

## SUPPLIES

Owner shall provide all consumable supplies and equipment with a value of less than $100, to include but are not limited to, urinal deodorant blocks, waterless urinal cartridges (if needed), toilet paper, hand towels, seat covers, hand soap, sanitary napkin dispenser bags, cleaning chemicals, wood care products, leather care products, stainless steel polishes, sealers, waxes, dust mops, damp mops, feather dusters, wiping cloths, pans, brooms, carts, gondolas, floor scrubber pads and trash bags.

## QUALITY CONTROL

Mall Manager, or designated representative, will conduct walk-throughs of the building and other areas covered by this contract with Contractor's on-site representative at least daily, to ascertain the level of services performed and to note any deficiencies.

## TRAINING

Contractor's employees shall be trained on the procedures to follow in the event of fire or other emergency. Mall management will coordinate this training with contractor's onsite supervision.

## OFFICE AND STORAGE SPACES

If available, space in the building and furnishings for a supervisor's office to be used for official business only in the performance of this contract

Space in the building for the storage of supplies and equipment to be used in the performance of work under the contract. Contractor shall maintain this space in a neat and orderly condition.

Janitor closets, where available, for storing supplies and equipment. These closets and the stored equipment shall be kept clean and in an orderly manner by the Contractor. Sinks and buckets will be kept clean and free of standing water; hoses which are connected to faucets will not be left in standing water and should be disconnected after each use to prevent growth of bacteria.

HVAC:  Heating and air conditioning of space will be furnished only during normal working hours of building occupants, if available.

The Mall will furnish water and electricity to perform the contract, including washer and dryer connection points.  Most WPG properties are currently equipped with mall owned washer and driers.  If this equipment is not currently used or owned by the mall the contractor will be responsible for providing and maintaining this equipment.

## EQUIPMENT

Two-way radios will be provided by the Mall.  **NOTE:  Contractor will replace or repair, at its cost, any Mall owned two-way radio equipment and any other equipment, provided by the mall that may be damaged or lost through abuse or neglect by Contractor's personnel.**

**CONTRACTOR PROVIDED**

**LABOR AND PERSONNEL**

Contractor shall furnish all labor, equipment, supplies and employee training necessary for the performance of the work of this contract unless otherwise specified herein. All costs for employee training, employment ads and subsequent background checks on existing employees are to be included in Contractor's overhead cost.

The Contractor shall provide sufficient supervision to fulfill the terms and conditions of this contract. The Contractor shall ensure that all work required by this contract is satisfactorily supervised by a contract manager, on-site supervisor or a combination of these alternatives.

The contract manager or supervisor shall be available at the facility while contract work is in progress to receive notices, reports or requests from either the Mall Manager or the Mall Manager's designated individual.

All supervisory personnel shall be employed by contractor, and will, at a minimum have completed a supervisory training course. At the discretion of the Mall Manager, experience may be substituted for formal training. The on-site supervisor is required to be fully conversant in English and/or other languages as dictated by the local area or contractors on site work force.

After normal work hours, the contract manager all on site supervisor shall be available within a reasonable time (*usually within one hour*) at the site. The Contractor shall provide to the Mall Manager 10 days prior to contract start date, a written listing of telephone, cell phone and pager numbers which the mall may use at any time to directly contact the Contractor, contract manager or on-site supervisor.

Contractor's on-site supervisor must meet weekly with Mall Management staff to set weekly labor hours.

Contractor shall provide Mall Management with proper advance notice and a schedule for any cleaning that requires coordination with tenants.

Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work, and shall hold the Mall harmless for any action on its part of that of its employees or Subcontractors, that results in illness or death.

Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, appearance and integrity, and shall be responsible for taking such disciplinary action with respect to its employees as may be necessary.

Contractor is also responsible for ensuring that its employees do not disturb papers on desks, open desk drawers or cabinets, or use the mall telephones, except as authorized.

Contractor shall identify those employees requiring a key card/keys to the building. Any employee requiring a key card/secured keys to the building must sign for the card/secured keys. Contractor is responsible for all replacement costs of lost or stolen key cards/secured keys and/or re-keying if necessary.

New hire background checks and drug testing is to be included as cost plus item.

**Not later than ten (10) working days before the contract start date; Contractor shall submit the following data to Mall Manager for use and approval.**
- **A list of telephone numbers for key personnel.**
- **A list of the equipment provided by the contractor.**
- **Material Safety Data Sheets as applicable– (upon arrival into building)**

Contractor shall provide all required training to contractor associates performing janitorial duties at Washington Prime Group properties. All personnel will receive close and continuing first-line supervision by Contractor.

Contractor is required to provide necessary and on-going tenant & customer relations training for their employees. This training will stress the importance of conflict avoidance and problem resolution. Emphasis will be placed on grooming, proper attire and the importance of professionalism and courtesy in day-to-day contacts with building occupants and visitors.

Contractor is required to train all its employees regarding all applicable OHSA and related standards. Contractor will be required to provide written documentation and keep a record on-site that is accessible for review by Mall Management staff, OSHA representatives and Owner.

Contractor's employees shall be trained on the procedures to follow in the event of fire or other emergency.

## EQUIPMENT

Large and Small Janitorial Equipment, defined as equipment with a new cost value of more than $100, must be provided by the Contractor. The cost of this equipment, including all parts, repairs and maintenance will be included in Contractor's overhead cost. Should the contract be terminated by either party, Large and Small Janitorial Equipment provided by the Contractor will remain the property of the Contractor.

Equipment specification sheets for all large cleaning equipment such as auto or rider scrubbers, floor burnishes, floor scrubbers, extractors, vacuum cleaners, etc. must be provided with technical proposal. The Mall Manager must approve the use of all large/small cleaning equipment prior to use. Examples would be floor scrubbers, vacuum cleaners, carpet extractors, housekeeping carts, escalator cleaners, etc. **All contractor supplied equipment is to be new.**

Any purchase of equipment, regardless of value and by contractor, must be approved by Mall Management prior to purchase and invoicing.

Repairs and maintenance of all equipment will be the responsibility of contractor.

All equipment supplied by the contractor must be properly guarded and meet applicable OSHA standards. If a piece of equipment needs repair and is determined unsafe by the Mall Manager, the Contractor shall immediately stop using the equipment. Defective equipment shall be repaired or replaced within **72 hours without disruption of the current cleaning requirements**. If equipment is not repairable within the 72 hours the contractor shall provide a suitable temporary replacement while repairs are being made.

## MATERIALS AND MATERIAL SAFETY DATA

The Contractor shall not use any material, which the Mall Manager determines would be unsuitable for the purpose or harmful to the surfaces to which applied. **Bleach is a banned product at any Washington Prime Group property, no exceptions. Costs for correcting damage caused by misused materials will be borne by the Contractor. Contractor must meet with Mall Manager and discuss/provide photo documentation of any damage caused by unsuitable material or equipment.**

Contractor shall furnish all Material Safety Data Sheets (MSDS) for any materials supplied by the contractor and used in the performance of this contract and throughout the period of the contract. Materials, equipment, or supplies shall not be used in performance under this contract (or placed or stored on mall property) until Contractor has obtained the applicable Material Safety Data Sheets (MSDS) for all hazardous materials (products containing CAUTION or WARNING labels).

Contractor shall keep MSDS's current in a binder and maintain them in a location accessible to all employees and will advise the Mall Manager of their location. MSDS sheets for Janitorial supplies purchased by Owner will be provided to Contractor and the Contractor will maintain them in the binder. The MSDS will be available for inspection by the Mall Manager on request.

Contractor shall assist in receiving and transporting to the storage area identified by the mall.

Contractor is solely responsible for securely storing, and controlling and inventory of all products.

Contractor will provide an inventory check-in and check-out log to the Mall Manager at the end of each month.

Contractor shall manage supplies used and as required submit a list of supplies to be purchased to the mall manager. No more than a two (2) week inventory on all consumable supplies shall be kept on site at any one time.

## OFFICE SUPPLIES AND UTILITIES

At its sole expense, Contractor shall install private outside business phones, internet service, computers, fax or related office equipment for its use in conducting business.

Contractor or Contractor's employees shall not use mall office telephones in any manner for any personal advantage, business gain or other personal endeavor.

Contractor shall also furnish all office supplies or other equipment required by contractor and needed for the performance of this contract. This shall include all local office supplies, cell phones, computers, internet service, and other office equipment not listed above that may be required to conduct business under this contract. **The cost to provide, install and maintain this equipment shall be part of Contractor's overhead costs.**

## UNIFORMS

Uniforms shall be provided by the contractor.

If Contractor purchases uniforms, Owner agrees to reimburse as cost plus. If the Contractor leases uniforms, then Owner will only reimburse for the monthly cost of said uniforms while the contract is in effect. Uniform costs associated with a lease start up and termination expenses are the sole cost of the Contractor and are not reimbursable.

Uniform shirts shall have the Mall's name, easily identifiable, affixed in a permanent or semi-permanent manner such as a badge or monogram.

The Mall Manager and/or Operations Director must approve the type and grade of uniform and uniform shall be appropriate for their specific property, therefore, uniform specifications should be provided to the Mall Manager for review prior to the inception of the contract.

The Mall Manager and/or Operations Director may elect to provide uniform shirts for the housekeeping department at the sole cost of the owner.

## QUALITY CONTROL PROGRAM

Contractor shall establish a complete quality control program to assure the requirements of the contract are provided as specified.

A point monitoring systems designed to record contractors rounds of the property and services provided. This system shall be digital and web-based for reporting purposes. Points for this system shall be established with the mall manager.

This system will be owned by the contractor and shall be used to both monitor cleaning frequencies of certain mall areas identified by the mall manager, but also as a method to defend mall against certain liabilities due to incidents related to housekeeping duties and responsibilities. The point monitoring system shall include every area of the operation serviced by Contractor, as well as every task required.

A file of all inspections conducted by Contractor and the corrective actions taken. This documentation shall be maintained locally and reviewed with mall management after all on-site

inspection made by contractor staff. These inspections shall be made available to the Mall during the term of the contract, and until such time that final payment is made.

A spill cleanup log must be maintained on file for purposes of insurance requirements. This log can be complete using the point monitoring system.

A restroom check log must be maintained on file for purposes of insurance requirements. This log can be complete using the point monitoring system.

**The cost to install and maintain this equipment shall be included in Contractor's overhead costs.**

## ASSOCIATE BENEFITS

- Associate Benefits as required.
- The FTE and PTE employees accepting or receiving any benefits will be identified to Washington Prime Group and specific mall property, once a contract has been accepted by WPG. **Benefit costs will be billed per person, per item, at actual cost, net of any employee contribution. Contractor will provide a list that breaks down benefits for each employee. Contractor will immediately notify mall management when benefit status changes for each employee throughout term of contract.**
- The Patient Protection and Affordable Care Act (PPACA) with amendments made by the Health Care and Education Reconciliation Act (HCERA) was passed March 23, 2010. The U.S. Supreme Court announced its ruling to uphold PPACA June 28, 2012.

- Contractor agrees to:

  - Warrant that all current and future health care coverage legal requirements are met including, but not limited to, PPACA legislation and related regulations subsequently issued.
  - Indemnify and hold WPG harmless for any and all fees, penalties, fines, and costs of any kind related to health care legislation and regulations, including, but not limited to PPACA and related regulations.
  - Defend, indemnify and hold WPG harmless in any claim, suit or other legal action involving contractor's employees arising from or in any way related to contractor's establishment, management, funding, and operation of health care plans for employees at the Mall.
  - Provide detailed plans for compliance with PPACA requirements including, but not limited to, eligibility requirements, measurement/stability period tracking,

waiting periods, affordability, mandatory notices and minimum value requirements.

- Provide WPG with 180 days (or other as desired by WPG) advance notice of any material change in eligibility requirements or affordability status.
- Provide WPG with a detailed explanation of all cost elements included in any health care related charges passed through to the Mall, including but not
- limited to, insurance premiums, expected claims costs (including a description of how developed), PPACA fees (itemized), administrative or other fees paid to third parties (itemized), and any fees charged by the contractor for internal costs (itemized).
- WPG reserves the right to renegotiate contract terms related to benefit costs as the PPACA evolves, with a minimum of 30 day's written notice to Contractor.

## SCOPE OF WORK

### Exhibit C

**NOTE:** The following scope of work is a general guide of what shall be expected of all housekeeping contractors at any Washington Prime location. However, all scopes should be verified with the property's general manager and operations director for a property specific scope of work and frequencies.

## Common Area Cleaning

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| **Public Entrances** | | | | |
| Spot Clean Glass | 7 and as needed | | | |
| Vacuum Entrance Matting / Carpet | 7 | | | |
| Spot clean entrance matting and carpet | As needed | | | |
| **Public Common Areas** | | | | |
| Empty Trash Replace Liners | 7 and as needed | | | |
| Clean ash receptacles | 7 and as needed | | | |
| Clean directories | 7 and as needed | | | |
| Clean common area seating | 7 and as needed | | | |
| Clean marketing and advertising stands | 7 and as needed | | | |
| Clean and Sanitize drinking fountains | 7 and as needed | | | |

| | | | | |
|---|---|---|---|---|
| Clean neutral piers and columns | 2 | | | |
| Sweep and dust mop common area | 7 | | | |
| Machine scrub mall tile floor | 5 | | | |
| Spot clean mall tile floor | 2 | | | |
| Clean Management office area | 5 | | | |
| Sweep and dust mop all service hallways | 3 | | | |
| Sweep all food service halls | 7 | | | |
| Spot clean service doors | | 2 | | |
| Dust service corridors | | | 1 | |
| Scrub service hallways | | 1 | | |
| Scrub food service hallways | 5 | | | |
| Spot mop food service hallways | 2 | | | |
| Shampoo and clean carpet areas in mall office, | | | | 2 |

| | | | | |
|---|---|---|---|---|
| conference rooms, and community rooms | | | | |
| Mall carpet cleaning | | | | 2 |
| Strip and wax public hallways | | | | 2 |
| Clean interior trash Receptacles | | | | 2 |
| Clean entrance metal surfaces | | 2 | | |
| Detail clean soft seating or common area furniture | 1 | | | |
| High dust mall common area and tenant store fronts | | | | 2 |
| Detail guest services booth as applicable | | 1 | | |
| Detail Clean interior landscape planters | | | 1 | |
| Stroller and wheelchair cleaning | | Performed as requested by mall management | | |
| Elevator cab cleaning | 7 | | | |

| Escalator surface cleaning | 7 | | | | **Additional Description of Services** |
|---|---|---|---|---|---|
| Escalator detailed step cleaning | | 1 | | | |

The common area defined as the area of the mall not occupied by tenant or retailer and shall include, but not limited to, restrooms, exterior areas of the mall entrances, solid waste rooms, vending areas, office areas, service hallways, exterior sidewalks, service courts and other areas identified by the mall manager shall be free of obvious dirt, debris, and dust.

Glass surfaces shall be clean and free of smudges.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

Spot clean walls, doors to remove all stains and graffiti.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location.

**Trash will be separated as per the Mall's recycling program.**

**Carpet / Floor / Furniture Cleaning: (As Applicable)**

All carpets/rugs shall be clean, free of spots, gum, crusted material, spillages and removable stains per manufacturer's recommendations. There shall be no evidence of pilling caused by harsh rubbing or brushing. Extractors should be used as required by any warranties.

Contractor will coordinate all carpet, flooring, and furniture cleaning with Mall Manager or designated representative to ensure adequate ventilation is provided during cleaning and drying period.

Where it is necessary for Contractor to move furniture and furnishings, it shall be done with extreme care and furnishings shall be replaced to make the area ready for use.

Carpet shall be protected from soiling or damage on the premises after cleaning.

Any rust stains resulting from Contractor's lack of carpet protection shall be removed at Contractor's expense. If removal of rust stain requires replacement of the carpet, the replacement of the carpet shall be the responsibility and sole expense of the contractor.

Floors shall be slip resistant, free of marks, skipped areas, streaks, and mop strands.

Walls, baseboards, and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform luster. There shall be no build-up of finish in corners or crevices.

All old finish or wax shall have been removed. There shall be no evidence of gum, rust, burns or scuffmarks.

**NOTE: UNDER NO CIRCUMSTANCES SHALL DRY STRIPPING METHODS BE USED. THE CONTRACTOR SHALL COMPLY WITH METHODS PRESCRIBED BY FLOOR MANUFACTURER.**

Floor finishing. Sealant must adhere to the floor. All floor areas must be evenly coated with a slip resistant seal. Spots and stains will be eliminated.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

All stairways including landings, steps, and railings shall be free of dirt, dust, and debris.

Bright metal surfaces shall have a polished and lustrous appearance.

Elevator floor tracks and escalator landings shall be clean and free of cigarette butts, matches, dirt and grime.

Elevator interiors shall be free of dust, debris trash, spills and odor.

Escalator handrails and all surfaces shall be free of dust, dirt and grime.

Escalator steps shall be free of dust, debris, oil and grime.

Properties may or may not own an escalator step cleaning machine. In those cases where none exists, cleaning may need to be performed by hand or contractor may provide an escalator step cleaner as part of the equipment package.

Escalators shall be cleaning in accordance with manufacturers recommendations and shall comply with all local, state, and federal guidelines and as directed by the mall management.

Wastebaskets shall be free of spillage, dust, debris and residue. Plastic liners shall not be torn, worn or contain residue.

All customer convenience equipment including, strollers, play areas, wheelchairs, and motorized scooters shall be free of dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner. Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

Non-Leased Temporary Tenant (RMU) shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Walls, baseboards, and other surfaces shall be free of finished residue and marks from equipment.

Floors shall be free of streaks, mop strand marks and skipped areas.

The finished area shall have a uniform luster and be slip resistant.

Guest Services booths, as applicable. All counters and surfaces shall be clean and free of dust or spills.

Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

High Surfaces shall be clean and free of dust, cobwebs, etc. **Mall will provide lift equipment as needed. Housekeeping personnel will be strictly prohibited from operating lift equipment unless training is provided to those associates by a certified training professional.**

Play areas surfaces shall be clean and sanitized including floors twice a day or as directed by Mall Manager. Only cleaning products provided by the mall shall be used on these surfaces and cleaning shall be performed in accordance with the manufacturer's recommendations. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather damage caused by harsh rubbing, chemicals or brushing. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management.

At properties where a porter service is in place with the tenants, applicable labor and equipment should be included. **Malls performing a porter service for trash will cover this during site visits.**

All floors will be maintained according to best trade practices specific to installed materials.

Floors requiring a finish shall be maintained at a high luster and free of all marks, dirt and debris.

All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Floors shall be slip resistant, free of marks, skipped areas, streaks, and mop strands.

Walls, baseboards, and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform luster. There shall be no build-up of finish in corners or crevices.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

**Common Area Portering**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Remove debris and spills from the common area | 7 | | | |
| Monitor public restrooms | 7 | | | |
| Empty trash and replace liners | 7 | | | |
| Police and spot clean ash urns | 7 | | | |
| Spot clean Directories and marketing advertising stands | 7 | | | |
| Spot clean and police interior landscape planters | 7 | | | |
| Spot clean entrance door glass | 7 | | | |
| Clean and sanitize drinking fountains | 7 | | | |
| Dust and clean all vertical and horizontal surfaces | 7 | | | |
| Spot clean all service doors | 7 | | | |
| Spot clean all | 7 | | | |

| | | | | |
|---|---|---|---|---|
| common area seating | | | | |
| Spot clean guest services booth as directed | 7 | | | |
| Police outside immediate entrance way and sidewalk areas | 7 | | | |
| Police exterior landscape areas for loose and blowing trash. | 7 | | | |

**Additional Description of Services**

The common area defined as the area of the mall not occupied by tenant or retailer and shall include, but not limited to, restrooms, exterior areas of the mall entrances, solid waste rooms, vending areas, office areas, service hallways, exterior sidewalks, service courts and other areas identified by the mall manager shall be free of obvious dirt, debris, and dust.

Contractor shall schedule as required to insure sufficient policing of the mall common area during mall operational hours.

At a minimum, restrooms will be inspected every 30 minutes. This inspections shall be documented by the contractor and a report documenting the inspections shall be provided to mall management upon request.

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

Glass surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

Wash-basins, sinks and mirrors shall be clean and free of dust and dirt

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Trash will be collected as required and removed to a location designated by the Mall. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue.

Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash-basins and toilet stalls.

All plumbing on fixtures shall be free of dust and streaks

Mirrors and glass shall be clean and free of spots and streaks.

Contractor shall use the best efforts to remove stains and gum.

Partitions and walls will be free of obvious dirt, graffiti and dust.

Spot clean walls, doors and stairs/ landings to remove any spillages and graffiti.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

Wood surfaces shall be clean and free of smudges and residue.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Elevator floor tracks and escalator landings shall be clean and free of cigarette butts, matches, dirt and grime.

Elevator interiors shall be free of dust, debris trash, spills and odor.

Escalator handrails and all surfaces shall be free of dust, dirt and grime.

Thresholds shall be clean and free of oil, grease, dirt and grime.

All customer convenience equipment including, strollers, play areas, wheelchairs, and motorized scooters shall be free of dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner.

Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

Non-Leased Temporary Tenant (RMU) shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Guest Services booths, as applicable. All counters and surfaces shall be clean and free of dust or spills.

Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

Play areas surfaces shall be clean and sanitized including floors twice a day or as directed by Mall Manager. Only cleaning products provided by the mall shall be used on these surfaces and cleaning shall be performed in accordance with the manufacturer's recommendations. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Interior Common Areas shall be free of all paper, trash and other discarded materials.

Ash receptacles shall be neat and presentable in appearance.

There shall be no evidence of wads of gum, spots of tar, wet areas or other foreign substances on floors.

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management. At properties where a porter service is in place with the tenants, applicable labor and equipment should be included. **Malls performing a porter service for trash will cover this during site visits.**

**Food Court Portering**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Bus tables | 7 | | | |
| Pull and remove trash | 7 | | | |
| Protect and clean all spills | 7 | | | |
| Spot clean all trash receptacles | 7 | | | |
| Spot clean all food court seating | 7 | | | |
| Spot clean and sanitize all table surfaces | 7 | | | |
| Spot clean all interior landscape planters | 7 | | | |
| Spot clean all vertical and horizontal surfaces | 7 | | | |
| Clean and sanitize all drinking fountains | 7 | | | |
| Return FC trays to FC tenants for tenants to clean | 7 | | | |
| Monitor food court restrooms | 7 | | | |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Additional Description of Services**

**NOTE:**  Some of Washington Prime properties provide a tray washing program to the food court tenants.  This is property specific and the program should be clarified with each property visit if the service will be required by housekeeping contractors

At a minimum, restrooms will be inspected every 30 minutes. This inspections shall be documented by the contractor and a report documenting the inspections shall be provided to mall management upon request.

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

Trash will be collected as required and removed to a location designated by the Mall.

Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Glass surfaces shall be clean and free of smudges.

Spot clean walls, doors to remove all stains and graffiti.

Trash will be collected as required and removed to a location designated by the Mall.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

Collection of food court trays to be returned to the tenants. Tenants are responsible for cleaning the food court trays.

Bussing tables

Responding to spills in the food court. Protecting the spill so to not allow mall guest to slip on the spill and cleaning the spill and then dry mopping the floor to insure a dry surface before allowing access to the area.

**Food Court Cleaning**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Empty Trash and Replace Liners | As Required | | | |
| Clean and sanitize food court chairs | 7 | | | |
| Clean and sanitize food court tables | 7 | | | |
| Clean outside surfaces of all trash receptacles | 7 | | | |
| Move food court table for floor scrubbing | 1 | | | |
| Dust mop and sweep food court floor | 7 | | | |
| Return furniture to specific locations | 7 | | | |
| Clean and vertical and horizontal surfaces | 7 | | | |
| Clean and sanitize food court trash receptacles both inside and out | | 1 or as required | | |
| Scrub food court walks ways | 6 | | | |
| Spot mop food court seating | 6 | | | |

| | | | | |
|---|---|---|---|---|
| area flooring | | | | |
| Scrub 100% of food court floor | 1 | | | |
| Clean and sanitize food court table bases | | 1 | | |
| High dust food court area to include tenant store fronts | | | 1 or as needed | |
| Collection of food court tray and return to tenants for washing. | 7 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Description of Services**

Glass surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

All floors will be maintained according to best trade practices specific to installed materials. All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue. The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Surfaces shall be free of smears, stains and finger marks. They shall be clean, bright and polished to a uniform luster.

The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry. No dirt shall be left in corners, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Bright metal surfaces shall have a polished and lustrous appearance.

High surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. **Mall will provide lift equipment as needed. Housekeeping personnel will be strictly prohibited from operating lift equipment unless training is provided to those associates by a certified training professional.**

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Housekeeping associate shall be responsible for collecting food court trays and returning them to the food court tenants for washing. Discuss this will mall management during the visit to clarify contractors full responsibility.

Once per week, at a minimum the food court furniture will be relocated and the entire floor area scrubbed and with degreaser and disinfectant. This may need to be done more often and the frequency will be left to the mall management. The contractor shall be responsible for providing a food court with a clean floor.

Food Court table will need to be cleaned at a minimum of once per month. This shall consist of a thorough cleaning of the entire table and base and the removal of any gum or other forgiven object.

**Restroom Cleaning**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Sweep and mop restroom floor | 7 | | | |
| Clean mirrors | 7 | | | |
| Spot clean partitions | 7 | | | |
| Clean and sanitize sinks | 7 | | | |
| Clean and sanitize toilets and urinals | 7 | | | |
| Clean and refill soap dispensers | 7 | | | |
| Refill all toilet dispensers. Clean and sanitize dispensers | 7 | | | |
| Clean and sanitize hand driers | 7 | | | |
| Refill all hand towel dispensers. Clean and sanitize dispensers | 7 | | | |
| Replenish all restroom supplies as required | 7 or as required | | | |
| Clean hardware under the sink area | 1 or as required | | | |

| Dust vents and ceiling fixtures | 1 or as required | | | |
|---|---|---|---|---|
| Clean and sanitize all stall partitions | 1 | | | |
| Clean and sanitize and trash receptacles | 1 | | | |
| Clean and sanitize all wall and door surfaces | 1 | | | |
| Machine scrub and sanitize restroom floor | 1 or as required | | | |
| | | | | |
| | | | | |
| | | | | |

## Additional Description of Services

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times. Owner is responsible for installing paper towel, toilet paper, toilet seat cover dispensers and sanitary napkin dispensers. The placement of the dispensers shall be at the discretion of the Mall Manager or designated representative.

**All sanitary napkin disposal containers shall be provided with a wax liner any subcontract required for disposal should be included in this contract and must be identified in this contractor proposal.**

Contractor will be responsible for maintaining and servicing all dispensers, deodorizers for each restroom.

Restrooms will be cleaned and sanitized with a disinfectant cleaner in a manner to keep restrooms free of odors.

Glass and mirror surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

Wash-basins and sinks shall be clean and free of dust, dirt and encrustation.

Spot clean walls, doors, and floors to remove all stains.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

All floors will be maintained according to best trade practices specific to installed materials. Floors requiring a finish shall be maintained at a high luster and free of all marks, dirt and debris. All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Drinking fountains will be cleaned to be free of water marks, and maintained at a high level of sanitation. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue. The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

Fixtures will be free of dust, streaks and encrustation.

Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash-basins and toilet stalls.

All plumbing on fixtures shall be free of dust, streaks and encrustation.

Partitions and walls will be free of obvious dirt, graffiti and dust.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Bright metal surfaces shall have a polished and lustrous appearance.

The stainless steel surfaces shall be clean and free of dust, spots, stains and streaks.

Thresholds shall be clean and free of oil, grease, dirt and grime.

There shall be no build-up of dirt or floor finish in corners or crevices floors

Grout lines should be free of stains, discoloration, gum and dirt.

All dispensers shall be filled with Mall provided supplies; soap must be compatible with the provided dispenser. Waste receptacles shall be emptied. Sanitary napkin receptacles shall be emptied, disinfected and a new bag inserted.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry.

Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

**Exterior Cleaning**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Sweep Service Court Areas | 7 | | | |
| Removal all debris from curb line to building | 7 | | | |
| Police sidewalks and entrances | 7 | | | |
| Police landscape planters and immediate entranceways | 7 | | | |
| Clean and sanitize exterior seating areas | 7 | | | |
| Clean exterior trash receptacles | 7 | | | |
| Pressure washing of concrete and other services | 1 or as required | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Description of Services**

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Exterior benches and seating shall be clean, free of spots, gum, crusted material, spillages and removable stains.

**Any damages should be immediately reported to Mall Manager along with photo documentation.**

Ashtrays shall be free of residue, streaks and spots.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

High surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. Access to lifts provided by mall.

Concrete surfaces and sidewalks shall be free of string, gum, grease, tar, graffiti, etc., and present an overall appearance of cleanliness.

Housekeeping associate may be responsible for portions of the exterior of the property such policing the parking lot and other grassy areas on certain days of the week. Each property will provide exterior duties and specifics during the visits.

## ADDITIONAL CONTRACTOR REQUIREMENTS

Report fires and hazardous conditions to Mall Management and Security immediately.

Lock rooms in secure areas after cleaning and return keys to designated office as instructed by mall management or security.

Sign out and return keys, two-way radios and other items identified and directed by mall management.

Turn in lost and found articles to the Mall Office or other location as directed by mall management.

Notify Mall Management/Security when an unauthorized or suspicious person is seen on the premises.

Any items in need of repair that are discovered during performance of duties are to be reported to the Mall Manager.

Assistance in snow removal efforts and the application of salt/brine, where applicable, will be covered under this contract or as noted in scope of service. These services will be on an as needed basis and should be considered on call and part of the scheduled labor hours. Mall management will provide notice to contractors on site supervision when services are required.

Entry mat systems will be installed and removed immediately prior to and directly after the snow season, as applicable or as instructed by mall management.

Clean wheelchairs, strollers, and/or any other rental unit defined by mall management as needed.

Any other work related to the custodial or maintenance of the property as directed by mall management.

**<u>Exhibit D</u>**

**<u>Service Pricing</u>**

<u>Insert Pricing and Equipment Sheets Here.</u>

**EXHIBIT "E"**

Paragraph 6.2 Certification Letter

[Owner]

_____

_____

_____

Attn: _____

        RE:    Certification of Compliance

Dear Sir or Madame:

Pursuant to Paragraph 6.2 of that certain Housekeeping Contractor Service Agreement dated _____, between [Owner] and [Contractor] (the "Contract"), the undersigned hereby certifies as follows:

To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractor has conducted appropriate criminal background and reference checks of all personnel assigned to work at the Shopping Center. Contractor represents and warrants that it has conducted all criminal background and reference checks in a lawful manner. Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed, for each Contractor employee that works at the Shopping Center (hereinafter referred to as an "Employee") and the I-9 Form for each Employee is maintained by Contractor as required by law.

Sincerely,

[Contractor]



EXHIBIT
B

**SERVICE AGREEMENT STANDARD**

Form 931W
(Rev. 1.12.2015)

| Shopping Center Name (Shopping Center) | Corp # | GL Account | Sub-Account | Sub-Ledger |
|---|---|---|---|---|
| Melbourne Square¹ | 9133 | 504210 | 341 | |
| Location (City, State, Zip) | | 504310 | 341 | |
| Melbourne, FL 32904 | | 507210 | 341 | |
| Type of Service | | Date | | |
| Janitorial Services | | September 2, 2015 | | |

| CONTRACTOR | OWNER |
|---|---|
| Legal Name<br>Blue Chip Facility Services | MELBOURNE SQUARE, LLC, an Indiana limited liability company<br>By: WASHINGTON PRIME GROUP, L.P., an Indiana limited partnership,<br>its sole member |
| Trade Name/DBA<br>Blue Chip | By: WASHINGTON PRIME GROUP INC., an Indiana corporation, its<br>general partner |
| Principal Office Address<br>7250 Edington Drive | Principal Office Address<br>1700 W. New Haven Avenue |
| City, State, Zip<br>Cincinnati, OH 45249 | City, State, Zip<br>Melbourne, FL 32904 |
| Business Phone<br>(513) 561-2999 | Business Fax<br>(513) 561-3998 | Business Phone<br>(321) 727-9092 | Business Fax<br>(321) 676-1678 |
| Direct all invoices to:<br>Melbourne Square<br>Mail Stop ID - 9133<br>P.O. Box 31600<br>Salt Lake City, UT 84131-9917 | |

In consideration of the mutual promises, covenants and agreements set forth, it is agreed by and between the parties as follows:

| 1. Length of Agreement (Days, Months, Years)<br>3 years | Agreement Commencement Date<br>October 1, 2015 | Agreement Ending Date<br>September 30, 2018 |
|---|---|---|

2. Payment Schedule  ☒  Detailed in Exhibit "A"

☐  Upon Completion

3.

| | |
|---|---|
| Subtotal: | $796,806.91 |
| Freight/Shipping: | |
| Sales Tax: | $36,566.16 |
| Total Contract Cost: | $833,373.07 |

4. Scope of Services (Detail on Exhibit "A" if more space is required)
See Exhibit A & B

DP-H

5. **Contract Term.** The term of this Agreement shall commence on the Agreement Commencement Date and shall continue in full force and effect until the Agreement Ending Date, unless sooner terminated as herein provided. Notwithstanding anything herein to the contrary, Owner may at any time during the term hereof, elect to terminate this Agreement without cause by providing Contractor with thirty (30) days advance written notice. If this Agreement expires or is terminated by Owner, and Contractor thereafter continues to furnish services or materials to Owner, such provision of services shall be subject to all of the terms and conditions of this Agreement.

6. **Payment.** Owner shall pay Contractor for all services, labor, materials and equipment furnished hereunder (the "Services") according to the Total Contract Cost and Payment Schedule set forth herein and in Exhibit A attached hereto. In order to receive payment hereunder, Contractor shall furnish Owner with an itemized statement of all charges for which payment is sought, including sales and use taxes paid. Contractor shall also furnish Owner with vouchers, receipts, affidavits, proof of payment of sales or use taxes, and any other proof which may reasonably be requested or required by Owner in order to support Contractor's charges for labor and material furnished by subcontractors and suppliers. Contractor shall also furnish lien waivers from subcontractors and suppliers. In no event shall Contractor be entitled to receive payment for any item of service or materials hereunder unless and until Contractor first has paid its laborers, subcontractors, materialmen and suppliers for all Services.

7. **Excusable Delay; Changes in Services; Assignment Prohibited; Separate Contracts.** All Services to be performed and furnished by the Contractor hereunder shall be performed and furnished according to the schedule set forth in Exhibit A, provided however, that Contractor shall not be liable for reasonable delays in performance due to inclement weather, unavoidable casualties, acts of God, or shortages of materials. The terms and conditions of this Agreement shall control in the event of a conflict with terms and conditions in Exhibit A or any other attachment. It is further understood and agreed by the parties that any additional services, labor, materials or equipment which the parties may deem necessary shall be furnished only upon written proposal and bid submitted by Contractor in advance and advance written approval thereof by Owner. Likewise, any deletions of scheduled Services may be made only upon written recommendation by Contractor in advance and with advance written approval thereof by Owner.

Additional services, if any, shall be paid for at the price and schedule agreed upon by the parties in writing. Contractor shall be entitled to receive payment only for services approved and agreed upon by Owner in writing, in advance, and actually performed and rendered according to the terms and conditions herein provided. Contractor shall not assign this contract, or its right to payment hereunder, to any other party without Owner's consent, and Contractor shall not delegate any of its duties hereunder, except to subcontractors expressly approved by Owner in writing in advance. Contractor shall be liable and responsible for the services, acts and omissions of any and all subcontractors. Contractor will cooperate with any other contractors engaged by Owner.

8. **Contractor's Warranty and Liability.** Contractor warrants and represents that it is licensed and certified to do business in the state in which the Shopping Center is located. Contractor warrants and agrees that all materials used and furnished hereunder will be of good quality and suitable for the purpose furnished and that all labor will be done in a competent and workmanlike manner. Contractor shall repair, correct and remedy any defect or deficiency in workmanship and shall replace any defective or unsuitable materials, fixtures or equipment used, installed or placed in or upon the Shopping Center, provided that Owner gives Contractor written notice of any such defect or deficiency in workmanship within one (1) year after such Services have been completed. Contractor shall assign any manufacturers' warranties of duration greater than one (1) year to Owner. Contractor shall be liable for any injury or damage to the Shopping Center or any persons or property therein caused by Contractor or its employees or subcontractors in the performance of the Services. Contractor shall defend, indemnify and hold Owner Parties (hereinafter defined) harmless from any loss, cost, damage, liability or other expense whatsoever that Owner may suffer or incur as the result of a breach of this Agreement or due to a failure of materials and workmanship to be as warranted.

Contractor's warranty shall extend to and cover all services, labor and materials furnished by subcontractors, laborers, materialmen and suppliers, and Contractor shall be responsible for the services of any subcontractors or laborers and the materials furnished by any materialmen or suppliers. Contractor shall comply with and assume financial responsibility for all applicable federal, state, and local laws (including tax laws), ordinances and governmental regulations in the performance of the Services.

9. **Termination of Agreement; Default.** In addition to the other rights granted to Owner hereunder, Owner shall have the right to terminate this Agreement for cause, by giving written notice to Contractor or its legal representative if Contractor: (a) should die, attempt to assign this Agreement or become insolvent; or (b) should seek bankruptcy protection, make a general assignment for the benefit of its creditors, or if a receiver should be appointed on account of Contractor's insolvency; or (c) should fail to supply sufficient properly skilled workmen or sufficient and/or proper materials to perform the Services; or (d) should fail to make prompt payment to subcontractors or for materials or labor; or (e) should fail to obtain or maintain any of the insurance coverages required hereunder; or (f) should fail to comply with laws, ordinances or the instructions of Owner;

or (g) should otherwise breach or violate any provision of this Agreement, for which termination shall be effective immediately upon the giving of such notice by Owner to Contractor.

Notwithstanding such termination of this Agreement, Owner shall also have, and hereby reserves, the right to recover damages, including, without limitation, consequential and incidental damages, from Contractor for any loss suffered by Owner as a result of any breach or default by Contractor hereunder. Failure or forbearance by Owner to terminate this Agreement upon the occurrence of any breach or violation hereof by Contractor for any other event of default shall not constitute a waiver by Owner of such breach, violation or default on that occasion or upon the occurrence of a similar breach or violation upon a future occasion. If Owner is required to bring or defend any action arising out of this Agreement, or to enforce or defend the provisions hereof, Owner shall recover its reasonable attorney's fees and costs from Contractor.

10. **Risk of Loss.** All Services performed by Contractor hereunder shall be done and performed solely at Contractor's own risk, and it is understood and agreed by the parties that Contractor is an independent contractor and not an agent or employee of Owner.

11. **Indemnity.** (a) To the fullest extent permitted by applicable law, Contractor shall, at Contractor's sole cost and expense, defend, indemnify, and hold harmless Owner, Owner's managing agent, Simon Property Group, Inc., Simon Property Group, L.P., Washington Prime Group, Inc., Washington Prime Group, L.P., and their respective officers, directors, shareholders, members, partners, parents, subsidiaries and any other affiliated or related entities, managers, agents, servants, employees, and independent contractors of these persons or entities ("Owner Parties") from and against any and all claims, liabilities, obligations, losses, penalties, actions, suits, damages, expenses, disbursements (including legal fees and expenses), or costs of any kind and nature whatsoever ("Claims") for property damage, bodily injury and death brought by third-parties in any way relating to or resulting, in whole or in part, from Contractor's (and its subcontractors' and employees') performance or alleged failure to perform the Services or any other breach of this Agreement.

(b) The indemnity set forth herein will apply regardless of the active or passive negligence or joint, concurrent, or comparative negligence of any of the Owner Parties and regardless of whether liability without fault or strict liability is imposed or sought to be imposed upon any of the Owner Parties, except to the proportional extent that a final judgment of a court of competent jurisdiction establishes under the tort principles of the state where the Shopping Center is located that a Claim was proximately caused by the sole negligence or intentional wrongdoing of an Owner Party, provided, however, that in such event the indemnity will remain valid for all other Owner Parties.

(c) To the fullest extent permitted by applicable law, Contractor shall defend, indemnify and save Owner Parties harmless from any and all Claims that may be brought against Owner Parties by any employee, subcontractor, representative or agent of Contractor, or any legal representative or successor of any of them, in any way arising out of or incident to Contractor's performance or alleged failure to perform the Services or any other breach of this Agreement, irrespective of whether such suits are brought about by the negligence or fault of Owner Parties or anyone for whose acts Owner Parties may be liable.

(d) The provisions of this Section shall survive the expiration or earlier termination of this Agreement until all Claims involving any indemnified matter are fully and finally barred by the applicable statute of limitations.

12. **Insurance.** Contractor shall, at all times during the term of this Agreement and any extensions, at Contractor's sole cost and expense, obtain and maintain the following policies of insurance, naming the Owner Parties as "additional insureds", which shall provide the Owner Parties are additional insureds with respect to liability arising out of Contractor's ongoing and completed operations. Contractor shall provide notice to Owner immediately upon receipt of any notice received by the Contractor from its insurance carrier advising of non-renewal or cancellation of the policies required under this Agreement.

All policies of insurance required of Contractor under this Agreement shall be obtained from reputable insurers licensed to do business in the state where the Shopping Center is located and have an A.M. Best rating of at least A- VIII. A copy of each insurance policy or a legally enforceable Certificate of Insurance on all insurance policies required of Contractor under this Agreement shall be deposited with Owner promptly on or before the Agreement Commencement Date. Any insurance provided by Owner Parties shall be strictly excess, secondary and non-contributory of the insurance coverage provided by Contractor.

(a) **Commercial General Liability** – with a limit of not less than $2,000,000 ($5,000,000 if any portion of the Services to be performed by Contractor hereunder involves or affects in any way the roof of the Shopping Center) for each occurrence and a $2,000,000 ($5,000,000 if any portion of the Services to be performed by Contractor hereunder involves or affects in any way the roof of the Shopping Center) general aggregate limit.

(i) An endorsement that includes property damage coverage for property in the care, custody or control of the Contractor.

(ii) In the instances where Contractor's services include the use of "pollutants" as defined by the General Liability policy, the policy must include an endorsement removing the absolute pollution exclusion and adding broadened pollution coverage for bodily injury and property damage resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" as defined by the General Liability policy, and providing coverage on behalf of the "additional insured", including ongoing and completed operations.

(b) **Commercial Automobile Liability** – in the amount of $1,000,000 combined single limit for bodily injury and property damage, covering all owned, non-owned, or hired automobiles used in the course of the Contractor's business.

(c) **Workers' Compensation** – in compliance with any and all statutes requiring such coverage in the state where the work is being performed.

(d) **Employer's Liability** – in a minimum amount of $1,000,000 each accident, $1,000,000 each employee, $1,000,000 policy aggregate.

(e) Such other insurance as may be required from time to time by Owner.

13. **Waiver of Lien.** Contractor, for itself and for all subcontractors, mechanics, laborers, materialmen and suppliers, does hereby waive the right to hold, claim, assert, file or enforce any mechanic's lien or materialmen's lien or any lien rights whatsoever against the Shopping Center or the building and improvements located therein, or the real estate upon which the Shopping Center is located. Neither Contractor nor any subcontractor, mechanic, laborer, materialmen, supplier or any person, firm or corporation, for any cause whatsoever, shall have any right to hold, claim, assert, file or enforce any mechanics' lien or materialmen's lien against the Shopping Center for any services, labor, materials, or equipment furnished therein. Contractor shall not cause, suffer or permit any mechanic's lien or materialmen's liens to be filed against the Shopping Center or any buildings or improvements therein or the real estate upon which it is located and Contractor shall indemnify and hold Owner and the real estate, buildings and improvements harmless from and against any such liens for labor and materials.

14. **Limitation of Liability.** Anything to the contrary herein contained notwithstanding, there shall be absolutely no liability on persons, firms or entities other than Owner with respect to any of the terms, covenants, conditions and provisions of this Agreement and Contractor shall look to the rights of any first mortgages, look solely to the interest of Owner or its successors and assigns, in the Shopping Center for the satisfaction of each and every remedy of Contractor in the event of default by Owner hereunder; such exculpation of personal liability is absolute and without any exception whatsoever.

15. **Intellectual Property.** The parties expressly recognize that Contractor's Services rendered to Owner under this Agreement and all work product resulting therefrom ("Work Product") have been specially ordered and commissioned by Owner as a contribution to a collective work, supplemental work or such other category of work as may be eligible for treatment as a "work made for hire" as that term is defined in the Copyright Act, 17 U.S.C. § 101 et seq. Owner and/or Washington Prime Group, L.P. and/or its affiliates shall be deemed the sole author of the Services and Work Product, their contents and any work embodying or derived from any portion of the Services and Work Product, and that attendant intellectual property rights.

16. **Binding Effect; Entire Agreement.** This Agreement shall be binding upon and inure to the benefit of the respective heirs, successors, assigns and personal representatives of the parties, subject however, to the restriction upon assignment by Contractor as hereinabove set forth in Section 7. Owner expressly limits its acceptance to the terms contained in this Agreement, including any Exhibits that are expressly referenced and incorporated herein pursuant to Section 26, and objects to and rejects any additional or different terms outside of pricing and scope of services that may be set forth by Contractor in any other attachments hereto. This Agreement contains the entire agreement between the parties and cannot be modified or amended without a written agreement executed by both of the parties.

17. **Venue; Choice of Law.** This Agreement shall be governed by the laws of the state in which the Shopping Center is located without giving effect to conflict of law provisions. Any action, suit or proceeding relating to, arising out of or in connection with the terms, conditions and covenants of this Agreement may be brought by Owner against Contractor in any state or federal court of competent jurisdiction in Marion County, Indiana and Contractor consents to laying of venue in such court. Contractor hereby irrevocably and unconditionally waives any objection to the laying of venue in any such court and any claim that such court is an inconvenient forum. To the extent permitted by applicable law, Contractor hereby waives trial by jury in any action, proceeding or counterclaim brought by either party against the other on any matter whatsoever arising out of or in any way connected with this Agreement.

18. **Confidentiality.** Contractor agrees to hold the terms of this Agreement and all proprietary information it obtains from or about the Owner Parties in connection with this Agreement in the strictest of confidence, not to use such information other than for the performance of its obligations under this Agreement, not to use the names, trademarks or logos of Owner Parties in any sales or marketing publications or advertisements without the prior written consent of the relevant Owner Party, and to cause its employees, agents, and consultants to be bound to the same obligation of confidentiality.

19. **Interpretation.** This Agreement represents the results of bargaining and negotiations between the parties and is the result of combined draftsmanship. The terms and conditions hereof shall be interpreted and construed in accordance with their usual and customary meanings and the parties hereby expressly waive and disclaim any rule of law or procedure requiring otherwise, including but not limited to any rule of law to the effect that ambiguous or conflicting terms or conditions shall be interpreted or construed against the party whose counsel prepared this Agreement or any earlier draft hereof.

20. **Set Off.** Owner shall be entitled to deduct from or set off against any sums payable to Contractor under this Agreement: (a) any amount expended by the Owner exercising Owner's rights under this Agreement to perform any of the Contractor's obligations that the Contractor has failed to perform; (b) any damages, costs or expenses

DPH

incurred by the Owner as a result of the failure of Contractor to perform any of its obligations under this Agreement; and/or (c) any other amount owing from Contractor to Owner under this Agreement or otherwise.

21. Notices. All notices required or permitted by this Agreement must be delivered to the addresses for Contractor and Owner set forth above (or such other address hereafter designated) by U.S. Mail, registered, return receipt requested (in which case, they shall be deemed to have been received three (3) days after deposit in the U.S. Mail), or by recognized overnight courier service (in which case they shall be deemed delivered on the date of the courier service's proof of delivery). Time is of the essence with respect to performance of every provision of this Agreement.

22. Severability. The parties agree that if one or more provisions of this Agreement is determined to be invalid, illegal and/or unenforceable in any respect, said provision shall be considered void to the extent of such invalidity, and all remaining provisions nevertheless shall remain effective and binding on the parties and the validity, legality and enforceability thereof shall not be affected or impaired thereby.

23. Waiver of Subrogation. Contractor and all parties claiming, by, through or under Contractor hereby releases and discharges Owner from all claims and liabilities arising from or caused by any casualty or hazard covered or required hereunder to be covered in whole or in part by Contractor's insurance or in connection with Contractor's activities conducted at the Shopping Center, and Contractor waives any right of subrogation which might otherwise exist in or accrue to any person on account thereof and further agrees to evidence such waiver by endorsement to the required insurance policies.

24. Audit. (a) No acceptance of any account stated, invoice, billing statement or payment tendered by Owner shall be construed as either an accord and satisfaction that the amount claimed to be due from Owner is in fact the correct amount or as a release or waiver of any claim that Owner may have to dispute the billing, the adequacy of the Services or for reimbursement of excess payments.

(b) Owner or authorized employees, agents or representatives of Owner (including a third-party auditor or firm) shall have the right to interview personnel and inspect, examine, copy and audit the books and records of Contractor relating to the Services and all associated work, costs and expenses. Contractor shall, for a period of three (3) years following the date of any final payment made by Owner for any goods or services provided pursuant to the Agreement, keep and preserve at all times at the Contractor's business all documents and records (whether in written or electronic format) that pertain in any way to the Agreement, including, without limitation, records related to bidding (including but not limited to bids by Contractor, subcontractors and material suppliers), invoices and receipts for material and services from subcontractors, material suppliers or other vendors, payroll records (including, without limitation, employee work schedules and payroll records) and full, complete and accurate books of account. Any such audits shall be conducted within three (3) years following the date of any final payment made by Owner for any goods or services supplied pursuant to the Agreement, and shall take place during Contractor's normal business hours (or as otherwise may be agreed), upon not less than seven (7) days prior written notice.

(c) To the extent this Agreement is based, in whole or in part, on time and materials, or cost plus or such other similar arrangement, the purpose of the audit shall be to verify compliance with the Agreement and the accuracy of amounts charged by Contractor for any goods or services provided pursuant to the Agreement, and all amounts billed or paid shall be subject to audit. If such audit discloses that Contractor has overcharged Owner or that Owner has paid any excess amount, Contractor shall pay Owner, upon demand, the amount of any excess payment or, if payment has not been made, revise any account statement, invoice or billing to reflect the correct amount owed. If, as a result of such audit, it is revealed that Owner has been overbilled or overpaid amounts owed by one percent (1%) or more, then, in addition to making full repayment of the amount of the overpayment, Contractor shall reimburse Owner for the cost of the audit.

(d) Only to the extent this Agreement is based on a lump sum or fixed sum or other similar arrangement, the purpose of the audit shall be to determine compliance with the Agreement, including, without limitation, any and all requirements for deliverables, approved plans and specifications, and any provisions regarding pricing of any change orders.

25. Background Checks; Compliance Certification. To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractors shall conduct appropriate criminal background and reference checks of personnel assigned to work at Owner's property. Contractor represents and warrants that it will conduct any criminal background or reference checks in a lawful manner.

Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed and will be maintained for each Contractor employee that works at the Shopping Center.

Contractor will certify to Owner that it has complied with the obligations in this paragraph. Contractor will provide this certification upon request by Owner but, in any event, will provide a certification letter to Owner within 30 days following the effective date of any contract and, subsequently, in January of each year.

26. The following Exhibits are incorporated herein by reference: (List attached Exhibits, including letter or number designation and heading, if any.)
    Exhibits A & B

---

**Ethical Practices.** Owner maintains a Fraud Hotline (1-855-388-4972) to enhance our commitment to ensuring that business conducted with the Company is done so in a lawful and ethical manner. The Fraud Hotline is manned 24 hours a day, seven days a week by a communications specialist employed by an outside company. All communications will be addressed promptly and professionally, and without retribution.

---

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the day and year first above written.

"Owner"                                              "Contractor"

MELBOURNE SQUARE, LLC, an Indiana limited liability company        Blue Chip Facility Services
By: WASHINGTON PRIME GROUP, L.P., an Indiana limited partnership, its sole member
By: WASHINGTON PRIME GROUP INC., an Indiana corporation, its general partner

BY: _____        BY: David P Harmon

Printed: _____        Printed: DAVID P. HARMON

Title: _____ Date: _____        Title: GM        Date: 9/7/15

Service Agreement Standard (rev 1.12.2015)                                    Page 3 of 3

## EXHIBIT 'A' PROGRESS PAYMENT
Form 95 PP (Rev. 10/2013)

Agreement Reference: (3) Year Service Agreement between Melbourne Square LLC and Blue Chip Facility Services for janitorial services for common area (interior, exterior and food court) from October 1, 2015 through September 30, 2018

Scope of Services:

### 1. SERVICE PERFORMANCE REQUIREMENTS

The Contractor shall provide all management, supervision, manpower and equipment necessary to provide janitorial and related services as described herein. Contractor shall plan, schedule, coordinate and assure effective performance of all services. The Contractor will provide janitorial and related services in accordance with the requirements outlined in this exhibit. Contractor will provide continual review of performance balancing labor, equipment and technology to reduce overall costs and make recommendations to the Mall Manager. Weekly labor hours will be set by Mall Management with the Contractor's contract manager. Weekly labor hours cannot be exceeded without prior approval of the Mall Management staff. Weekly hours are not guaranteed and may change daily or weekly depending on the economic climate of the property. Only actual hours worked by employees can be invoiced. No overtime is allowed unless prior approval by the Mall Management staff is obtained.

### 2. CONTRACT EFFORT REQUIRED

All work shall be performed seven days a week including holidays if the mall is open.

### 3. SUPERVISION

A. The Contractor shall provide sufficient supervision to fulfill the terms and conditions of this contract. The Contractor shall ensure that all work required by this contract is satisfactorily supervised by a contract manager, on-site supervisor or a combination of these alternatives. The contract manager or supervisor shall be available at the facility while contract work is in progress to receive notices, reports or requests from either the Mall Manager or the Mall Manager's designated individual. The contract manager and supervisory employees must be able to read, write and speak English, and should be able to communicate with subordinates effectively as required.

B. Contact after normal hours: After normal work hours, the contract manager or the supervisor shall be available within 30 minutes at the site. The Contractor shall provide to the Mall Manager 10 days prior to contract start date, a written listing of telephone, cell phone and pager numbers which the mall may use at any time to directly contact the Contractor, contract manager or on-site supervisor. The Contractor will immediately notify the Mall of any change in these numbers.

C. Contract Manager: A "contract manager" is a person, designated in writing by the Contractor, who has overall responsibility for quality performance. The contract manager's resume/qualifications will be provided to the Mall Manager prior to assignment. He/she has full authority to act for the Contractor during the term of the contract, and who is authorized to accept inspection reports and all other correspondence on behalf of the Contractor. Contract managers will perform productive work such as scheduling, support, cleaning, ordering, training, etc. An "area contract manager" would be acceptable if the position is exclusive to WP Glimcher properties and the Mall Manager(s) and/or Operations Director(s) approve said "area" position.

D. On-site supervisory employees: An "on-site supervisor" is a person (or persons) designated in writing by the Contractor, who has authority to act for the Contractor on all matters relating to daily contract operation. Supervisors are to perform productive work.

E. The Contractor will not assign individuals to positions where they may be supervised either directly or indirectly by anyone with whom they are related. Any exceptions to this policy must be approved by the Mall Manager.

### 4. MATERIALS, EQUIPMENT AND UTILITIES

A. Furnished by The Mall

(1) Space:

(a) If available, space in the building and furnishings for a supervisor's office to be used for official business only in the performance of this contract.

(b) Space in the building for the storage of supplies and equipment to be used in the performance of work under the contract. Contractor shall maintain this space in a neat and orderly condition. No flammable or explosive liquids such as gasoline will be stored in the building unless it is secured in an OSHA compliant fireproof storage locker and stored in container(s) per OSHA guidelines. The Mall will not be responsible for damage or loss to Contractor's stored supplies or equipment.

(c) Janitor closets, where available, for storing supplies and equipment. These closets and the stored equipment shall be kept clean and in an orderly manner by the Contractor. Sinks and buckets will be kept clean and free of standing water; hoses which are connected to faucets will not be left in standing water and should be disconnected after each use to prevent growth of bacteria.

(2) HVAC: Heating and air conditioning of space will be furnished only during normal working hours of building occupants, if available.

(3) The Mall will furnish water and electricity to perform the contract, including washer and dryer connection points.

B. **Furnished by the Contractor**

(1) Contractor shall furnish all labor, equipment, supplies and employee training necessary for the performance of the work of this contract unless otherwise specified herein. All costs for employee training, employment ads and subsequent background checks on existing employees are to be included in Contractor's overhead cost. New hire background checks and drug testing is to be included as cost plus item. Training shall include all training necessary to complete the scope of work at the property, all applicable OSHA and other related standards. Contractor shall furnish all Material Safety Data Sheets (MSDS) for any materials used in the performance of this contract five days prior to the contract starting date, and continually throughout the period of the contract.

(2) Materials, equipment or supplies shall not be used in performance under this contract (or placed or stored on mall property) until Contractor has obtained the applicable Material Safety Data Sheets (MSDS) for all hazardous materials (products containing CAUTION or WARNING labels).

Contractor shall keep MSDS's current in a binder and maintain them in a location accessible to all employees and will advise the Mall Manager of their location. MSDAS sheets for Janitorial supplies purchased by Owner will be provided to Contractor and the Contractor will maintain them in the binder. The MSDS will be available for inspection by the Mall Manager on request.

(3) Large and Small Janitorial Equipment, defined as equipment with a new cost value of more than $100, must be provided by the Contractor. The cost of this equipment, including all parts, repairs and maintenance will be included in Contractor's overhead cost. Should the contract be terminated by either party, Large and Small Janitorial Equipment provided by the Contractor will remain the property of the Contractor. Examples would be floor scrubbers, vacuum cleaners, carpet extractors, housekeeping carts, etc.

(4) Other Equipment, defined as equipment with a value less than $100, will be purchased as required on a cost plus basis. Any purchase of this equipment must be approved by Mall Management prior to purchase and invoicing. All repairs of this equipment will be the responsibility of Owner. Any repairs of this equipment must be approved prior to any work by Mall Manager. Contractor is responsible for maintenance of said equipment. Should the contract be terminated by either party, Other Equipment is the property of WP Glimcher (Owner) and will remain with the respective mall. Examples would be ladders, mop buckets, step stools, extendable cleaning tools, etc.

(4) The Contractor shall not use any material, which the Mall Manager determines would be unsuitable for the purpose or harmful to the surfaces to which applied. Costs for correcting damage caused by misused materials will be borne by the Contractor. Contractor must meet with Mall Manager and discuss/provide photo documentation of any damage caused by unsuitable material or equipment.

(5) Equipment: The Contractor shall furnish all equipment needed for the performance of this contract, including local office supplies, cell phones, computers, internet service, and office equipment, which will be included in their overhead cost. All equipment must be properly guarded and meet applicable OSHA standards. If a piece of

equipment needs repair and is determined unsafe by the Mall Manager, the Contractor shall immediately stop using the equipment. Defective equipment shall be repaired or replaced within 72 hours without disruption of the current cleaning requirements.

Equipment specification sheets for all large cleaning equipment such as auto or rider scrubbers, floor burnishers, floor scrubbers, extractors, vacuum cleaners, etc. must be provided with technical proposal. The Mall Manager must approve the use of all large/small cleaning equipment prior to use.

(6) <u>Uniforms</u>: The uniform shall have the Mall's name, easily identifiable, affixed in a permanent or semi-permanent manner such as a badge or monogram. The Mall Manager and/or Operations Director must approve the type and grade of uniform is appropriate for their specific property, therefore, uniform specifications should be provided to the Mall Manager for review prior to the inception of the contract. If Contractor purchases uniforms, Owner agrees to reimburse as cost plus. If the Contractor leases uniforms, then Owner will only reimburse for the monthly cost of said uniforms while the contract is in effect. Uniform costs associated with a lease start up and termination expenses are the sole cost of the Contractor and are not reimbursable. Quantity of uniforms is estimated at no more than five (5) shirts and five (5) pants for full-time employees. Quantity of uniforms for part-time employees to be determined in conjunction with Mall Manager. Any increase in these quantities must be approved by the Mall Manager at the property. **Every employee is to be in full uniform (shirt and pants) while on duty, with coordinating safety/work shoes (no brightly colored sneakers, boots, etc.). It is the supervisor/contract manager's responsibility to make sure all employees are dressed in the approved uniform each shift.**

(7) <u>Telephone/Office Equipment</u>: At its sole expense, Contractor shall install private outside business phones, internet service, computers, fax or related office equipment for its use in conducting business. Contractor or Contractor's employees shall not use mall office telephones in any manner for any personal advantage, business gain or other personal endeavour. **The cost to install and maintain this equipment shall be included in Contractor's overhead costs.**

(8) The contract manager, on-site supervisor and alternate person shall carry a two-way radio while on duty and a pager and/or cell phone when off duty. **Two-way radios will be provided by the Mall. Contractor will replace or repair, at its cost, any Mall owned equipment (e.g. two-way radio equipment, cellular phone, fire and safety equipment, locks, keys, security systems, etc.) damaged or lost through abuse or neglect by Contractor's personnel.**

(9) Supplies include but are not limited to urinal deodorant blocks, waterless urinal cartridges (if needed), toilet paper, hand towels, seat covers, hand soap, sanitary napkin dispenser bags, cleaning chemicals, wood care products, leather care products, stainless steel polishes, sealers, waxes, dust mops, damp mops, feather dusters, wiping cloths, pans, brooms, carts, gondolas, floor scrubber pads and trash bags. **In any mall which currently uses enMotion towel dispensers, Contractor agrees to use the same units and will price appropriate hand towels during the term of this contract.** Contractor is responsible for receiving, securely storing and controlling all products. Contractor must submit a list of supplies with costs and approved by the Mall Manager. Contractor shall manage supplies used and purchased and will not over order and/or have more than a two (2) week inventory. Contractor will provide an inventory check-in and check-out log to the Mall Manager at the end of each month. **Owner reserves the right to directly purchase all supplies, at any time during the term of the contract, by giving Contractor thirty (30) days written notice of intent to do so or giving Contractor notice with mall specific bidding instructions.**

5. <u>QUALIFICATIONS OF PERSONNEL</u>

   A. <u>Qualifications of Supervisory Employees:</u> Supervisory personnel shall be employed, and they will, at a minimum have completed a supervisory training course. At the discretion of the Mall Manager, experience may be substituted for formal training. **The on-site supervisor is required to be fully conversant in English or other languages as dictated by the local area.**

   B. <u>Qualifications of other Contractor Personnel</u>

      (1) The personnel employed by Contractor shall be capable employees, trained and qualified in custodial type work. All personnel will receive close and continuing first-line supervision by Contractor.

Page 3 of 26

(2) The personnel employed by Contractor shall be trained in custodial type work, including biohazard spill cleaning and material disposal that doesn't require a specialty third party license. The building shall be fully staffed beginning the first day of work under the contract. Contractor's employees shall be trained on the procedures to follow in the event of fire or other emergency.

6.  **SCHEDULING WORK:**

A.  Contractor shall provide Mall Management with proper advance notice and a schedule for any cleaning that requires coordination with tenants. Contractor and Mall Management shall coordinate a plan of action to clean the building, including holidays and school vacation periods. Contractor's on-site supervisor must meet weekly with Mall Management staff to set weekly labor hours. Mall Management has the right to reduce or add hours as necessary. NOTE: All contents of this exhibit which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the Contractor and Mall Manager. If an agreement can not be reached between the Contractor and Mall Manager, it will be necessary to elevate it to the next level within the Contractor and Owner's companies.

B.  **Emergencies/Special Events:** In case an emergency occurs during Contractor's employees' normal working hours (such as flooding of a particular section of the building, heavy snow) or a special event is being held, Contractor shall divert its workforce as directed by Mall Management to meet the needs of the emergency/special event. When these employees are no longer needed, they shall return to their normal duties. Contractor and Mall Management shall agree on what work, if any, shall be foregone that day due to the emergency or special event.

C.  Under normal circumstances, the Mall shall not be charged at an overtime rate, for provisions of the services specified. If Mall Management is unable to provide at least 48 hours advanced noticed of a required increase in manpower, Contractor may bill at overtime rate for any overtime incurred. Seasonal Hours shall in no event be billed at an overtime rate.

7.  **PERSONNEL TRAINING**

A.  All contract employees are required to attend an orientation conducted by the on-site supervisor. The orientation will include an explanation of Contractor's function and a tour of the building/facility. It will also familiarize contract employees with key client agency personnel and areas of the building/facility requiring special attention. Janitorial training hours will be conducted within the weekly hours approved by the Mall Manager and/or Operations Director. Any group training that will impact deployment must be communicated to the Mall Manager no less than one (1) week prior to training. Any mandated federal, state or local training costs are to borne by Contractor and are not a pass thru to WP Glimcher.

B.  Contractor is required to provide necessary and on-going tenant & customer relations training for their employees. This training will stress the importance of conflict avoidance and problem resolution. Emphasis will be placed on grooming, proper attire and the importance of professionalism and courtesy in day-to-day contacts with building occupants and visitors.

C.  Should a renovation take place at a property and new flooring is installed, Contractor will meet with Mall Management and the material supplier for new flooring and obtain proper training and apply correct use of chemical cleaning processes.

D.  Contractor is required to train all its employees regarding all applicable OHSA and related standards. Contractor will be required to provide written documentation and keep a record on-site that is accessible for review by Mall Management staff, OSHA representatives and Owner.

8.  **OCCUPANT FEEDBACK PROGRAM**

A.  All complaints will go to the on-site contract manager through the Mall Manager or designated representatives. Contractor shall respond to the complaint and will follow-up with Mall Manager or designated representative to determine level of satisfaction. If the complaint requires immediate action, Contractor is to advise Mall Management and commence necessary actions.

B.  Mall Manager, or designated representative, along with Contractor's on-site representatives will hold regular performance meetings. Discussions will center on Contractor's performance, areas of deficiencies, areas of

satisfaction, and tenant concerns. During the meetings, Contractor will discuss methods used to correct deficiencies and address tenant concerns.

C. Mall Manager, or designated representative, will make periodic walk-throughs of the building and other areas covered by this contract with Contractor's on-site representative at least daily, to ascertain the level of services performed and to note any deficiencies.

9. **QUALITY REQUIREMENTS**

A. Contractor through innovation, technology, or other means, shall perform the required cleaning services at frequencies determined by Contractor and reviewed/approved by Mall Manager. Performance will be based on the Mall's evaluation of results. The evaluation of results will be based on tenant/customer satisfaction/complaints, Mall Manager and/or designee inspections, IFMA surveys, best trade practices, feedback from local, state or federal authorities, etc. Final results will be the determining factor for the success or failure of this contract.

B. Requirements:

(1) The common area (including solid waste rooms & vending areas) shall be free of obvious dirt, debris, and dust. Glass surfaces shall be clean and free of smudges. Furniture shall be free of obvious dust, dirt, spots and debris. Carpets will be free of obvious spots and stains, and shall be clean and free of dirt and debris. Ashtrays should be emptied and damp wiped. Wash-basins, sinks and mirrors shall be clean and free of dust, dirt and encrustation. Contractor is responsible for interior/exterior doors, corridors, security divider, reception and room divider glass. Spot clean walls, doors and floors to remove all stains. All floors will be maintained according to best trade practices specific to installed materials. Floors requiring a finish shall be maintained at a high lustre and free of all marks, dirt and debris. Venetian blinds shall be free of dust.

(2) Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

(3) All common area (interior/exterior) trash will be collected and removed to a location designated by the Mall. Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue. The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. Trash will be separated as per the Mall's recycling program.

(4) Restrooms will be cleaned and sanitized with a disinfectant cleaner in a manner to keep restrooms free of odors. Fixtures will be free of dust, streaks and encrustation. Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash-basins and toilet stalls. All plumbing on fixtures shall be free of dust, streaks and encrustation. Mirrors and glass shall be clean and free of spots and streaks. Floor will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Partitions and walls will be free of obvious dirt, graffiti and dust. Toilet supplies shall be replenished as needed to maintain an adequate supply at all times. Contractor is responsible for installing paper towel, toilet paper, toilet seat cover dispensers, tampax and sanitary napkin dispensers. Contractor is responsible for the filling of soap dispensers. The placement of the dispensers shall be at the discretion of the Mall Manager or designated representative. All sanitary napkin disposal containers shall be provided with a wax liner (any subcontract required for disposal should be included in this contract). Contractor will be responsible for maintaining and servicing wall-type mounted deodorizers, aerosol type, for each restroom; in a sufficient quantity to rid each restroom of any odor and will ensure that all restrooms are supplied with an approved deodorizer at all times. Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied. Trash pulled during day as needed. At a minimum, restrooms will be inspected every 60 minutes.

(5) All stairways, including landings, steps, railings, ledges, grilles and fire apparatuses shall be free of dirt, dust and debris. Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti. All elevator floors, doors, tracks and walls shall be cleaned.

(6) All entranceways, sidewalks, driveways, loading docks and platforms shall be free of obvious dirt, debris and weeds. Contractor shall use the best efforts to remove oil stains and gum. Contractor will pressure wash sidewalks and services courts quarterly or as directed by the Mall Manager. All entranceways will be scrubbed/pressure washed weekly, or as directed by Mall Manager.

(7) Walk off mats provided by the Mall shall be clean, free of dirt, debris and spots. Contractor is responsible to clean, maintain and store.

(8) During any pandemic event, Contractor will work with WP Glimcher's Mall Management to develop, implement and manage a program that will support the Mall's initiative to address the event.

10. MISCELLANEOUS REQUIREMENTS

A. Turn off unnecessary lights
B. Report fires and hazardous conditions to the Mall Office
C. Lock rooms in security areas after cleaning and return keys to designated office
D. Sign out and return keys and two-way radios
E. Turn in lost and found articles to the Mall Office
F. Notify Mall Management/Security when an unauthorized or suspicious person is seen on the premises
G. Any items in need of repair that are discovered during performance of duties are to be reported to the Mall Manager
H. Readerboard changes will be completed by janitorial personnel, as directed by Mall Management
I. Entry mat systems will be installed and removed immediately prior to and directly after the snow season, as applicable
J. Clean wheelchairs, SmarteCarte units (or other stroller units) and strollers, as needed

Contractor will coordinate all carpet and floor cleaning with Mall Manager or designated representative to ensure adequate ventilation is provided during cleaning and drying period. Where it is necessary for Contractor to move furniture and furnishings, it shall be done with extreme care and furnishings shall be replaced to make the area ready for use. Carpet shall be protected from soiling or damage on the premises after cleaning. Any rust stains resulting from Contractor's lack of carpet protection shall be removed at Contractor's expense. Carpet shall be vacuumed to remove all residual matter and again before the arrival of the building occupants.

GENERAL CONTRACT REQUIREMENTS

1. THE ROLE OF MALL PERSONNEL AND RESPONSIBILITY FOR CONTRACT ADMINISTRATION

A. Mall Manager (MM): The MM alone, without delegation, is authorized to amend, modify, or deviate from the contract. Other responsibilities may be delegated to authorized representatives.
B. Mall Manager's Representative (MMR): The responsibilities of the MMR include, but are not limited to the following:

(1) Determine the adequacy of performance by Contractor in accordance with the terms and conditions of this contract.
(2) Acts as the MM's representative in charge of work at the site.
(3) Ensure compliance with contract requirements insofar as the work is concerned.
(4) Advises the MM of any factors, which may cause delay in performance of the work.

The MMR is also responsible for notifying Contractor in writing of all unsatisfactory performance or closure of a building because of unannounced holiday or inclement weather.

C. Quality Control Specialists: Quality control specialists are subordinates of the MMR and are responsible for the day-to-day inspection and monitoring of Contractor's work. The responsibilities of the Quality Control Specialist include, but are not limited to:

(1) Inspect the work to ensure compliance with the contract requirements.
(2) Documenting deficiencies through written inspection reports.
(3) Conferring with representatives of Contractor regarding any problems encountered in the performance of the work.
(4) Assisting the MMR in carrying out his responsibilities.

2. STANDARDS OF CONDUCT

Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, appearance and integrity, and shall be responsible for taking such disciplinary action with respect to its employees as may be necessary. Contractor is also responsible for ensuring that its employees do not disturb papers on desks, open desk drawers or cabinets, or use the mall telephones, except as authorized.

## 3. EMPLOYEE/BUILDING PASSES

A. Contractor shall see that every new employee has a Contractor identification/building pass before the employee starts work. Contractor personnel will furnish and fill out these passes. The employee shall sign each pass issued. Contractor shall retain all passes as employees are dismissed or terminated, and when the contract expires. All passes must contain an expiration date. Mall Management will provide initial employee badges at time employee is hired.

B. All employees shall carry their passes and have them visible at all times during duty hours. Mall Manager, or other designated Mall personnel, shall periodically check Contractor employee passes against their personal identification.

C. Building Key Cards/Keys. Contractor shall identify those employees requiring a key card/keys to the building. Any employee requiring a key card/keys to the building must sign for the card/keys. Contractor is responsible for all replacement costs of lost or stolen key cards/keys and/or re-keying if necessary.

## 4. SECURITY AREAS

In some of these areas, cleaners are permitted to enter and perform their work unescorted. In others, only an authorized occupant who will observe the cleaner until he has finished his work will admit a cleaner. In some of the latter described areas, the cleaning work may be done at night and some done during daytime office hours. Contractor shall include in his bid the costs associated with cleaning the secured areas in the building.

## 5. SMOKING RESTRICTIONS

No smoking is allowed except in designated areas.

A.. **PROGRAM EVALUATION**

The Mall reserves the right to evaluate the progress of this contract in terms of effectiveness and safety, and to require such changes as are necessary. Contractor shall take prompt action to correct all identified deficiencies.

B. **QUALITY CONTROL PROGRAM**

Contractor shall establish a complete quality control program to assure the requirements of the contract are provided as specified. The program shall include, but not be limited to the following:

(1) An inspection system covering all of the services stated in this contract. A checklist used in inspecting contract performance during regularly scheduled or unscheduled inspections.

(2) The checklist shall include every area of the operation serviced by Contractor, as well as every task required.

(3) A system for identifying and correcting deficiencies in the quality of services before the level of performance becomes unacceptable and/or the Mall inspectors point out the deficiencies. This checklist will be made available to Mall Management upon request.

(4) A file of all inspections conducted by Contractor and the corrective actions taken. This documentation shall be maintained locally and made available to the Mall during the term of the contract, and until such time that final payment is made.

(5) A spill clean up log must be maintained on file for purposes of insurance requirements.

D. **SAFETY AND HEALTH**

A. All work shall comply with the Federal, State and applicable requirements of OSHA Safety and Health. All work shall comply with applicable municipal safety and health requirements. Where there is a conflict between applicable regulations, the most stringent will apply.

B. Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work, and shall hold the Mall harmless for any action on its part of that of its employees or Subcontractors, that results in illness or death.

E-FILED 10/05/2023 1:59 PM / CONFIRMATION 1378555 / A 2302452 / JUDGE NESTOR / COMMON PLEAS DIVISION / ZZ1

# CLEANING QUALITY REQUIREMENTS

**BRIGHT METAL POLISHING**: Bright metal surfaces shall have a polished and lustrous appearance.

**CARPET/RUG SHAMPOOING**: All carpets/rugs shall be clean, free of spots, gum, crusted material, spillages and removable stains per manufacturer's recommendations. There shall be no evidence of pilling caused by harsh rubbing or brushing. Extractors should be used as required by any warranties.

**CARPET SPOT CLEANING**: Build-up, spillages or crusted material shall have been removed along with spots, smears and stains. There shall be no evidence of pilling caused by harsh rubbing or brushing of carpet. Cleaned areas shall blend with adjacent areas.

**CLEANING ASH RECEPTACLES, POOL AREAS AND PLANTERS**: Cigarette butts, matches and other discarded material shall be removed from the receptacles, planters, fountains and pool areas. These areas shall be wiped so that they are free of dust, debris, ashes, odors, tar and other materials.

**CLEANING DRINKING FOUNTAINS**: The porcelain or stainless steel surfaces shall be clean and free of dust, spots, stains and streaks. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

**CLEANING ELEVATORS/ESCALATORS**: Elevator floor tracks and escalator landings
shall be clean and free of cigarette butts, matches, dirt and grime. Elevator interiors shall be
free of dust, debris trash, spills and odor. Escalator handrails and all surfaces shall be free of dust, dirt and grime. Escalator steps shall be free of dust, debris, oil and grime. Properties may
or may not own an escalator machine. In those cases where none exists, cleaning may need to be performed by hand.

**CLEANING FLOOR MATS**: Stored mats shall be dry, clean and free of dirt, grime, gum, stains and any build-up and crusted material.

**CLEANING TELEPHONE AREAS**: Vertical and horizontal surfaces shall be clean and free of dirt, streaks and spots.

**CLEANING THRESHOLDS**: Thresholds shall be clean and free of oil, grease, dirt and grime.

**CLEANING WASTEBASKETS**: Wastebaskets shall be free of spillage, dust, debris and residue. Plastic liners shall not be torn, worn or contain residue.

**CLEANING WOOD PANELING**: Paneling shall be free of soil substances, dust, streaks and spots.

**CRYSTALIZATION:** Floor shall have a durable, slip-resistant finish with a uniform gloss that resists scuffs and black marks.

**CUSTOMER CONVENIENCES - STROLLERS/ PLAY AREAS / WHEELCHAIRS /MOTORIZED SCOOTERS:** All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner. Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

**DAMP MOPPING AND SPRAY BUFFING:** Floors shall be slip resistant, free of marks, skipped areas, streaks and mop strands. Walls, baseboards and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform lustre. There shall be no build-up of finish in corners or crevices.

**DAMP WIPING:** All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

**DRAPERY CLEANING:** Drapes shall be clean and free from direct dirt and other debris. Drapery material shall remain free of rough areas and/or snags.

**DUSTING:** There shall be no obvious dust streaks. Temporary Tenant (RDP) carts, corners, crevices, moulding and ledges shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

FINISHING: Walls, baseboards and other surfaces shall be free of finished residue and marks from equipment. Floors shall be free of streaks, mop strand marks and skipped areas. The finished area shall have a uniform lustre and be slip resistant.

FIXTURE CLEANING: Wash basins shall be clean and bright; there shall be no dust, spots, stains, rust, green mold, encrustation or excess moisture. Bright metal surfaces shall have a polished and lustrous appearance. Grout lines should be free of stains, discoloration, gum and dirt.

GLASS CLEANING: Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

GUEST SERVICE CENTER / BOOTH: All counters and surfaces shall be clean and free of dust or spills. Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

HIGH CLEANING: Surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. Any special lifts required should be considered.

MOTORIZED SCOOTERS: All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner. Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

PLAY AREAS: Clean and sanitize all surfaces including floors twice a day or as directed by Mall Manager. Any damages should be immediately reported to Mall Manager along with photo documentation.

POLICING: Interior Common Areas shall be free of all paper, trash and other discarded materials. Ash receptacles shall be neat and presentable in appearance. There shall be no evidence of wads of gum, spots of tar, wet areas or other foreign substances on floors. Drinking fountains and glass surfaces shall present a clean appearance.

POLICING (GROUNDS AND SIDEWALKS): Exterior areas, including all garage walkways, bridges, stairwells and service tunnels, shall be free of all paper, gum, trash, empty bottles, spills and other discarded material. Empty trashcans if full, and replace plastic bag if used. Smoking urns shall be cleaned and cigarette butts and debris discarded.

POLISHING: Surfaces shall be free of smears, stains and finger marks. They shall be clean, bright and polished to a uniform lustre.

RECYCLABLE MATERIALS: Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

SEALING: Sealant must adhere to the floor. All floor areas must be evenly coated with a slip resistant seal. Spots and stains will be eliminated.

SERVICING: All dispensers shall be filled with Mall provided supplies; soap must be compatible with the provided dispenser. Waste receptacles shall be emptied. Sanitary napkin receptacles shall be emptied, disinfected and a new bag inserted. Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

SOFT SEATING: Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather damage caused by harsh rubbing, chemicals or brushing. Any damages should be immediately reported to Mall Manager along with photo documentation.

SOLID WASTE COLLECTION: All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management. Ashtrays shall be free of residue, streaks and spots. At properties where a portering service is in place with the tenants, applicable labor and equipment should be included. Note: No porter service at Melbourne Square.

SPOT CLEANING WALLS: Wall surface shall be free of smudges, marks, dirt and spots. These shall have been removed without obvious discoloration.

STORAGE SPACE: Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

STRIPPING: All old finish or wax shall have been removed. There shall be no evidence of gum, rust, burns or scuffmarks.

NOTE: UNDER NO CIRCUMSTANCES SHALL DRY STRIPPING METHODS BE USED. THE CONTRACTOR SHALL COMPLY WITH METHODS PRESCRIBED BY FLOOR MANUFACTURER.

SUPPORT SERVICES: The requirements for support services shall be specified by the Mall and accomplished in a timely manner. The Contractor will furnish all equipment and materials.

SURFACE AND FIXTURE CLEANING: All fixtures and surfaces shall be clean, bright and there shall be no dust, spots, soil substances, discolorations, rust, green mold, encrustations, or excess moisture.

SWEEPING, WET MOPPING OR SCRUBBING: The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry.

SWEEPING (OUTSIDE AREAS): Areas including sidewalks and entrances shall be clean of all gum, tar, grease, dirt and trash. No dirt shall be left where sweepings were picked up. Light snow shovelling will be covered under this contact.

THOROUGH DUSTING: There shall be no dust streaks. Corners, crevices, mouldings and ledges shall be free of all dust. There shall be no oils, spots or smudges on dust surfaces, including light fixtures and vents, caused by dusting tools.

THOROUGH SWEEPING: Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

THOROUGH VACUUMING: Carpets shall be clean and free from dust balls, dirt and other debris; nap on carpets shall lie in one direction upon completion of vacuuming.

VENETIAN BLIND DUSTING: All surfaces shall be free of dust.

VENETIAN BLIND WASHING: All sides of blind, cord tapes, and valances shall be clean and free of dust and soiled surfaces.

WALL SPOT CLEANING: Smudges, marks or spots shall have been removed without causing unsightly discoloration.

WALL SURFACES: Walls such as masonry, wood, vinyl, cloth fabric and painted wall surfaces shall be uniformly cleaned free of dust, spots, stains and discolorations.

WINDOW WASHING: Washed glass shall be clean and free of dirt, grime, streaks and excessive moisture and shall not be cloudy. Window sashes, sills, woodwork and other surroundings of interior glass shall be wiped free of drippings and other watermarks. Windows, which require cleaning on both sides, shall have the inside and the outside washed on the same day.

WOOD POLISHING: Wood surfaces shall be clean and free of smudges and residue.

## GENERAL CLEANING MINIMUM FREQUENCIES

1. ROOM CLEANING

Daily Service:

♦ Empty wastebaskets; replace liners and damp wipe, as necessary. Remove trash to designated area.
♦ Clean washbasins and mirrors. Supply paper towels. Clean and fill the soap dispensers.
♦ Clean both sides of plate glass entrance doors and adjacent surfaces to offices within the building to remove finger marks and smudges.
♦ Sweep bare floor and/or vacuum carpet in traffic areas and all other areas as necessary.
♦ Pick up all trash items on floor.
♦ Spot clean walls, doors (within 70" of the floor) and floors to remove all stains.
♦ Dust all horizontal surfaces in room and clean glass desk tops/covers, where applicable.

Monthly Service:

- Vacuum full floor area.
- Damp mop and spray buff all resilient flooring; rotary scrub hard floors and rubber floors.
- Thoroughly dust vertical surfaces of furniture and all wall surfaces within reach.
- Thoroughly vacuum carpets with vacuum cleaners equipped with brushes and/or beater bars and having appropriate attachments to access all areas.
- Damp wipe both sides of glass in doors, partitions, and bookcases, and any other glass within 70" of the floor, including glass in systems furniture.
- Trash receptacles removed and washed thoroughly.
- Dust air registers, return vents and high ledges.

Semi-Annual Service:

- Strip floors and apply a finish if applicable.
- Clean carpets, rugs and furniture upholstery.

2. PUBLIC AREAS (CORRIDORS, LOBBIES, FOOD COURT, ENTRANCES, SIDEWALKS AND LOADING DOCKS)

Daily Service or as needed:

- Sweep, dust mop and/or vacuum full floor area. Spot clean floors and carpet. Walk-off mats to be vacuumed and spot cleaned to remove any dirt, gum, debris, etc.
- All floors are to be maintained according to industry standards and manufacturer's recommendations. For instance; terrazzo floors will be buffed, stone floors scrubbed, etc.
- Clean and polish window sills, doorknobs, push bars, kick plates, railings and other metal surfaces.
- Clean and polish wood surfaces.
- Spot clean walls, pillars, doors and door frames to remove all marks and dust all surfaces within reach.
- Damp mop and spray buff all hard and resilient floors, rotary scrub hard floors and rubber tile.
- Machine all common area flooring including service corridors.
- Move all food court furniture and machine scrub flooring.
- Clean both sides of entrance glass and glass surrounding entrance doors.
- Clean drinking fountains including drain screen area and exterior sides. Remove encrustation/mineral deposits on the bubbler. Replenish paper cups where dispensers are provided.
- Empty trashcans, replace liners, damp wipe as necessary and remove trash to designated disposal area.
- Maintain and clean food court area; wipe down tables, table bases, food trays, chairs/seating, railings and trash cans.
- Sweep, dust mop and wet mop all hall corridors.
- Clean soft seating furniture as per manufacturers' recommendations.
- Clean benches; remove all debris on and under benches, wipe down entire bench.
- Clean Guest Services Booth, wipe down counters, polish chrome, sweep floor, vacuum matting, dust, etc.
- Signage/directories; all signs and directories will be wiped down and free of dust and debris.
- Telephone areas will be wiped down and have graffiti removed.
- Wipe down, and remove all debris from planters.
- Remove all debris from pool-stream/fountain areas.
- Strollers, wheelchairs and motorized scooters shall be wiped down with sanitizing cleaner.
- Pick up trash and debris from exterior grounds, sidewalks, loading docks and landscaping to property limits.

Weekly Service

- Spray and Buff all flooring areas with Terrazzo, Marble or VCT tile.
- Machine scrub all common area flooring including service corridors.
- Move all food court furniture and machine scrub flooring.
- Clean and condition leather seating surfaces with saddle soap or approved leather cleaner.
- Deep clean strollers, wheelchairs and motorized scooters.
- Clean walls and chair rails in Service Hallways. Remove dust and spider webs from over head lighting and ceiling corners in Service Hallways.
- Pressure wash entrances, sidewalks and loading dock areas as needed.
- Water interior plants.

Page 11 of
26

Quarterly Service:

♦ Scrub, recoat and buff all halls with VCT tile.
♦ Clean and polish metal door thresholds, marble surfaces, and stone wainscoting.
♦ Deep clean soft seating carpet areas as per manufacturers' recommendations.
♦ Refinish Food Court floor.
♦ Pressure wash entrances, sidewalks and loading docks.

Semi-Annual Service:

♦ Deep clean carpet/entry mats in entrances/lobbies, corridors and stairways.

## GENERAL AREAS

| | Deep Clean Once Per Shift | Inspect Every round | Inspect Once Per shift | Weekly | Monthly |
|---|---|---|---|---|---|
| Restrooms | x | x (hourly) | | x (scrub) | |
| Windows | x | x | | | |
| Borders | | | x | x | |
| Halls | x | x | | | |
| Mall Area | x | x | | | |
| Trash Cans | x | x | | | |
| Planters | x | x | | | |
| Information Booth | x | x | | | |
| Water Fountains | x | x | | | |
| Telephone Area | x | x | | | |
| Dust Mop | x | x | | | |
| Benches | | | x | x (wash) | |
| Walls & Pillars | x | x | | | |
| Signage/Directories | x | x | | | |
| Window Sills | x | x | | | |
| Entrances areas | x | x | | | |
| Floors | x (scrub) | | | x (refinish) | |
| Exterior | x (pick up trash) | | | x pressure wash | |
| Compactor Pads | | | | x (upon pull) | |

## FOOD COURT

| | Deep Clean Once Per Shift | Inspect Every round | Inspect Once Per shift | Weekly | Monthly |
|---|---|---|---|---|---|
| Restrooms | x | x (hourly) | | x (scrub) | |
| Tables | x | x | | | |
| Borders | | | x | x | |
| Halls | x | x | | | |
| Food Court Area | x | x | | | |
| Trash Cans | x | x | | | |
| Wall Pillars | x | x | | | |
| Information Booth | x | x | | | |
| Water Fountains | x | x | | | |
| Telephone Area | x | x | | | |
| Dust Mop | x | | | | |

| | | | | |
|---|---|---|---|---|
| Chairs | x | x | | |
| Walls & Pillars | x | x | | |
| Benches | | x | x (wash) | |
| Signage | x | x | | |
| Window Sills | x | x | | |
| Floors | x (scrub) | | x (refinish) | |

### 3. WINDOWS AND GLASS

Annual Service:

♦ Wash both sides of all exterior-building windows, including spandrel glass, glass over and in exterior and vestibule doors, and all plate glass around entrances, lobbies and vestibules, excluding skylights. Any special lifts required should be considered.

### 4. WINDOW TREATMENTS

Bi-Annual Service:

♦ Clean blinds in accordance with manufacturer's requirements. Blinds shall be returned and hung within three working days.

### 5. HIGH CLEANING

Monthly Service:

♦ Clean all surfaces and objects in the building which are more than 70 inches above the floor level. This includes all wall and ceiling areas, glass windows and anything affixed to, or included in, these surfaces. **Owner shall provide high lift, where available (Contractor will ensure all operators are certified as required by Mall Management).**
♦ Clean top of temporary tenant (RDP) carts.
♦ Clean and wipe down vending machines.

### 6. RESTROOM CLEANING

Daily Service:

♦ Sweep and wet mop or scrub floor with a cleaner disinfectant. Surfaces shall be dry and the corners clean.
♦ Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash basins, and shower stalls. All plumbing on fixtures shall be wiped clean with products that shall not damage finish. Sink counters will be left dry and free of soap residue.
♦ Clean and polish all mirrors, glass, etc.
♦ Spot clean doors, walls and partitions to remove dirt, dust and/or stains.
♦ Wipe clean all dispensers and replenish as necessary, including paper towel, toilet paper, soap and toilet seat covers. Empty waste receptacles; replace liners and damp wipe, as necessary. Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.
♦ Empty, clean, disinfect and replace liners of all sanitary disposal receptacles. If this service is provided by an outside contractor, associated costs should be included in the scope cost.
♦ As needed, police restrooms. This includes emptying waste receptacles, replacing liners and damp wipe, as necessary; servicing dispenser, policing room, cleaning wash-basins and mopping in front of urinals. Twice weekly, pour water with disinfectant down floor drains.

Weekly Service:

♦ Damp mop and spray buff all resilient floors, rotary scrub hard floors and rubber floors.
♦ Wash down walls and partitions.
♦ Damp wipe ceiling vents.

Every Two Month Service:

♦ Damp wipe and disinfect the full surface area of all restroom walls, partitions, doors, windows, window frames, sills, vents and wastepaper receptacles.

<u>Semi-Annual Service</u>:

♦ Strip and apply floor finish to floors, if necessary.

Compensation:  Owner agrees to pay Contractor, as Compensation for the services rendered by Contractor hereunder, the total sum of contract to be billed monthly for services provided.

26

E-FILED 10/05/2023 1:59 PM  /  CONFIRMATION 1378555  /  A 2302452  /  JUDGE NESTOR  /  COMMON PLEAS DIVISION  /  ZZ1

## EXHIBIT B (YEAR 1)

**Melbourne Square**
**Blue Chip Facility Services**

Date  7/2/15

### Pricing & Payment

| PAYMENT |
|---|

| ☑ | MONTHLY INVOICE - Billing will be accepted monthly, for the prior month's services and paid on a NET 30 Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing. |
|---|---|

| STAFFING |
|---|

| Total Weekly Hours | 403 | Bonus | $ | - |
|---|---|---|---|---|
| Total Annual Hours | 20,956 | | * Identify any bonuses above, but include bonus $'s in direct labor costs | |

| INSURANCE |
|---|

| ☑ | General liability costs will be capped at the annual contractor budget dollar amount and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit. | 5.00% |
|---|---|---|

| Self Insured for GL | NO | GL Policy Deductible: | $ | 1,000 |
|---|---|---|---|---|

| OVERHEAD & PROFIT |
|---|

| Overhead Margin | 6.75% |
|---|---|
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |

All labor, service contract expenses, materials & supplies will be billed at the vendors cost plus the margins listed above and the negotiated 7% rent IF APPLICABLE. Insurance is to be billed as outlined above.

| MATERIALS & SUPPLIES |
|---|

Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. NOTE: Must match total of the Direct Supply Costs in the Janitorial Budget section.

| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | $ | - |
|---|---|---|

| JANITORIAL BUDGET |
|---|

| | Janitoral IN | | Janitorial OUT | | Food Court | | Sweeping | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| Direct Labor Costs | $ | 77,545.52 | $ | 58,159.14 | $ | 58,159.14 | $ | - | $ | 193,863.80 |
| Direct Supply Costs | $ | - | $ | - | $ | - | $ | - | $ | - |
| Subcontracts | $ | - | $ | - | $ | - | $ | - | $ | - |
| Benefit Burden | $ | 4,800.00 | $ | - | $ | - | $ | - | $ | 4,800.00 |
| Statutory Burden | $ | 6,909.31 | $ | 5,181.98 | $ | 5,181.98 | $ | - | $ | 17,273.27 |
| Workers Comp | $ | 3,101.82 | $ | 2,326.37 | $ | 2,326.37 | $ | - | $ | 7,754.56 |
| GL Insurance | $ | 3,877.28 | $ | 2,907.96 | $ | 2,907.96 | $ | - | $ | 9,693.20 |
| Overhead | $ | 6,024.70 | $ | 4,275.53 | $ | 4,275.53 | $ | - | $ | 14,575.76 |
| Rent | $ | - | $ | - | $ | - | $ | - | $ | - |
| Profit | $ | 3,570.19 | $ | 2,533.64 | $ | 2,533.64 | $ | - | $ | 8,637.47 |
| Sales Tax  6.50% | $ | 6,878.87 | $ | - | $ | 4,900.00 | $ | - | $ | 11,778.87 |
| TOTAL: | $ | 112,707.69 | $ | 75,384.62 | $ | 80,284.62 | $ | - | $ | 268,376.93 |

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials  SPG_____       Contractor _____

Exhibit "B"- 1 OF 2 (Year 1)

## EXHIBIT "B" (Year 1) con't
## LABOR RATES

Melbourne Square                DATE      7/2/2015

Blue Chip Facility Services

| PROPOSED NEW HIRE RATES | |
|---|---|
| Housekeeping Manager | $ 15.45 |
| Ass't HS Manager | $ - |
| Supervisor Level 1 | $ 10.00 |
| Supervisor Level 2 | $ - |
| Supervisor Level 3 | $ - |
| Porter Level 1 | $ 8.25 |
| Porter Level 2 | $ 8.05 |
| Porter Level 3 | $ - |
| Porter Level 4 | $ - |
| Porter Level 5 | $ - |

LIST AS APPLICABLE TO YOUR INVOICING

| APPLICABLE STATUTORY BURDEN RATES | |
|---|---|
| Current Federal Statutory Burden % | 8.25% |
| Current State Statutory Burden % | 0.66% |
| Current Local Statutory Burden % | 0.00% |

| WORKERS COMPENSATION | | |
|---|---|---|
| Current Workers Comp % | 4.00% | Self insured for WC: NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: N/A |

| APPLICABLE BENEFIT BURDEN RATES (monthly) | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | $ - |
| FT NON-MANAGEMENT BENEFIT Burden $ | $ - |
| PT NON-MANAGEMENT BENEFIT Burden % | $ - |
| FULL MEDICAL Burden $ | $ 400.00 |
| DENTAL Burden $ | $ - |
| FULL FAMILY MEDICAL Burden $ | $ - |
| OTHER MEDICAL Burden $ | $ - |

TAX OTHER THAN SALES TAX (SPECIFY)      $ -

| OTHER | |
|---|---|
| Background Test (Cost Per New Hire) | $ 50.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |

Holiday Calculation (attached holiday policy and pay structure)

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note if Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials     SPG_____      Exhibit "B" 2 OF 2 (Year 1)     Contractor _____

## EXHIBIT B (Year 2)

Melbourne Square
Blue Chip Facility Services

Date  7/2/15

### Pricing & Payment

| PAYMENT |
|---|
| ☑ | MONTHLY INVOICE - Billing will be accepted monthly, for the prior month's services and paid on a NET 30 Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing. |

### STAFFING

| | | | | |
|---|---|---|---|---|
| Total Weekly Hours | 403 | Bonus | $ | - |
| Total Annual Hours | 20,956 | * Identify any bonuses above, but include bonus $'s in direct labor costs | | |

### INSURANCE

| ☑ | General liability costs will be capped at the annual contractor budget dollar amount and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit. | 5.00% |
|---|---|---|

Self Insured for GL.  NO          GL Policy Deductible:     $     1,000

### OVERHEAD & PROFIT

| | |
|---|---|
| Overhead Margin | 7.00% |
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |

All labor, service contract expenses, materials & supplies will be billed at the vendors cost plus the margins listed above and the negotiated 7% rent IF APPLICABLE. Insurance is to be billed as outlined above

### MATERIALS & SUPPLIES

Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. **NOTE: Must match**

| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | $ | - |
|---|---|---|

### JANITORIAL BUDGET

| | Janitoral IN | Janitorial OUT | Food Court | Sweeping | TOTAL |
|---|---|---|---|---|---|
| Direct Labor Costs | $ 80,178.80 | $ 60,134.10 | $ 60,134.10 | $ - | $ 200,447.00 |
| Direct Supply Costs | | $ - | $ - | $ - | $ - |
| Subcontracts | $ - | $ - | $ - | $ - | $ - |
| Benefit Burden | $ 4,800.00 | $ - | $ - | $ - | $ 4,800.00 |
| Statutory Burden | $ 7,143.93 | $ 5,357.95 | $ 5,357.95 | $ - | $ 17,859.83 |
| Workers Comp | $ 3,207.15 | $ 2,405.36 | $ 2,405.36 | $ - | $ 8,017.87 |
| GL Insurance | $ 4,008.94 | $ 3,006.71 | $ 3,006.71 | $ - | $ 10,022.36 |
| Overhead | $ 6,448.59 | $ 4,584.44 | $ 4,584.44 | $ - | $ 15,617.47 |
| Rent | $ - | $ - | $ - | $ - | $ - |
| Profit | $ 3,684.91 | $ 2,619.68 | $ 2,619.68 | $ - | $ 8,924.27 |
| Sales Tax   6.50% | $ 7,115.70 | $ - | $ 5,077.04 | $ - | $ 12,192.74 |
| **TOTAL:** | $ 116,588.02 | $ 78,108.24 | $ 83,185.28 | $ - | $ 277,881.54 |

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM

Initials      SPG_____           Contractor _____

Exhibit "B"- 1 OF 2 (Year 2)

## EXHIBIT "B" (Year 2) con't
## LABOR RATES

Melbourne Square                                        DATE       7/2/2015
Blue Chip Facility Services

### PROPOSED NEW HIRE RATES

| | |
|---|---|
| Housekeeping Manager | $ 16.00 |
| Ass't HS Manager | |
| Supervisor Level 1 | $ 10.50 |
| Supervisor Level 2 | $ - |
| Supervisor Level 3 | $ - |
| Porter Level 1 | $ 8.50 |
| Porter Level 2 | $ 8.25 |
| Porter Level 3 | $ - |
| Porter Level 4 | $ - |
| Porter Level 5 | $ - |

LIST AS APPLICABLE TO YOUR INVOICING

### APPLICABLE STATUTORY BURDEN RATES

| | |
|---|---|
| Current Federal Statutory Burden % | 8.25% |
| Current State Statutory Burden % | 0.66% |
| Current Local Statutory Burden % | 0.00% |

### WORKERS COMPENSATION

| | | | |
|---|---|---|---|
| Current Workers Comp % | 4.00% | Self insured for WC: | NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: | N/A |

### APPLICABLE BENEFIT BURDEN RATES (monthly)

| | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | $ - |
| FT NON-MANAGEMENT BENEFIT Burden $ | $ - |
| PT NON-MANAGEMENT BENEFIT Burden % | $ - |
| FULL MEDICAL Burden $ | $ 400.00 |
| DENTAL Burden $ | $ - |
| FULL FAMILY MEDICAL Burden $ | $ - |
| OTHER MEDICAL Burden $ | $ - |

| | |
|---|---|
| TAX OTHER THAN SALES TAX (SPECIFY) | $ - |

### OTHER

| | |
|---|---|
| Background Test (Cost Per New Hire) | $ 50.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |

Holiday Calculation (attached holiday policy and pay structure)

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note if Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

| Initials | SPG_____ | Exhibit "B" 2 OF 2 (Year 2) | Contractor _____ |
|---|---|---|---|

## EXHIBIT B (Year 3)

Melbourne Square
Blue Chip Facility Services

Date  7/2/15

Pricing & Payment

### PAYMENT

| ☑ | MONTHLY INVOICE - Billing will be accepted monthly, for the prior month's services and paid on a NET 30 Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing. |

### STAFFING

| Total Weekly Hours | 403 | Bonus | $  - |
| Total Annual Hours | 20,956 | | * Identify any bonuses above, but include bonus $'s in direct labor costs |

### INSURANCE

| ☑ | General liability costs will be capped at the annual contractor budget dollar amount  and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit. | 5.00% |

Self Insured for GL:  NO      GL Policy Deductible:     $     1,000

### OVERHEAD & PROFIT

| Overhead Margin | 7.00% |
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |

All labor, service contract expenses, materials & supplies will be billed at the vendors cost plus the margins listed above and the negotiated 7% rent
IF APPLICABLE  Insurance is to be billed as outlined above

### MATERIALS & SUPPLIES

Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. **NOTE: Must match**

| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | $  - |

### JANITORIAL BUDGET

| | | Janitoral IN | Janitoral OUT | Food Court | Sweeping | TOTAL |
|---|---|---|---|---|---|---|
| Direct Labor Costs | | $ 82,898.40 | $ 62,173.80 | $ 62,173.80 | $  - | $ 207,246.00 |
| Direct Supply Costs | | $  - | $  - | $  - | $  - | $  - |
| Subcontracts | | $  - | $  - | $  - | $  - | $  - |
| Benefit Burden | | $ 4,800.00 | $  - | $  - | $  - | $ 4,800.00 |
| Statutory Burden | | $ 7,386.25 | $ 5,539.69 | $ 5,539.69 | $  - | $ 18,465.63 |
| Workers Comp | | $ 3,315.94 | $ 2,486.95 | $ 2,486.95 | $  - | $ 8,289.84 |
| GL Insurance | | $ 4,144.92 | $ 3,108.69 | $ 3,108.69 | $  - | $ 10,362.30 |
| Overhead | | $ 6,655.93 | $ 4,739.94 | $ 4,739.94 | $  - | $ 16,135.81 |
| Rent | | $  - | $  - | $  - | $  - | $  - |
| Profit | | $ 3,803.39 | $ 2,708.54 | $ 2,708.54 | $  - | $ 9,220.47 |
| Sales Tax | 6.50% | $ 7,345.31 | $  - | $ 5,249.24 | $  - | $ 12,594.55 |
| TOTAL: | | $ 120,350.14 | $ 80,757.61 | $ 86,006.85 | $  - | $ 287,114.60 |

NOTE:  All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related
condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager  ON REQUEST FOR INCREASE FORM

Initials    SPG_____                          Contractor _____

Exhibit "B"- 1 OF 2 (Year 3)

EXHIBIT "B" (Year 3) con't
## LABOR RATES

Melbourne Square                      DATE      7/2/2015
Blue Chip Facility Services

### PROPOSED NEW HIRE RATES

| | |
|---|---|
| Housekeeping Manager | $ 16.50 |
| Ass't HS Manager | $ - |
| Supervisor Level 1 | $ 11.00 |
| Supervisor Level 2 | $ - |
| Supervisor Level 3 | $ - |
| Porter Level 1 | $ 8.75 |
| Porter Level 2 | $ 8.50 |
| Porter Level 3 | $ - |
| Porter Level 4 | $ - |
| Porter Level 5 | $ - |

LIST AS APPLICABLE TO YOUR INVOICING

### APPLICABLE STATUTORY BURDEN RATES

| | |
|---|---|
| Current Federal Statutory Burden % | 8.25% |
| Current State Statutory Burden % | 0.66% |
| Current Local Statutory Burden % | 0.00% |

### WORKERS COMPENSATION

| | | | |
|---|---|---|---|
| Current Workers Comp % | 4.00% | Self insured for WC: | NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: | N/A |

### APPLICABLE BENEFIT BURDEN RATES (monthly)

| | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | $ - |
| FT NON-MANAGEMENT BENEFIT Burden $ | $ - |
| PT NON-MANAGEMENT BENEFIT Burden % | $ - |
| FULL MEDICAL Burden $ | $ 400.00 |
| DENTAL Burden $ | $ - |
| FULL FAMILY MEDICAL Burden $ | $ - |
| OTHER MEDICAL Burden $ | $ - |

TAX OTHER THAN SALES TAX (SPECIFY)          $ -

### OTHER

| | |
|---|---|
| Background Test (Cost Per New Hire) | $ 50.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |

Holiday Calculation (attached holiday policy and pay structure)

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note if Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials     SPG_____        Exhibit "B" 2 OF 2 (Year 3)     Contractor_____



# HOUSEKEEPING CONTRACTOR SERVICE AGREEMENT

This Agreement ("Agreement") is entered into this 1st day of January, 2019 by and between MELBOURNE SQUARE, LLC ("Owner") and Blue Chip 2000 ("Contractor") for the performance of housekeeping services at the property described in the attached Exhibit "A" (the "Shopping Center").

Owner and Contractor mutually agree as follows:

1. Term. This Agreement shall become effective on the 1st day of January, 2019, and shall continue in effect until the 31st day of January, 2022, and month-to-month thereafter, unless and until terminated as provided herein.

2. Contractor's Services.

    2.1    Contractor agrees to provide all janitorial, cleaning, housekeeping, trash removal, supervisory, inspections, administrative and other services as necessary to fully and timely perform the services and tasks set forth in the attached Exhibit "C" and incorporated herein by reference, in order to maintain the Shopping Center in a neat, safe and clean condition (collectively, the "Services").

    2.2    Contractor agrees to perform in a good and workmanlike manner, and to furnish at its sole cost and expense, all personnel, labor, services, administrative services, other facilities required for the prompt and efficient execution of the Services in strict compliance with this Agreement, all applicable laws, ordinances and regulations, including, without limitation, all of the licenses and permits required by all governmental agencies to perform the Services. Contractor agrees and warrants, in connection with all Services required by this Agreement, that it will not violate, and shall at its sole cost and expense, comply with all applicable laws, ordinances, regulations and orders of governmental authorities, whether enacted and in force now or in the future.

    2.3    Owner shall have the right at any time during the term of this Agreement, upon giving ten (10) days' notice to Contractor, to elect, at its sole option, to reduce the janitorial scope of work, tasks or frequency of tasks performed pursuant to this Agreement. If Owner makes such an election, the compensation due to Contractor under this Agreement shall be agreed upon by both parties.

    2.4    Contractor understands and agrees that Contractor's services required by this Agreement with respect to maintaining all areas of the Shopping Center, including but not limited to parking lots, landscaped areas, walking surfaces as shown on attached site plan and all sidewalks of the Shopping Center shall be performed in accordance with the specifications

I

set forth in the attached Exhibit "C". Contractor will assiduously endeavor to prevent personal injury or property damage resulting from slippery or other hazardous conditions of the Shopping Center, including, but not limited to, the walking surfaces of the Shopping Center.

     2.5    It is further understood and agreed by the parties that any additional services, labor, materials or equipment which the parties may deem necessary shall be furnished only upon written proposal and bid submitted by Contractor in advance and written approval thereof by Owner in advance. Likewise, any deletions of scheduled services by Contractor may be made only upon written recommendation by Contractor in advance and with written approval thereof by Owner in advance. Additional services, if any, shall be paid for at the price agreed upon by the parties, along with the regularly scheduled payments hereunder. Contractor shall be entitled to receive payment only for services approved and agreed upon by Owner in writing, in advance, and actually performed and rendered according to the terms and conditions herein provided.

   3. <u>Contractor Price</u>.

     3.1    Owner shall compensate Contractor for the Services per the attached Exhibit "D". The amounts set forth in Exhibit "D" are subject to change with both parties prior written approval. Contractor shall provide Owner with invoices for Services rendered on a monthly basis in accordance with the terms and pricing documented in this contract. Provided Contractor is in compliance with this contract, Owner shall pay Contractor the net amount of each invoice within thirty (30) days of receipt of said invoice. To the extent that the monthly invoice amount varies from the amounts set forth in Exhibit "D", Owner shall calculate and pay Contractor the lesser of the invoice amount of the amount reflected in Exhibit "D", unless such variance is approved in advance by Owner.

     3.2    Contractor will be responsible for all loss of or damage to the services by any and all obstructions, difficulties or delays, or by the action of the elements.

     3.3    Rates set forth on Exhibit "D" may not reflect any federal, state, county or city sales and/or use tax that may be imposed relative to the Services. Contractor shall invoice Owner for necessary sales and/or use tax as required by law and at the rate then applicable. All tax revenues received shall be forwarded by Contractor directly to the appropriate governmental agency as required by law.

     3.4    Should any governmental authority require a change in the Services, Contractor will make the required changes without any additional charge to Owner.

2

3.5     All labor furnished by Contractor shall be invoiced in accordance with the terms and pricing set forth in this Agreement.

3.6     Upon ten (10) days prior written notice at Contractor's office or such other place as Contractor shall reasonably designate, Owner may inspect and examine those books and records of Contractor relating to the Services and the amounts charged to Owner. If, after such an inspection and examination, Owner disputes the amount charged by Contractor, Owner may, by written notice to Contractor, request an independent audit of such books and records. The independent audit of the books and records shall be conducted by a certified public accountant ("CPA") which is experienced in auditing companies of a size comparable to Contractor and acceptable to both Contractor and Owner. If the audit discloses that the amount billed to Owner exceeded the amount allowed under the Agreement, Contractor shall pay to Owner the amount of such overpayment. All costs and expenses of the audit shall be paid by Owner unless the audit shows that Contractor overcharged by more than five percent (5%), in which case Contractor shall pay all reasonable costs and expenses of the audit.

3.7     It is noted that at the time of contract execution and during its duration that there may be increases in local, state or federal minimum wages; local, state or federal use taxes or service taxes; local, state or federal sick leave laws and/or vacation laws applicable to the jurisdiction in which services are performed and that impact Contractor's cost of providing services. In order to cover such increase(s) in the cost of providing services, the parties shall mutually agree in writing to adjustments to the cost of service or scope of services provided.

4.  Termination of Agreement.

4.1     Owner reserves the right to terminate this Agreement in the event that the Shopping Center is damaged or destroyed by fire or other catastrophe, or is condemned, in whole or in part, or if the Shopping Center is sold or otherwise transferred by Owner. In the event of such termination, Owner shall pay Contractor for the value of Services actually completed as of the date of termination. Owner shall deduct from such sums the amount of any payments made to Contractor prior to the termination of this Agreement. Contractor shall not have any claim or lien against Owner for any additional compensation or damages in the event of such termination.

4.2     Owner further reserves the right at any time to immediately terminate this Agreement: (1) If Owner determines that Contractor or any of its agents, servants, employees, subcontractors, suppliers or materialmen have been negligent, dishonest or otherwise unsatisfactory in performing the Services pursuant to this Agreement, by giving Contractor 24 hours written notice, to cure or remedy such deficiency, or (2) in the event of a sale of the Shopping Center, upon seven (7) days' written notice to Contractor. Termination of this Agreement shall be without prejudice to Owner's right to recover damages from Contractor, or any other rights and remedies of Owner under this Agreement or available at law or equity.

3

4.3     Notwithstanding the provisions of this Agreement to the contrary, this Agreement may be terminated by either party upon thirty (30) days' written notice to the other party.

5.  Contract Provisions.  This written Housekeeping Contractor Service Agreement (with exhibits) constitutes the entire Agreement between Owner and Contractor (except for modifications or amendments issued after execution of this Agreement).  This Agreement may be modified or amended only by a writing signed by both parties.

6.  Contractor Employees.

6.1     Unless first approved in writing by Owner, Contractor shall not, and shall have no authority to, engage any subcontractors, suppliers, or materialmen to perform the Services, and shall instead engage only trained individuals directly employed and supervised by Contractor.  Neither Owner's approval of any subcontractors, suppliers or materialmen, nor the failure of performance thereof by such parties, shall relieve, release or affect in any manner any of Contractor's duties, liabilities or obligations hereunder, and Contractor shall at all times be and remain fully liable hereunder.

6.2     To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractor shall conduct appropriate criminal background and reference checks of personnel assigned to work at the Shopping Center. Contractor represents and warrants that it will conduct any criminal background or reference checks in a lawful manner. Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed, for each Contractor employee that works at the Shopping Center (hereinafter referred to as an "Employee") and the I-9 Form for each Employee is maintained by Contractor as required by law.  Contractor will certify to Owner that it has complied with the obligations in this paragraph. Contractor will provide this certification upon request by Owner but, in any event, will provide a certification letter to Owner within 30 days following the effective date of any contract and, subsequently, in January of each year in a form set forth in Exhibit E.

6.3     Contractor agrees that each of its Employees, and any subcontractors, suppliers and materialmen, will be properly qualified and licensed, where necessary, and will use reasonable care in the performance of their duties.  If, however, Owner in Owner's sole opinion, determines, for any lawful reason, that any particular Employee, or subcontractor, supplier or materialman is unsatisfactory to Owner, then upon written notice from Owner to Contractor, Contractor shall remove said Employee, subcontractor, supplier or materialman, and shall provide a qualified substitute.  Contractor shall be an independent contractor with respect to the Services to be performed hereunder.  All personnel furnished by Contractor will be

4

deemed employees for Contractor and will not for any purpose be considered employees or agents of Owner, and Contractor shall comply with all federal, state and local employment laws, rules, regulations and ordinances relative to such employees, including but not limited to wage and hours laws, worker compensation laws, immigration laws, and OSHA-type laws.

       6.4    Contractor acknowledges and agrees that Owner's business and the business of the Shopping Center's occupants may be adversely affected by the poor performance, poor appearance or disruptive conduct of Contractor's personnel while furnishing the Services required by this Agreement. Accordingly, Contractor shall not assign to or retain at the Shopping Center any employee about whom Owner reasonably and lawfully objects based on the employee's poor appearance, inadequate qualifications or performance or disruptive conduct. In the event any of Contractor's employees causes a labor dispute or work stoppage, Contractor shall immediately remove such employees from the Center, provided that Contractor shall not be obligated to take such action if in violation of any federal, state or local law, regulation, ordinance or order.

       6.5    To the extent permitted by law, Contractor will prohibit its employees to be employed by any tenant operating in the Shopping Center.

       7.   <u>Liens and Encumbrances</u>. Contractor agrees that the labor needed to complete the Services required by this Agreement is not an improvement to real property, or other work allowing Contractor to file and/or record a mechanic's lien against the Shopping Center. Contractor, therefore, waives any right to file or record any mechanic's or materialmen's liens, and waives any and all claims that such labor is an improvement to real property, or other work allowing Contractor to file and/or record a mechanic's or materialmen's lien against the Shopping Center. Contractor shall execute a sworn affidavit respecting the payment and lien releases of all subcontractors, suppliers and materialmen, and a release of lien respecting the Services at such time or times and in such form as may be reasonably requested by Owner.

       8.   <u>Walkway Patrol and Spill Removal</u>. Contractor shall, during the operation hours of the Shopping Center's stores, continually and diligently patrol and observe the Shopping Center, including but not limited to, the walking surfaces of the Center, in order to detect and remove any litter, debris, spills or other hazardous conditions. Contractor shall also, at all such times, maintain telephone communication link with Owner. Upon observing spills or other hazardous conditions, or upon receiving notice of the presence of spills or other hazardous conditions, Contractor shall immediately place "Wet Floor" signs or take such other precautions as will warn persons in the area of the hazardous condition and immediately remove the debris, mop or otherwise restore the affected area to a neat, safe and clean condition. Contractor shall generally have the primary obligation to guard against any hazard to person or property.

5

9. <u>Disruptive Operations</u>. Contractor agrees that its Services shall be scheduled and performed only as authorized by Owner in Owner's sole and absolute discretion. If Owner determines that work proposed by Contractor will be disruptive if performed while the Shopping Center is open for business, then Contractor shall perform the proposed work during times when the Shopping Center is not open for business as Owner may direct.

10. <u>Equipment</u>.

10.1    The equipment listed in <u>Exhibit D</u> will be provided by Owner for use by the Contractor in performance of the Services. Contractor agrees to use the Small Equipment provided by Owner and to notify Owner in the event any of the Small Equipment requires service or replacement. Upon receipt of such notice, Owner shall cause such Small Equipment to be serviced or replaced as Owner deems appropriate. Unless expressly agreed to in writing by Owner, Owner will not be required to pay or reimburse Contractor for any Small Equipment owned by Contractor and used in the performance of the Services. To the extent the Contractor damages any Small Equipment due to negligence or misuse, Contractor shall provide an equivalent replacement to such Small Equipment at no cost to Owner and such replacement Small Equipment shall be the property of Owner.

11. <u>Supplies</u>. Owner will provide on an on-going basis the consumable supplies, including all cleaning materials, chemicals, trash liners, ash fill, and all other supplies and materials necessary to fully perform the Services required by this Agreement (the "Supplies). Contractor agrees to use the Supplies provided by Owner and to notify Owner in the event the inventory of any Supplies drops below the level necessary to adequately perform the Services. Upon receipt of such notice, Owner shall obtain such additional Supplies as Owner deems appropriate. Unless expressly agreed to in writing by Owner, Owner will not be required to reimburse Contractor for any consumable supplies purchased by Contractor.

12. <u>Uniforms</u>. Every Employee of Contractor is to be in full uniform (shirt and pants) while on duty, with coordinating safety/work shoes (no brightly colored sneakers, boots, etc.). It is the Contractor's responsibility to make sure all Employees are dressed in the approved uniform each shift. The uniform shall have the Shopping Center's name, easily identifiable, affixed in a permanent or semi-permanent manner such as a badge or monogram. Uniform specifications shall be provided to Owner for review prior to commencement of Services and Owner must approve that the type and grade of uniform is appropriate for Shopping Center. Quantity of uniforms is estimated at no more than five (5) shirts and five (5) pants for full-time employees. Quantity of uniforms for part-time employees will be determined in conjunction with Owner. Any increase in these quantities must be approved by Owner. Owner hereby reserves the right to supply uniforms as necessary, at owners' expense.

6

13. <u>Contractor's Investigation</u>. Contractor acknowledges that it has made a complete and independent investigation of the Shopping Center, and all conditions, which might affect the safety, or quality of the Services. Any information, which may have been furnished to Contractor by Owner about the Shopping Center, is for the convenience of Contractor only, and Owner does not warrant that the Shopping Center or conditions are as indicated. Throughout the term of this Agreement, Contractor shall pay all taxes, fees and assessments (and comply with all filing requirements) which may be imposed by any governmental authority upon the equipment and other property of Contractor, if any, utilized in connection with Contractor's Services, the business of Contractor and the income or earnings of Contractor's business.

14. <u>Time</u>. Contractor agrees to punctually, diligently and fully perform all of the Services at the time scheduled by Owner, which shall be subject to change by Owner as it deems, in its sole discretion, necessary or convenient to the overall operation and maintenance of the Shopping Center.

15. <u>Inspection and Approvals</u>. The Services shall be subject to inspection and approval by Owner and all applicable governmental authorities; provided, however, in no event shall any such inspection and/or approval by Owner constitute an assumption of Contractor's duties and obligations or a waiver or release of liability or a release of any other obligations whatsoever of Contractor with respect to the Services performed by Contractor pursuant to this Agreement.

16. <u>Interruption of Work</u>. If, as a result of fire, earthquake, acts of God, war, strikes, picketing, boycott, lock-outs, or other causes or conditions beyond the control of Owner, or if Owner shall consider it inadvisable for Contractor to proceed with the Services, then Contractor shall, upon receipt of written notice from Owner, immediately discontinue any further Services until such time as Owner may deem it advisable to resume the Services. Contractor shall resume the Services promptly upon receiving written notice from Owner to do so, and Contractor shall not be entitled to any damages or compensation during the period of or on account of cessation of the Services as a result of any of the causes mentioned above. This Paragraph shall not be construed as conferring upon Contractor the right to strike, picket, boycott or conduct lockouts in connection with the Services.

17. <u>Correction of Defects</u>. All defects in Services shall be corrected immediately by Contractor to the satisfaction of Owner without cost to Owner. In the event such Services are not corrected within 48 hours from written notification to contractor, Owner may withhold any payment due hereunder until such Services are corrected to the Owner's satisfaction. If the Services must be corrected by Owner or a third party, Contractor shall not receive any compensation for such services.

7

18. Insurance.

18.1 Before Contractor performs any Services at or prepares or delivers material to the Shopping Center, Contractor shall provide original Certificates of Insurance and endorsements evidencing the following coverages by an insurance carrier satisfactory to the Owner authorized and licensed to provide such coverages in the state in which the Shopping Center is located:

(a) Statutory Worker's Compensation insurance as required by the laws of the state in which the Services are to be performed;

(b) Commercial General Liability Insurance, on an "occurrence" basis, or policy equivalent thereof, and including Completed Operations coverage, with limits of not less than $2,000,000 each occurrence Combined Single Limit (CSL)/$5,000,000 General Aggregate; provided that so long as Contractor maintains an umbrella policy of at least $10,000,000, coverage limits may be not less than $1,000,000 each occurrence Combined Single Limit (CSL)/$2,000,000 General Aggregate

(c) Automotive Liability Insurance including Bodily Injury and Property Damage coverage with limits of not less than $1,000,000 each occurrence Combined Single Limit (CSL).

(d) Employer's liability in the amount of $1,000,000 each accident, $1,000,000 each employee, $1,000,000 policy aggregate by disease.

(e) Contractually Assumed Liability coverage specifically covering Contractor for all liability loss, cost and damages, including attorney's fees, assumed by Contractor and Contractor's obligation to protect, defend and indemnify Owner as set forth under the provisions of this Agreement.

18.2 Except for Workers compensation, the insurance policies required by Paragraph 18.1 shall name, by endorsement the Owner, Owner's property manager, and each of their affiliates or successors as additional insureds (the "Additional Insureds"); and shall include the following clause: "The insurance afforded to each Additional Insured is primary insurance. If the Additional Insured has other insurance which is applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance." Contractor shall within twenty (20) days after the execution date of this Agreement, provide to Owner copies of formal policy endorsements as required pursuant to Section 18 of this Agreement. Each Certificate of

8

Insurance shall evidence that each insurance policy fully insures the Additional Insureds and that each such insurance policy shall not be subject to any deductible or self-insured retention, it being the intent of the parties that the insurance shall fully insure the Additional Insureds from the first dollar of any claimed loss.

      18.3 At Contractor's sole cost and expense, the insurance policies required by Paragraph 18.1 shall insure any Additional Insureds against any and all losses arising from, related to or in connection with: (1) the Services, or the failure to perform the Services, (2) any condition, loss or damage for which the Contractor and any Additional Insureds may be jointly or severally liable, (3) any claim made against any Additional Insureds in connection with the activities of or failure to act of an employee or contractor or subcontractor of Contractor, irrespective of whether such employee is a loaned employee to or borrowed servant of an Additional Insured, (4) any actions of or failure to act of the Contractor, and (5) any other loss that is or may be covered by the insurance policy. Such insurance shall be effective irrespective of whether the loss or claim took place after completion of the Services or at a time that Contractor or its insurance company claims to be unrelated to the Services.

      18.4 The insurance policies required by Paragraph 18.1 shall provide that the required coverages will not be canceled or materially reduced except by written notice to Owner given at least thirty (30) days prior to the effective date of such cancellation or reduction. In the event the coverage evidenced by any of the Certificate(s) is canceled or reduced, Contractor shall procure new insurance policies, and shall furnish to Owner before the effective date of such cancellation, Certificates, and/or endorsements as set forth hereinabove, conforming to the above requirements.

      18.5 If the insurance policies required by Paragraph 18.1 are not available on other than a "claims made" basis, Contractor will, upon cancellation or non-renewal of such policy, purchase an extended reporting ("long-tail") endorsement. This endorsement shall extend the reporting period for making claims under the expiring claims made general liability policy for a period of not less than 12 months following the expiration of any "occurrence based" policy, or more if reasonably obtainable, and Contractor shall be obligated to advise Owner in writing that such a "long-tail" endorsement has been obtained and the duration of same.

      18.6 Should Contractor fail to obtain any insurance coverage, or to provide any Certificate, required by Paragraph 18.1, or should Contractor fail to timely renew any such insurance coverage, Owner shall have the right, at Owner's election: (a) to obtain such coverage on Contractor's behalf, at Contractor's expense, from any insurance carrier selected by Owner in Owner's sole discretion, and to offset the costs and premiums for such insurance against any sums payable to Contractor under this Agreement; or (b) to terminate this Agreement; or (c) take any and all such other action which may be provided for by law or equity.

19. Indemnification.

      19.1 Contractor agrees to indemnify, defend, protect and hold Owner, Owner's property manager or any other management company hired by Owner and the partners, affiliates, shareholders, representatives, agents, officers and directors, employees and successors-in-interest of any of them (the "Indemnitee"), harmless, from and against any and all claims, losses, proceedings, damages, causes of action, liability, injury, awards, fines, judgments, costs and expenses (including but not limited to reasonable attorneys' fees) arising from, related to or in connection with, or caused by: 1) the Services to be provided hereunder, or 2) the failure to provide the Services, including any of the same regardless of whether same shall occur after the completion of the Services or 3) any condition or loss for which any of the Indemnitees and Contractor may be jointly or severally liable or (4) any claim made against any Indemnitee in connection with the activities or failure to act of any employee or contractor or subcontractor of Contractor, irrespective of whether such employee is a loaned employee to or a borrowed servant of an Additional Insured. The foregoing indemnity shall apply regardless of whether any claims, losses, proceedings, damages, causes of action, liability, injury, awards, fines, judgments, costs and expenses are caused in part by an Indemnitee. In any and all claims against an Indemnitee or any of its agents or employees by any employee of Contractor, or any contractor or subcontractor (or sub-subcontractors), anyone directly or indirectly employed by or hired by any of them or anyone for whose acts any of them may be liable, the indemnification obligation required pursuant to this Section 19 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for Contractor or any contractor or subcontractor (or sub-subcontractors) under worker's or workmen's compensation acts, disability benefit acts or other employee benefit acts. Such indemnity shall survive the termination of this Agreement and shall be binding upon Contractor, and its successors and assigns, until all applicable statutes of limitations have run.

      19.2 In the event an Indemnitee has occasion to tender any claim or defense to Contractor or request indemnity from Contractor for any claim or action arising from or related to the Service, as previously described at Paragraph 19.1, Contractor hereby agrees to notify Owner's insurance carrier, in writing, within twenty (20) days from said tender, as to whether Contractor accepts or rejects said tender or request for indemnity. In order to allow Contractor to accurately evaluate and respond to any such tender or request for indemnity, Owner agrees to provide to Contractor all relevant information regarding the tender or indemnity request, including, but not limited to incident reports, statements, pictures and videos, to the extent such are available.

      19.3 Contractor shall provide evidence that the insurer providing coverage under Section 18 waives their right of subrogation against Owner, Owner's property manager, and each of their affiliates or successors thereto. If Contractor refuses to indemnify any Indemnitee against any such claim and the Indemnitee prevails in an action to enforce the Contractor's indemnity, the Contractor shall pay all reasonable attorney's fees and expenses and other court costs, witness fees and the like incurred by any Indemnitee to enforce the indemnity and defend the claim and shall pay any judgment or damages entered on the claim against any Indemnitee.

20. <u>Liens</u>. To the fullest extent permitted by law, Contractor shall at all times, indemnify and hold Owner its affiliates, members, partners, lenders, and such other parties as Owner may request and their respective agents, directors, officers, employees and servants, harmless against all liability for claims and liens for labor performed or materials used or furnished to the Shopping Center to be used in connection with the Services, including but not limited to any costs and expenses for attorney's fees and all incidental or consequential damages resulting from such claims or liens. Contractor shall pay when due all valid charges for labor and material incurred by Contractor and used in connection with the Services and, shall also be responsible for keeping the Shopping Center free of mechanic's liens recorded by or under Contractor or his subcontractors. Further, in case suit on such claim is brought, Contractor shall defend said suit at its own cost and expense, and will pay and satisfy any such lien or judgment as may be established by the decision of the court and said suit. Contractor agrees within ten (10) days after written demand to cause the effect of any suit or lien to be removed of record from the Shopping Center, and in the event Contractor shall fail so to do, Owner is authorized to use whatever means in its discretion it may deem appropriate to cause said lien or suit to be removed or dismissed and the cost thereof, together with reasonable attorney's fees, shall be immediately due and payable to Owner by Contractor.

21. <u>Independent Contractor Relationship</u>. The relationship of Contractor to Owner during the term of this Agreement shall be that of an independent contractor. Contractor shall remain and maintain said independent contractor relationship, and Contractor shall at no time be considered an employee or agent of Owner.

Owner is not a supervisor or foreman with respect to Contractor and its labor and employees. Contractor is completely responsible for supervising the activities of its labor and employees with respect to the subject matter of this contract, including but not limited to the Services.

22. <u>Safety</u>. Contractor shall, at its own cost and expense, protect its own employees, employees of Owner, and all other persons from risk of death, injury or bodily harm arising out of or in any way connected with the Services. Contractor shall strictly comply with all safety orders, rules, regulations or requirements of all federal, state and local government agencies exercising safety jurisdiction over said Services including, but not limited to, the federal and state OSHA regulations. Contractor shall, at all times continually and diligently patrol and observe any area in which the Services are being or are to be performed, as well as any area through which Contractor's employees travel, to detect and safeguard against any litter, debris, spills or other hazardous conditions; Contractor shall have the primary obligation to guard against any hazard to person or property.

11

23. <u>Hazardous Materials.</u>

23.1 For purposes of this Paragraph, the following terms shall have the following meanings: (a) the term "Hazardous Material" shall refer to: (i) any material or substance that, whether by its nature or use, is subject to regulation by any governmental body or agency, or (ii) any material, substance or waste which is toxic, ignitable, explosive, corrosive or reactive, or (iii) asbestos, or (iv) petroleum and petroleum-based products, or (v) formaldehyde, or (vi) polychlorinated biphenyls (PCB's), (vii) freon and other chlorofluorcarbons or (viii) such other material as is designated in a notice from Owner to Contractor (whether such notice is provided before or after Contractor first commences to use such material), (b) the term "Environmental Requirement" shall include the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (42 U.S.C. 9601 et seq.), the Hazardous Materials Transportation Act (49 U.S.C. 1801 et seq.), the Resource Conservation and Recovery Act (42 U.S.C. 6901 et seq.), the Toxic Substances Control Act (15 U.S.C. 2601 et seq.), the Clean Air Act (42 U.S.C. 7401 et. seq.), the Federal Water Pollution Control Act (33 U.S.C. 1251 et seq.), all as presently in effect and as the same may hereafter be amended, any regulation pursuant thereto, or any other present or future law, ordinance, rule, regulation, order or directive addressing environmental, health or safety issues of or by any governmental body or agency.

23.2 Contractor hereby represents and warrants to Owner that it will insure that (i) no Hazardous Material will be used, generated, manufactured, sold, transported or located at, on, in, under or about the Shopping Center except in such minimal amounts required by Contractor to perform the Services and permitted by applicable law; (ii) no Hazardous Material will be used, generated, manufactured, sold, transported or located at, in, on, under or about the Shopping Center in a manner which violates any Environmental Requirement, or which requires cleanup or corrective action of any kind under any Environmental Requirement and (iii) no Hazardous Material will be transported, released, emitted, sold, discharged, leached, dumped or disposed of from the Shopping Center onto or into any other property.

23.3 Contractor shall notify Owner promptly in the event of any spill or other release of any Hazardous Material caused by Contractor or its Employees at, in, on, under or about the Shopping Center which is required to be reported to a governmental body or agency under any Environmental Requirement, will promptly forward to Owner copies of any notices received by Contractor relating to the alleged violations of any Environmental Requirement and will promptly pay when due any fine or assessment against Contractor, Owner, Owner's property manager or any other party or the Shopping Center or the development relating to any Environmental Requirement or the existence of Hazardous Materials caused by Contractor or its Employees.

23.4 If, at any time, it is determined that the Services violate any applicable Environmental Requirement or involve Hazardous Materials which require special handling in collection, storage, treatment or disposal, or any other form of cleanup or corrective action,

12

Contractor shall within ten (10) days after receipt of notice thereof take, at its sole cost and expense, such actions as may be necessary to fully comply in all respects with all Environmental Requirements.

23.5  If a lien is filed against any part of the Shopping Center resulting from the need to expend or the actual expending of monies arising from an Environmental Requirement, or a liability regarding Hazardous Materials related to an action or omission, whether intentional or unintentional, of Contractor or for which Contractor is responsible, then Contractor shall, within ten (10) days from the date that the Contractor is first given notice that such lien has been placed (or within such shorter period of time as may be specified by Owner) either (a) immediately pay the claim and remove the lien, or (b) immediately furnish a cash deposit, bond, or such other security with respect thereto as is satisfactory in all respects to Owner and is sufficient to effect a complete discharge of such lien on the Shopping Center.

23.6  Contractor shall defend, indemnify, and hold harmless Owner its affiliates, parent corporation, subsidiaries, partners, successors and assigns, and the employees, agents, officers, directors of any of them from and against any and all loss, claims, demands, penalties, causes of action, fines, liabilities, settlements, damages, costs or expenses of whatever kind or nature, known or unknown, foreseen or unforeseen, contingent or otherwise (including, without limitation, counsel and consultant fees and expenses, investigation and laboratory fees and expenses, court costs, and litigation expenses) directly or indirectly arising out of, or in any way related to (i) any breach by Contractor of any of the provisions of this Section 23; (ii) the presence, use, generation, transportation, disposal, spillage, discharge, emission, leakage, release, or threatened release of any Hazardous Material caused by Contractor or its Employees and which is at, in, on, under, about, from or affecting the Shopping Center including, without limitation, any damage or injury resulting from any such Hazardous Material to or affecting the Shopping Center or any related soil, water, air, vegetation, buildings, personal property, persons or animals; (iii) any personal injury (including wrongful death) or property damage (real or personal) arising out of or related to any such Hazardous Material; (iv) any lawsuit brought or threatened, settlement reached, or order or directive of or by any government agency or body relating to such Hazardous Material; or (v) any violation by Contractor or Contractor's Employees of any Environmental Requirement or any policy or requirement of Owner hereunder.  Contractor shall indemnify Owner for all losses, including, but not limited to damages occasioned by the inability of Owner to lease any area or a reduction in the fair market and/or rental value of any area of the Shopping Center due in whole or in part to Contractor's actions or omissions related to Hazardous Material or Environmental Requirements or the indemnity of Contractor set forth in this Paragraph 23.6.

24.  Jury Trial Waiver.  Contractor and Owner hereby waive their respective right to trial by jury of any cause of action, claim, counterclaim or cross-complaint in any action, proceeding and/or hearing brought by either Owner against Contractor or Contractor against Owner on any matter whatsoever arising out of, or in any way connected with, this Agreement, the relationship

13

of Contractor and Owner, Owner's Services rendered at the Shopping Center, or any claim or injury or damage, or the enforcement of any claim or injury or damage, or the enforcement of any remedy under any law, statute, or regulation, emergency or otherwise, now or hereafter in effect.

25. Assignment. Contractor recognizes that this Agreement is a personal contract and therefore agrees that Contractor shall not assign, convey or transfer this Agreement nor any interest therein, whether by express assignment, conveyance or transfer, operation of law or otherwise. Any such attempted assignment, conveyance or transfer shall be null and void and of no force and effect whatsoever and Contractor shall remain fully liable for the performance of all terms, covenants and provisions of this Agreement. Contractor hereby agrees that this Agreement may be assigned by Owner, at is sole option without obtaining further consent from Contractor, at any time and from time to time during the term of the Agreement.

26. Severability. If any provisions of this Agreement shall to any extent be invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and the unaffected provisions of this Agreement, unless otherwise specifically conditioned upon such invalid or unenforceable provisions, shall be valid and enforceable to the fullest extent permitted by law.

27. Miscellaneous.

27.1 All rights, options and remedies of Owner contained in this Agreement shall be construed and held to be cumulative, and no one of them shall be exclusive of the other, and Owner shall have the right to pursue any one or all of such remedies or any other remedy or relief which may be provided by law, whether or not stated in this Agreement. Contractor's obligations hereunder shall survive the termination of this Agreement.

27.2 No Waiver by Owner of a breach of any of the terms, covenants or conditions of this Agreement by Contractor shall be construed or held to be a waiver of succeeding or preceding breach of the same or any other term, covenant or condition herein contained. No waiver of any default of Contractor hereunder shall be implied from any omission by Owner to take any action on account of such default if such default persists or is repeated, and no express waiver shall affect any default other than is specified in said waiver. The consent or approval by Owner to or of any act by Contractor requiring Owner's consent or approval shall not be deemed to waive or render unnecessary Owner's consent or approval to or of any subsequent similar act by Contractor. No payment by Owner to Contractor shall constitute a waiver of any remedies which Owner may otherwise have against Contractor for any failure of Contractor to perform in accordance with this Agreement.

14

27.3 Time is of the essence in Contractor's performance of this Agreement.

27.4 Any dispute or matter arising under this Agreement shall be interpreted or construed, and adjudicated, under the laws of the state in which the Shopping Center is located.

27.5 Any Notice intended for Contractor in this Agreement shall be delivered to Contractor at the following address: 1566 North Warson Road, St. Louis, Missouri 63132. All notices permitted or required to be given by this Agreement shall be in writing and shall be delivered in person or mailed by registered or certified mail, return receipt requested, first class, postage prepaid, or delivered via overnight courier. Contractor represents that this is its current place of business, and Contractor agrees to immediately notify Owner in writing of any change in said business address. Contractor shall maintain a telephone number that is answered during regular business hours and a number for any after-hours emergency and shall immediately notify Owner in writing of any changes.

27.6  Any Notice intended for Owner in this Agreement shall be delivered to Owner at the following address: 180 East Broad St, Columbus, OH 43215. All notices permitted or required to be given by this Agreement shall be in writing and shall be delivered in person or mailed by registered or certified mail, return receipt requested, first class, postage prepaid, delivered via overnight courier or via facsimile. Owner represents that this is its current place of business, and Owner agrees to immediately notify Contractor in writing of any change in said business address. Owner shall maintain a telephone number that is answered during regular business hours and a number for any after-hours emergency and shall immediately notify Contractor in writing of any changes.

27.7.  There shall be no personal liability on the part of the officers, partners, employees, shareholders, agents, beneficiaries, or any successor in interest of either Owner or Contractor with respect to any provision of this Agreement, or amendments, modifications, or renewals hereof.

27.8.  The provisions of Sections 19, 20, 23, 27.2 and 27.7 of this Agreement shall survive the termination or cancellation of this Agreement.

26.9.  Any person executing this Agreement as an agent of either Contractor or Owner represents and warrants that he/she is authorized to execute this Agreement, and has the power to bind his/her respective principal to the terms, conditions and covenants of this Agreement. Contractor and Owner acknowledge that the other is relying on this warranty and representation in executing this Agreement.

26.10.  This Agreement may be executed in one or more counterparts, any one or all of which shall constitute but one agreement. This Agreement may be executed by the exchange of copies bearing the electronic or facsimile signatures of the parties.

15

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first written above.

CONTRACTOR:

Blue Chip 2000,

An Ohio Corporation

By: _Mark A. Callihan_

Name: _Mark A. Callihan_

Title: _President_

16

MELBOURNE SQUARE, LLC, an Indiana limited liability company

By: WASHINGTON PRIME GROUP, L.P., an Indiana limited partnership, its sole member

By: WASHINGTON PRIME GROUP INC., an Indiana corporation, its general partner

By: _____

Steve Gerber

SVP, Property Management





MELBOURNE
SQUARE

VICINITY MAP

SITE PLAN

N

MELBOURNE SQUARE **WASHINGTON**
1700 W. NEW HAVEN AVENUE **PRIME GROUP**
MELBOURNE, FL 32904

EXHIBIT "B" (YEAR ONE)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
| --- |
| 18-Oct-18 |

**Total Number of Housekeeping Management Hours**

| Proposed | Number of Hours |
| --- | --- |
| Weekly | |
| Total Hours for On-Site Housekeeping Manager | 40 |
| Total Hours for On-Site Working Supervisors | 40 |
| | |
| Annual | |
| Total Hours for On-Site Housekeeping Manager | 2080 |
| Total Hours for On-Site Working Supervisors | 2080 |

| Housekeeping Labor Hours Proposed | Number of Hours |
| --- | --- |
| Total Food Court Crew Labor Hours | 75.2 |
| Total Portering Crew Labor Hours | |
| Total CAM Interior Crew Labor Hours | 184.8 |
| Total CAM Exterior Labor Hours | 47 |
| Total Pressure Washing Labor Hours *(If Applicable)* | 16 |
| Total Crew Labor Hours for Dedicated Tray Washing *(If Applicable)* | 0 |
| Total Crew Labor Hours per Week for Amortized Holiday Boost: | |

| | Number of Hours |
| --- | --- |
| | |
| TOTAL RECOMMENDED CONTRACT HOURS PER WEEK | 403 |
| TOTAL RECOMMENDED CONTRACT HOURS PER WEEK | 0 |

EXHIBIT "B" (YEAR ONE)

**Washington Prime Group**
**MELBOURNE SQUARE**
**Blue Chip - Pros**
**18-Oct-18**

| Proposed New Hire Rates | Annual Salary | Straight Time | Overtime |
|---|---|---|---|
| *Please list recommended housekeeping position to cover the total weekly hours.* | | | |
| Account Manager | $35,349.60 | $17.00 | $25.49 |
| Sup | $22,880.00 | $11.00 | $16.50 |
| PW | $8,320.00 | $10.00 | $15.00 |
| Porter | $14,560.00 | $8.75 | $13.13 |
| Porter | $17,680.00 | $8.50 | $12.75 |
| Porter | $17,680.00 | $8.50 | $12.75 |
| Porter | $17,680.00 | $8.50 | $12.75 |
| Porter | $17,680.00 | $8.50 | $12.75 |
| Porter | $17,680.00 | $8.50 | $12.75 |
| Porter | $16,575.00 | $8.50 | $12.75 |
| Porter | $16,575.00 | $8.50 | $12.75 |

EXHIBIT "B" (YEAR ONE)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
| --- |
| 18-Oct-18 |

**OVERHEAD AND PROFIT**        Percentage

| Overhead | 7.0% |
| --- | --- |
| | |
| Mark up | 4.0% |

**Workers Compensation**

| Is Contractor Self Insured for Workers Compensation? | no |
| --- | --- |
| Current Workers Comp Perctage | 5.97% |
| Current Workers Comp Experience Modifier | 0.97 |
| Workers Comp Policy Deductable | $0.00 |

**Applicable Benefit Rates**

| Full time Manager / Supervisor | $0.00 |
| --- | --- |
| Full time Non- Management | $0.00 |
| Part Time Non-Management | $0.00 |
| Medical | $400.00 |
| Dental | $0.00 |
| Full Time Medical | $0.00 |
| Other Medical | $0.00 |

**Applicable Statutory Rates**
*No Mark up may be applied to Statutory Rates*

| Current Federal Statutory Rate | 8.25% |
| --- | --- |
| Current State Statutory Rates | 0.38% |
| Current Local Statutory Rates | 0.00% |

EXHIBIT "B" (YEAR ONE)

**Washington Prime Group**
**MELBOURNE SQUARE**
**Blue Chip - Pros**
**18-Oct-18**

Other

| | |
|---|---|
| Initial Background Check per Associate | $50.00 |
| | |
| | |
| | |
| | |

Janitorial Budget

| | | Exterior | | Food Court | | Totals |
|---|---|---|---|---|---|---|
| Direct Labor Cost | $50,664.90 | $60,797.88 | | $91,196.82 | | $202,659.60 |
| Benefit Burden | $4,800.00 | $0.00 | | $0.00 | | $4,800.00 |
| Statutory Burden | $4,372.38 | $5,246.86 | | $7,870.29 | | $17,489.52 |
| Workers Compensation | $3,023.68 | $3,628.42 | | $5,442.63 | | $12,094.72 |
| GL Insurance | $2,533.25 | $3,039.89 | | $4,559.84 | | $10,132.98 |
| Overhead | $4,577.59 | $5,089.91 | | $7,634.87 | | $17,302.38 |
| Profit | $2,615.77 | $2,908.52 | | $4,362.78 | | $9,887.07 |
| Sales Tax | $4,355.25 | $0.00 | | $7,264.03 | | $11,619.29 |
| | | | | | | |
| Total | $76,942.82 | $80,711.48 | | $128,331.26 | | $285,985.57 |

NOTE: All contenants of this RFP which are cost plus are subject to change anytime depending on the
economic climate or any other business related condition.
All changes to any items must be presented in wrtiing with a 30 day notice to either party.
All changes to any items must be sumbitted on a formalized quote and agreed upon by both parties
and submitted as an addendum to the existing and current contract.

EXHIBIT "B" (YEAR TWO)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
|---|
| 10/18/2018 |

**Total Number of Housekeeping Management Hours**

| Proposed | Number of Hours |
|---|---|
| **Weekly** | |
| Total Hours for On-Site Housekeeping Manager | 40 |
| Total Hours for On-Site Working Supervisors | 40 |
| | 0 |
| **Annual** | 0 |
| Total Hours for On-Site Housekeeping Manager | 2080 |
| Total Hours for On-Site Working Supervisors | 2080 |

| Housekeeping Labor Hours Proposed | Number of Hours |
|---|---|
| Total Food Court Crew Labor Hours | 75.2 |
| Total Portering Crew Labor Hours | 0 |
| Total CAM Interior Crew Labor Hours | 184.8 |
| Total CAM Exterior Labor Hours | 47 |
| Total Pressure Washing Labor Hours *(If Applicable)* | 16 |
| Total Crew Labor Hours for Dedicated Tray Washing *(If Applicable)* | 0 |
| Total Crew Labor Hours per Week for Amortized Holiday Boost: | 0 |

| | Number of Hours |
|---|---|
| | |
| **TOTAL RECOMMENDED CONTRACT HOURS PER WEEK** | 403 |
| **TOTAL RECOMMENDED CONTRACT HOURS PER WEEK** | 0 |

EXHIBIT "B" (YEAR TWO)

**Washington Prime Group**

**MELBOURNE SQUARE**

| Blue Chip - Pros |
|---|
| 10/18/2018 |

| Proposed New Hire Rates | Annual Salary | Straight Time | Overtime |
|---|---|---|---|
| *Please list recommended housekeeping position to cover the total weekly hours.* | | | |
| Account Manager | $36,410.09 | $17.50 | $26.26 |
| Sup | $23,566.40 | $11.33 | $17.00 |
| PW | $8,569.60 | $10.30 | $15.45 |
| Porter | $14,996.80 | $9.01 | $13.52 |
| Porter | $18,210.40 | $8.76 | $13.13 |
| Porter | $18,210.40 | $8.76 | $13.13 |
| Porter | $18,210.40 | $8.76 | $13.13 |
| Porter | $18,210.40 | $8.76 | $13.13 |
| Porter | $18,210.40 | $8.76 | $13.13 |
| Porter | $17,072.25 | $8.76 | $13.13 |
| Porter | $17,072.25 | $8.76 | $13.13 |

EXHIBIT "D" (YEAR TWO)

**Washington Prime Group**
**MELBOURNE** SQUARE

| Blue Chip - Pros |
| --- |
| 10/18/2018 |

### OVERHEAD AND PROFIT                    Percentage

| Overhead | 7.00% |
| --- | --- |

| Mark up | 4.00% |
| --- | --- |

### Workers Compensation

| Is Contractor Self Insured for Workers Compensation? | no |
| --- | --- |
| Current Workers Comp Perctage | 5.97% |
| Current Workers Comp Experience Modifier | 0.97 |
| Workers Comp Policy Deductable | $0.00 |

### Applicable Benefit Rates

| Full time Manager / Supervisor | $0.00 |
| --- | --- |
| Full time Non- Management | $0.00 |
| Part Time Non-Management | $0.00 |
| Medical | $400.00 |
| Dental | $0.00 |
| Full Time Medical | $0.00 |
| Other Medical | $0.00 |

### Applicable Statutory Rates
*No **Mark** up may be applied to Statutory **Rates***

| Current Federal Statutory Rate | 8.25% |
| --- | --- |

EXHIBIT "B" (YEAR TWO)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros | |
|---|---|
| 10/18/2018 | |
| Current State Statutory Rates | 0.38% |
| Current Local Statutory Rates | 0.00% |

Other

| Initial Background Check per Associate | $50.00 |
|---|---|
| | |
| | |
| | |
| | |

Janitorial Budget

| | | Exterior | Food Court | Totals |
|---|---|---|---|---|
| Direct Labor Cost | $52,184.85 | $62,621.82 | $93,932.72 | $208,739.39 |
| Benefit Burden | $4,800.00 | $0.00 | $0.00 | $4,800.00 |
| Statutory Burden | $4,503.55 | $5,404.26 | $8,106.39 | $18,014.21 |
| Workers Compensation | $3,114.39 | $3,737.27 | $5,605.91 | $12,457.57 |
| GL Insurance | $2,609.24 | $3,131.09 | $4,696.64 | $10,436.97 |
| Overhead | $4,714.92 | $5,242.61 | $7,863.92 | $17,821.45 |
| Profit | $2,694.24 | $2,995.78 | $4,493.67 | $10,183.69 |
| Sales Tax | $4,485.91 | $0.00 | $7,481.95 | $11,967.87 |
| | | | | |
| Total | $79,107.11 | $83,132.83 | $132,181.20 | $294,421.13 |

NOTE: All contenants of this RFP which are cost plus are subject to change anytime depending on the
economic climate or any other business related condition.
All changes to any items must be presented in wrtiting with a 30 day notice to either party.

<u>EXHIBIT "B" (YEAR THREE)</u>

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
|---|
| 10/18/2018 |

**Total Number of Housekeeping Management Hours**

| Proposed | Number of Hours |
|---|---|
| Weekly | |
| Total Hours for On-Site Housekeeping Manager | 40 |
| Total Hours for On-Site Working Supervisors | 40 |
| | 0 |
| Annual | 0 |
| Total Hours for On-Site Housekeeping Manager | 2080 |
| Total Hours for On-Site Working Supervisors | 2080 |

| Housekeeping Labor Hours Proposed | Number of Hours |
|---|---|
| Total Food Court Crew Labor Hours | 75.2 |
| Total Portering Crew Labor Hours | 0 |
| Total CAM Interior Crew Labor Hours | 184.8 |
| Total CAM Exterior Labor Hours | 47 |
| Total Pressure Washing Labor Hours *(If Applicable)* | 16 |
| Total Crew Labor Hours for Dedicated Tray Washing *(If Applicable)* | 0 |
| Total Crew Labor Hours per Week for Amortized Holiday Boost: | 0 |
| | Number of Hours |
| TOTAL RECOMMENDED CONTRACT HOURS PER WEEK | 403 |
| TOTAL RECOMMENDED CONTRACT HOURS PER WEEK | 0 |

EXHIBIT "B" (YEAR THREE)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
| --- |
| 10/18/2018 |

| Proposed New Hire Rates | Annual Salary | Straight Time | Overtime |
| --- | --- | --- | --- |
| *Please list recommended housekeeping position to cover the total weekly hours.* | | | |
| Account Manager | $37,502.39 | $18.03 | $27.04 |
| Sup | $24,273.39 | $11.67 | $17.50 |
| PW | $8,826.69 | $10.61 | $15.91 |
| Porter | $15,446.70 | $9.28 | $13.92 |
| Porter | $18,756.71 | $9.02 | $13.53 |
| Porter | $18,756.71 | $9.02 | $13.53 |
| Porter | $18,756.71 | $9.02 | $13.53 |
| Porter | $18,756.71 | $9.02 | $13.53 |
| Porter | $18,756.71 | $9.02 | $13.53 |
| Porter | $17,584.42 | $9.02 | $13.53 |
| Porter | $17,584.42 | $9.02 | $13.53 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT "B" (YEAR THREE)**

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros |
| --- |
| 10/18/2018 |

| OVERHEAD AND PROFIT | Percentage |
| --- | --- |
| Overhead | 7.00% |
| Mark up | 4.00% |

**Workers Compensation**

| Is Contractor Self Insured for Workers Compensation? | no |
| --- | --- |
| Current Workers Comp Perctage | 5.97% |
| Current Workers Comp Experience Modifier | 0.97 |
| Workers Comp Policy Deductable | 0.00 |

**Applicable Benefit Rates**

| Full time Manager / Supervisor | $0.00 |
| --- | --- |
| Full time Non- Management | $0.00 |
| Part Time Non-Management | $0.00 |
| Medical | $400.00 |
| Dental | $0.00 |
| Full Time Medical | $0.00 |
| Other Medical | $0.00 |

**Applicable Statutory Rates**
*No Mark up may be applied to Statutory Rates*

| Current Federal Statutory Rate | 8.25% |
| --- | --- |
| Current State Statutory Rates | 0.38% |

EXHIBIT "B" (YEAR THREE)

**Washington Prime Group**
**MELBOURNE SQUARE**

| Blue Chip - Pros | |
|---|---|
| 10/18/2018 | |
| Current Local Statutory Rates | 0.00% |
| | |
| Initial Background Check per Associate | $50.00 |
| | |
| | |
| | |
| | |
| | |

### Janitorial Budget

| | | Exterior | | Food Court | | Totals |
|---|---|---|---|---|---|---|
| Direct Labor Cost | $53,750.39 | $64,500.47 | | $96,750.71 | | $215,001.57 |
| Benefit Burden | $4,800.00 | $0.00 | | $0.00 | | $4,800.00 |
| Statutory Burden | $4,638.66 | $5,566.39 | | $8,349.59 | | $18,554.64 |
| Workers Compensation | $3,207.82 | $3,849.39 | | $5,774.08 | | $12,831.29 |
| GL Insurance | $2,687.52 | $3,225.02 | | $4,837.54 | | $10,750.08 |
| Overhead | $4,856.37 | $5,399.89 | | $8,099.83 | | $18,356.09 |
| Profit | $2,775.07 | $3,085.65 | | $4,628.48 | | $10,489.20 |
| Sales Tax | $4,620.49 | $0.00 | | $7,706.41 | | $12,326.90 |
| | | | | | | |
| Total | $81,336.32 | $85,626.81 | | $136,146.63 | | $303,109.77 |

NOTE:  All contenants of this RFP which are cost plus are subject to change anytime depending
on the economic climate or any other business related condition.
All changes to any items must be presented in wrtiting with a 30 day notice to either party.
All changes to any items must be sumbitted on a formalized quote and agreed upon by
 both parties and submitted as an addendum to the existing and current contract.

**Washington Prime Group**
**MELBOURNE SQUARE**

| Contractor Name | Blue Chip - Pros | | |
|---|---|---|---|
| Date Submitted | 10/18/2018 | | |

**Contractor Supplied Equipment**

This equipment list shall be a all inclusive list of the equipment the contractor will provide.
Please the following information as listed.

| Quantity | Model | Description | Disposition |
|---|---|---|---|
| 1 | Tennant T12 | REPLACE | NEW |
| 1 | Tennant T300 | EXISTING ASSET | Good |
| 1 | 20" Floor Scrubber | EXISTING ASSET | Good |
| 1 | Washer | EXISTING ASSET | Good |
| 1 | Wet Vacuum | EXISTING ASSET | Good |
| 1 | Dryer | EXISTING ASSET | Good |
| 1 | Nobles Carper Extractor | REPLACE | NEW |
| 3 | Upright Vacuums | REPLACE | NEW |
| 1 | Gator | EXISTING ASSET | Good |
| 1 | Hotsy Pressure Washer with Tank | EXISTING ASSET | GOOD |
| 1 | Surface Cleaner (Big Guy) | REPLACE | NEW |
| 1 | Restroom Cleaner | REPLACE | NEW |
| 1 | Backpack Vacuums | EXISTING ASSET | Good |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Washington Prime Group**
**MELBOURNE SQUARE**

| Contractor Name | Blue Chip - Pros | | |
|---|---|---|---|
| Date Submitted | 10/18/2018 | | |

**Contractor Supplied Equipment**

This equipment list shall be a all inclusive list of the equipment the contractor will provide.
Please the following information as listed.

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Washington Prime Group
MELBOURNE SQUARE

| Blue Chip - Pros |
| --- |
| 10/18/2018 |

Please list associate positions which will be offered healthcare under this contract. Contractor shall describe the offered benefits and the annual cost associated per employee.

Manager
Assistant Manager

Please list associate positions which will be offered any other applicable benefit under this contract. Contractor shall describe the offered benefits and the annual cost associated per employee.

All fulltime are eligible for benefits

Please list associate positions which will be offered vacation time benefits under this contract. Contractor shall describe the offered benefits and the annual cost associated per employee.

Manager
Assistant Manager

<u>**Exhibit B**</u>

<u>Description of Services</u>

<u>**COST PLUS CONTRACT**</u>

This shall be a **Cost-Plus contract.**

<u>**OVERHEAD COST AND COST PLUS DEFINITIONS**</u>

Contractor's overhead percentage includes all costs to conduct normal business in the execution of the scope of work. This includes but is not limited to the following:

<u>**NON -REIMBURSABLE – OVERHEAD ITEM**</u>

- Branch, regional and home office costs and personnel including salaries, benefits (such as Medical, Health, Vision, 401K benefits, bonuses, etc.)
- Accounting and payroll related processing services.
- Subsequent background checks and drug testing for existing employee(s) & multiple testing of potential new hire candidates.
- Uniform start up and termination costs associated with leasing uniforms.
- Time Clocks.
- Repair and maintenance of all Equipment.
- Small and Large Janitorial Equipment over $100.
- Severance or other payments made to Contractor's employees upon separation of employment (i.e. unused vacation/sick time, etc. unless previously approved by mall management).
- Employment Ads.
- Administrative Supplies. (Fed Ex, postage, office supplies, etc.)
- Unauthorized Over Time. (OT)
- Vehicles and related expenses (i.e. fuel, repairs, insurance and maintenance) when the vehicle is provided by Contractor.
- All travel and entertainment costs including meals and mileage.
- Computers, hardware, software and related equipment.
- Any expense associated with cell phones, pagers, blackberries, or any other wireless communication device.
- Internet connection installation and monthly fees.
- Site Land lines/Telephones.
- Fax machines and fax lines.

Any additional non-reimbursable costs billed outside overhead, which are not associated with any other billable categories, must have Owner's approval prior to being billed.

## REIMBURSABLE – COST PLUS BILLABLE ITEM

- Labor. (including any proposed bonuses)
- Uniforms purchased or the monthly cost to lease uniforms. (excluding lease start or termination fees)
- New hire background checks/drug testing conducted prior to or within 30 days of start date, (1 per new employee). Contractor must be ready to offer job & all others issues have been vetted prior to offer. If background check/drug test fails on new hire candidate – owner will not reimburse the cost.
- Vacations. (identify employees and recognized holidays by state) Contractor must bill for all vacation in the current year earned. Carry over time cannot be billed in future year.
- Holidays.
- Pre-authorized overtime. (OT)
- Pre-authorized seasonal labor.
- Consumable supplies, if applicable.
- Fuel for equipment when said equipment is being used solely to perform the scope of the janitorial contract. (i.e. pressure washers, blowers, etc).
- Small Equipment and related repairs/replacement under $100. (pre-authorized)
- Lifts required, which mall may not have to perform scheduled work.
- Benefits related to on-site employees. (to be billed at actual cost per employee)
- Workers Compensation. (Workers Compensation may not be marked up, may not be charged on premium pay)
- Federal, state and local statutory employee payroll taxes, and applicable payroll assessments. To be billed at actual cost per employee, and may not exceed the maximum amount per employee as governed by Federal and State statutes.
- Federal, state, local sales taxes (may not be marked up)
- General Liability (GL) (may not to be marked up, may not be charged on premium pay)
- Indemnification (may not be marked up)

## CONTRACT HOURS

Contractor shall visit property and determine the estimated weekly, monthly, and annual hours required to perform this contract under the guidelines put forth in the RFP.

Under this cost plus agreement the mall manager shall set the weekly scheduled hours in which the contractor shall strictly adhere to.

Weekly hours are not guaranteed and may change daily or weekly depending on the economic climate of the property.

Weekly hours set by mall manager shall not be exceeded without prior approval of the mall manager responsible for setting the weekly hours.

Only actual hours worked by employees can be invoiced. No overtime is allowed unless prior approval by the Mall Management staff is obtained.

All work shall be performed seven days a week including holidays if the mall is open.

## CONTRACTOR MANAGEMENT

Contract Manager is a person, designated in writing by the Contractor, who has overall responsibility for quality performance. The contract manager's resume/qualifications will be provided to and approved by the Mall Manager prior to assignment. The Contract Manager has full authority to act for the Contractor during the term of the contract, and who is authorized to accept inspection reports and all other correspondence on behalf of the Contractor. Contract managers will perform productive work such as scheduling, support, cleaning, ordering, training, etc.

On-site supervisory employees are person (or persons) designated in writing by the Contractor, who has authority to act for the Contractor on all matters relating to daily on site contract operation. Supervisors are to perform productive work.

The Contractor shall provide sufficient supervision to fulfill the terms and conditions of this contract. **The Contractor shall ensure that all work required by this contract is satisfactorily supervised by a contract manager, on-site supervisor or a combination of these alternatives.**

The contract manager or supervisor shall be available at the facility while contract work is in progress to receive notices, reports or requests from either the Mall Manager or the Mall Manager's designated individual.

The contract manager and supervisory employees must be able to read, write and speak English, and should be able to communicate with subordinates effectively as required.

After normal work hours, the contract manager all on site supervisor shall be available within a reasonable time (*usually within one hour*) at the site.  **The Contractor shall provide to the Mall Manager 10 days prior to contract start date, a written listing of telephone, cell phone and pager numbers which the mall may use at any time to directly contact the Contractor, contract manager or on-site supervisor.**

The Contract Manager shall be provided with a telephone with text and e-mail capabilities.  The Contractor will immediately notify the Mall of any change in these numbers.

The Contractor will not assign individuals to positions where they may be supervised either directly or indirectly by anyone with whom they are related.  Any exceptions to this policy must be approved by the Mall Manager.

All on-site supervision and other personnel identified shall carry a two-way radio while on duty or on mall property.

**WASHINGTON PRIME GROUP PROVIDED**

**SUPPLIES**

Owner shall provide all consumable supplies and equipment with a value of less than $100, to include but are not limited to, urinal deodorant blocks, waterless urinal cartridges (if needed), toilet paper, hand towels, seat covers, hand soap, sanitary napkin dispenser bags, cleaning chemicals, wood care products, leather care products, stainless steel polishes, sealers, waxes, dust mops, damp mops, feather dusters, wiping cloths, pans, brooms, carts, gondolas, floor scrubber pads and trash bags.

**QUALITY CONTROL**

Mall Manager, or designated representative, will conduct walk-throughs of the building and other areas covered by this contract with Contractor's on-site representative at least daily, to ascertain the level of services performed and to note any deficiencies.

**TRAINING**

Contractor's employees shall be trained on the procedures to follow in the event of fire or other emergency. Mall management will coordinate this training with contractor's onsite supervision.

**OFFICE AND STORAGE SPACES**

If available, space in the building and furnishings for a supervisor's office to be used for official business only in the performance of this contract

Space in the building for the storage of supplies and equipment to be used in the performance of work under the contract. Contractor shall maintain this space in a neat and orderly condition.

Janitor closets, where available, for storing supplies and equipment. These closets and the stored equipment shall be kept clean and in an orderly manner by the Contractor. Sinks and buckets will be kept clean and free of standing water; hoses which are connected to faucets will not be left in standing water and should be disconnected after each use to prevent growth of bacteria.

HVAC: Heating and air conditioning of space will be furnished only during normal working hours of building occupants, if available.

The Mall will furnish water and electricity to perform the contract, including washer and dryer connection points. Most WPG properties are currently equipped with mall owned washer and driers. If this equipment is not currently used or owned by the mall the contractor will be responsible for providing and maintaining this equipment.

## EQUIPMENT

Two-way radios will be provided by the Mall. **NOTE: Contractor will replace or repair, at its cost, any Mall owned two-way radio equipment and any other equipment, provided by the mall that may be damaged or lost through abuse or neglect by Contractor's personnel.**

**CONTRACTOR PROVIDED**

**LABOR AND PERSONNEL**

Contractor shall furnish all labor, equipment, supplies and employee training necessary for the performance of the work of this contract unless otherwise specified herein. All costs for employee training, employment ads and subsequent background checks on existing employees are to be included in Contractor's overhead cost.

The Contractor shall provide sufficient supervision to fulfill the terms and conditions of this contract. The Contractor shall ensure that all work required by this contract is satisfactorily supervised by a contract manager, on-site supervisor or a combination of these alternatives.

The contract manager or supervisor shall be available at the facility while contract work is in progress to receive notices, reports or requests from either the Mall Manager or the Mall Manager's designated individual.

All supervisory personnel shall be employed by contractor, and will, at a minimum have completed a supervisory training course. At the discretion of the Mall Manager, experience may be substituted for formal training. The on-site supervisor is required to be fully conversant in English and/or other languages as dictated by the local area or contractors on site work force.

After normal work hours, the contract manager all on site supervisor shall be available within a reasonable time (*usually within one hour*) at the site. The Contractor shall provide to the Mall Manager 10 days prior to contract start date, a written listing of telephone, cell phone and pager numbers which the mall may use at any time to directly contact the Contractor, contract manager or on-site supervisor.

Contractor's on-site supervisor must meet weekly with Mall Management staff to set weekly labor hours. Contractor shall provide Mall Management with proper advance notice and a schedule for any cleaning that requires coordination with tenants.

Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work, and shall hold the Mall harmless for any action on its part of that of its employees or Subcontractors, that results in illness or death.

Contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, appearance and integrity, and shall be responsible for taking such disciplinary action with respect to its employees as may be necessary.

Contractor is also responsible for ensuring that its employees do not disturb papers on desks, open desk drawers or cabinets, or use the mall telephones, except as authorized.

Contractor shall identify those employees requiring a key card/keys to the building. Any employee requiring a key card/secured keys to the building must sign for the card/secured keys. Contractor is responsible for all replacement costs of lost or stolen key cards/secured keys and/or re-keying if necessary.

New hire background checks and drug testing is to be included as cost plus item.

**Not later than ten (10) working days before the contract start date; Contractor shall submit the following data to Mall Manager for use and approval.**
-   **A list of telephone numbers for key personnel.**
-   **A list of the equipment provided by the contractor.**
-   **Material Safety Data Sheets as applicable-- (upon arrival into building)**

Contractor shall provide all required training to contractor associates performing janitorial duties at Washington Prime Group properties. All personnel will receive close and continuing first-line supervision by Contractor.

Contractor is required to provide necessary and on-going tenant & customer relations training for their employees. This training will stress the importance of conflict avoidance and problem resolution. Emphasis will be placed on grooming, proper attire and the importance of professionalism and courtesy in day-to-day contacts with building occupants and visitors.

Contractor is required to train all its employees regarding all applicable OHSA and related standards. Contractor will be required to provide written documentation and keep a record on-site that is accessible for review by Mall Management staff, OSHA representatives and Owner.

Contractor's employees shall be trained on the procedures to follow in the event of fire or other emergency.

## EQUIPMENT

Large and Small Janitorial Equipment, defined as equipment with a new cost value of more than $100, must be provided by the Contractor. The cost of this equipment, including all parts, repairs and maintenance will be included in Contractor's overhead cost. Should the contract be terminated by either party, Large and Small Janitorial Equipment provided by the Contractor will remain the property of the Contractor.

Equipment specification sheets for all large cleaning equipment such as auto or rider scrubbers, floor burnishes, floor scrubbers, extractors, vacuum cleaners, etc. must be provided with technical proposal. The Mall Manager must approve the use of all large/small cleaning equipment prior to use. Examples would be floor scrubbers, vacuum cleaners, carpet extractors, housekeeping carts, escalator cleaners, etc. **All contractor supplied equipment is to be new.**

Any purchase of equipment, regardless of value and by contractor, must be approved by Mall Management prior to purchase and invoicing.

Repairs and maintenance of all equipment will be the responsibility of contractor.

All equipment supplied by the contractor must be properly guarded and meet applicable OSHA standards. If a piece of equipment needs repair and is determined unsafe by the Mall Manager, the Contractor shall immediately stop using the equipment. Defective equipment shall be repaired or replaced within 72 hours without disruption of the current cleaning requirements. If equipment is not repairable within the 72 hours the contractor shall provide a suitable temporary replacement while repairs are being made.

## MATERIALS AND MATERIAL SAFETY DATA

The Contractor shall not use any material, which the Mall Manager determines would be unsuitable for the purpose or harmful to the surfaces to which applied. **Bleach is a banned product at any Washington Prime Group property, no exceptions. Costs for correcting damage caused by misused materials will be borne by the Contractor. Contractor must meet with Mall Manager and discuss/provide photo documentation of any damage caused by unsuitable material or equipment.**

Contractor shall furnish all Material Safety Data Sheets (MSDS) for any materials supplied by the contractor and used in the performance of this contract and throughout the period of the contract. Materials, equipment, or supplies shall not be used in performance under this contract (or placed or stored on mall property) until Contractor has obtained the applicable Material Safety Data Sheets (MSDS) for all hazardous materials (products containing CAUTION or WARNING labels).

Contractor shall keep MSDS's current in a binder and maintain them in a location accessible to all employees and will advise the Mall Manager of their location. MSDS sheets for Janitorial supplies purchased by Owner will be provided to Contractor and the Contractor will maintain them in the binder. The MSDS will be available for inspection by the Mall Manager on request.

Contractor shall assist in receiving and transporting to the storage area identified by the mall.

Contractor is solely responsible for securely storing, and controlling and inventory of all products.

Contractor will provide an inventory check-in and check-out log to the Mall Manager at the end of each month.

Contractor shall manage supplies used and as required submit a list of supplies to be purchased to the mall manager. No more than a two (2) week inventory on all consumable supplies shall be kept on site at any one time.

## OFFICE SUPPLIES AND UTILITIES

At its sole expense, Contractor shall install private outside business phones, internet service, computers, fax or related office equipment for its use in conducting business.

Contractor or Contractor's employees shall not use mall office telephones in any manner for any personal advantage, business gain or other personal endeavor.

Contractor shall also furnish all office supplies or other equipment required by contractor and needed for the performance of this contract. This shall include all local office supplies, cell phones, computers, internet service, and other office equipment not listed above that may be required to conduct business under this contract. **The cost to provide, install and maintain this equipment shall be part of Contractor's overhead costs.**

## UNIFORMS

Uniforms shall be provided by the contractor.

If Contractor purchases uniforms, Owner agrees to reimburse as cost plus. If the Contractor leases uniforms, then Owner will only reimburse for the monthly cost of said uniforms while the contract is in effect. Uniform costs associated with a lease start up and termination expenses are the sole cost of the Contractor and are not reimbursable.

Uniform shirts shall have the Mall's name, easily identifiable, affixed in a permanent or semi-permanent manner such as a badge or monogram.

The Mall Manager and/or Operations Director must approve the type and grade of uniform and uniform shall be appropriate for their specific property, therefore, uniform specifications should be provided to the Mall Manager for review prior to the inception of the contract.

The Mall Manager and/or Operations Director may elect to provide uniform shirts for the housekeeping department at the sole cost of the owner.

## QUALITY CONTROL PROGRAM

Contractor shall establish a complete quality control program to assure the requirements of the contract are provided as specified.

A point monitoring systems designed to record contractors rounds of the property and services provided. This system shall be digital and web-based for reporting purposes. Points for this system shall be established with the mall manager.

This system will be owned by the contractor and shall be used to both monitor cleaning frequencies of certain mall areas identified by the mall manager, but also as a method to defend mall against certain liabilities due to incidents related to housekeeping duties and responsibilities. The point monitoring system shall include every area of the operation serviced by Contractor, as well as every task required.

A file of all inspections conducted by Contractor and the corrective actions taken. This documentation shall be maintained locally and reviewed with mall management after all on-site inspection made by contractor staff. These inspections shall be made available to the Mall during the term of the contract, and until such time that final payment is made.

A spill cleanup log must be maintained on file for purposes of insurance requirements. This log can be complete using the point monitoring system.

A restroom check log must be maintained on file for purposes of insurance requirements. This log can be complete using the point monitoring system.

**The cost to install and maintain this equipment shall be included in Contractor's overhead costs.**

## ASSOCIATE BENEFITS

- Associate Benefits as required.
- The FTE and PTE employees accepting or receiving any benefits will be identified to Washington Prime Group and specific mall property, once a contract has been accepted by WPG. **Benefit costs will be billed per person, per item, at actual cost, net of any employee contribution. Contractor will provide a list that breaks down benefits for each employee. Contractor will immediately notify mall management when benefit status changes for each employee throughout term of contract.**
- The Patient Protection and Affordable Care Act (PPACA) with amendments made by the Health Care and Education Reconciliation Act (HCERA) was passed March 23, 2010. The U.S. Supreme Court announced its ruling to uphold PPACA June 28, 2012.

- Contractor agrees to:

  - Warrant that all current and future health care coverage legal requirements are met including, but not limited to, PPACA legislation and related regulations subsequently issued.
  - Indemnify and hold WPG harmless for any and all fees, penalties, fines, and costs of any kind related to health care legislation and regulations, including, but not limited to PPACA and related regulations.
  - Defend, indemnify and hold WPG harmless in any claim, suit or other legal action involving contractor's employees arising from or in any way related to contractor's establishment, management, funding, and operation of health care plans for employees at the Mall.
  - Provide detailed plans for compliance with PPACA requirements including, but not limited to, eligibility requirements, measurement/stability period tracking, waiting periods, affordability, mandatory notices and minimum value requirements.
  - Provide WPG with 180 days (or other as desired by WPG) advance notice of any material change in eligibility requirements or affordability status.

- Provide WPG with a detailed explanation of all cost elements included in any health care related charges passed through to the Mall, including but not
- limited to, insurance premiums, expected claims costs (including a description of how developed), PPACA fees (itemized), administrative or other fees paid to third parties (itemized), and any fees charged by the contractor for internal costs (itemized).
- WPG reserves the right to renegotiate contract terms related to benefit costs as the PPACA evolves, with a minimum of 30 day's written notice to Contractor.

## SCOPE OF WORK

### Exhibit C

**NOTE:**  The following scope of work is a general guide of what shall be expected of all housekeeping contractors at any Washington Prime location. However, all scopes should be verified with the property's general manager and operations director for a property specific scope of work and frequencies.

### Common Area Cleaning

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| **Public Entrances** | | | | |
| Spot Clean Glass | 7 and as needed | | | |
| Vacuum Entrance Matting / Carpet | 7 | | | |
| Spot clean entrance matting and carpet | As needed | | | |
| **Public Common Areas** | | | | |
| Empty Trash Replace Liners | 7 and as needed | | | |
| Clean ash receptacles | 7 and as needed | | | |
| Clean | 7 and as | | | |

| directories | needed | | | |
|---|---|---|---|---|
| Clean common area seating | 7 and as needed | | | |
| Clean marketing and advertising stands | 7 and as needed | | | |
| Clean and Sanitize drinking fountains | 7 and as needed | | | |
| Clean neutral piers and columns | 2 | | | |
| Sweep and dust mop common area | 7 | | | |
| Machine scrub mall tile floor | 5 | | | |
| Spot clean mall tile floor | 2 | | | |
| Clean Management office area | 5 | | | |
| Sweep and dust mop all service hallways | 3 | | | |
| Sweep all food service halls | 7 | | | |
| Spot clean service doors | | 2 | | |
| Dust service corridors | | | 1 | |

| | | | |
|---|---|---|---|
| Scrub service hallways | | 1 | |
| Scrub food service hallways | 5 | | |
| Spot mop food service hallways | 2 | | |
| Shampoo and clean carpet areas in mall office, conference rooms, and community rooms | | | 2 |
| Mall carpet cleaning | | | 2 |
| Strip and wax public hallways | | | 2 |
| Clean interior trash Receptacles | | | 2 |
| Clean entrance metal surfaces | | 2 | |
| Detail clean soft seating or common area furniture | 1 | | |
| High dust mall common area and tenant store fronts | | | 2 |
| Detail guest | | 1 | |

| | | | | | Additional Description of Services |
|---|---|---|---|---|---|
| services booth as applicable | | | | | |
| Detail Clean interior landscape planters | | | 1 | | The common area defined as the area of the mall not occupied by tenant or retailer and shall include, but not limited to, |
| Stroller and wheelchair cleaning | | Performed as requested by mall management | | | |
| Elevator cab cleaning | 7 | | | | |
| Escalator surface cleaning | 7 | | | | |
| Escalator detailed step cleaning | | 1 | | | |

restrooms, exterior areas of the mall entrances, solid waste rooms, vending areas, office areas, service hallways, exterior sidewalks, service courts and other areas identified by the mall manager shall be free of obvious dirt, debris, and dust.

Glass surfaces shall be clean and free of smudges.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

Spot clean walls, doors to remove all stains and graffiti.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location.

**Trash will be separated as per the Mall's recycling program.**

**Carpet / Floor / Furniture Cleaning: (As Applicable)**

All carpets/rugs shall be clean, free of spots, gum, crusted material, spillages and removable stains per manufacturer's recommendations. There shall be no evidence of pilling caused by harsh rubbing or brushing. Extractors should be used as required by any warranties.

Contractor will coordinate all carpet, flooring, and furniture cleaning with Mall Manager or designated representative to ensure adequate ventilation is provided during cleaning and drying period.

Where it is necessary for Contractor to move furniture and furnishings, it shall be done with extreme care and furnishings shall be replaced to make the area ready for use.

Carpet shall be protected from soiling or damage on the premises after cleaning.

Any rust stains resulting from Contractor's lack of carpet protection shall be removed at Contractor's expense. If removal of rust stain requires replacement of the carpet, the replacement of the carpet shall be the responsibility and sole expense of the contractor.

Floors shall be slip resistant, free of marks, skipped areas, streaks, and mop strands.

Walls, baseboards, and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform luster. There shall be no build-up of finish in corners or crevices.

All old finish or wax shall have been removed. There shall be no evidence of gum, rust, burns or scuffmarks.

**NOTE: UNDER NO CIRCUMSTANCES SHALL DRY STRIPPING METHODS BE USED. THE CONTRACTOR SHALL COMPLY WITH METHODS PRESCRIBED BY FLOOR MANUFACTURER.**

Floor finishing. Sealant must adhere to the floor. All floor areas must be evenly coated with a slip resistant seal. Spots and stains will be eliminated.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

All stairways including landings, steps, and railings shall be free of dirt, dust, and debris.

Bright metal surfaces shall have a polished and lustrous appearance.

Elevator floor tracks and escalator landings shall be clean and free of cigarette butts, matches, dirt and grime.

Elevator interiors shall be free of dust, debris trash, spills and odor.

Escalator handrails and all surfaces shall be free of dust, dirt and grime.

Escalator steps shall be free of dust, debris, oil and grime.

Properties may or may not own an escalator step cleaning machine. In those cases where none exists, cleaning may need to be performed by hand or contractor may provide an escalator step cleaner as part of the equipment package.

Escalators shall be cleaning in accordance with manufacturers recommendations and shall comply with all local, state, and federal guidelines and as directed by the mall management.

Wastebaskets shall be free of spillage, dust, debris and residue. Plastic liners shall not be torn, worn or contain residue.

All customer convenience equipment including, strollers, play areas, wheelchairs, and motorized scooters shall be free of dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner. Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

Non-Leased Temporary Tenant (RMU) shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Walls, baseboards, and other surfaces shall be free of finished residue and marks from equipment.

Floors shall be free of streaks, mop strand marks and skipped areas.

The finished area shall have a uniform luster and be slip resistant.

Guest Services booths, as applicable. All counters and surfaces shall be clean and free of dust or spills.

Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

High Surfaces shall be clean and free of dust, cobwebs, etc. **Mall will provide lift equipment as needed. Housekeeping personnel will be strictly prohibited from operating lift equipment unless training is provided to those associates by a certified training professional.**

Play areas surfaces shall be clean and sanitized including floors twice a day or as directed by Mall Manager. Only cleaning products provided by the mall shall be used on these surfaces and cleaning shall be performed in accordance with the manufacturer's recommendations. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather damage caused by harsh rubbing, chemicals or brushing. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management.

At properties where a porter service is in place with the tenants, applicable labor and equipment should be included. **Malls performing a porter service for trash will cover this during site visits.**

All floors will be maintained according to best trade practices specific to installed materials.

Floors requiring a finish shall be maintained at a high luster and free of all marks, dirt and debris.

All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Floors shall be slip resistant, free of marks, skipped areas, streaks, and mop strands.

Walls, baseboards, and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform luster. There shall be no build-up of finish in corners or crevices.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

**Common Area Portering**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Remove debris and spills from the common area | 7 | | | |
| Monitor public restrooms | 7 | | | |
| Empty trash and replace liners | 7 | | | |
| Police and spot clean ash urns | 7 | | | |
| Spot clean Directories and marketing advertising stands | 7 | | | |
| Spot clean and police interior landscape planters | 7 | | | |
| Spot clean entrance door glass | 7 | | | |
| Clean and sanitize drinking fountains | 7 | | | |
| Dust and clean all vertical and horizontal surfaces | 7 | | | |
| Spot clean all service doors | 7 | | | |
| Spot clean all | 7 | | | |

| | | | | |
|---|---|---|---|---|
| common area seating | | | | |
| Spot clean guest services booth as directed | 7 | | | |
| Police outside immediate entrance way and sidewalk areas | 7 | | | |
| Police exterior landscape areas for loose and blowing trash. | 7 | | | |

**Additional Description of Services**

The common area defined as the area of the mall not occupied by tenant or retailer and shall include, but not limited to, restrooms, exterior areas of the mall entrances, solid waste rooms, vending areas, office areas, service hallways, exterior sidewalks, service courts and other areas identified by the mall manager shall be free of obvious dirt, debris, and dust.

Contractor shall schedule as required to insure sufficient policing of the mall common area during mall operational hours.

At a minimum, restrooms will be inspected every 30 minutes. This inspections shall be documented by the contractor and a report documenting the inspections shall be provided to mall management upon request.

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

Glass surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

Wash-basins, sinks and mirrors shall be clean and free of dust and dirt

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Trash will be collected as required and removed to a location designated by the Mall. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue.

Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash-basins and toilet stalls.

All plumbing on fixtures shall be free of dust and streaks

Mirrors and glass shall be clean and free of spots and streaks.

Contractor shall use the best efforts to remove stains and gum.

Partitions and walls will be free of obvious dirt, graffiti and dust.

Spot clean walls, doors and stairs/ landings to remove any spillages and graffiti.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

Wood surfaces shall be clean and free of smudges and residue.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Elevator floor tracks and escalator landings shall be clean and free of cigarette butts, matches, dirt and grime.

Elevator interiors shall be free of dust, debris trash, spills and odor.

Escalator handrails and all surfaces shall be free of dust, dirt and grime.

Thresholds shall be clean and free of oil, grease, dirt and grime.

All customer convenience equipment including, strollers, play areas, wheelchairs, and motorized scooters shall be free of dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner.

Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

Non-Leased Temporary Tenant (RMU) shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

Guest Services booths, as applicable. All counters and surfaces shall be clean and free of dust or spills.

Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

Play areas surfaces shall be clean and sanitized including floors twice a day or as directed by Mall Manager. Only cleaning products provided by the mall shall be used on these surfaces

and cleaning shall be performed in accordance with the manufacturer's recommendations. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Interior Common Areas shall be free of all paper, trash and other discarded materials.

Ash receptacles shall be neat and presentable in appearance.

There shall be no evidence of wads of gum, spots of tar, wet areas or other foreign substances on floors.

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management. At properties where a porter service is in place with the tenants, applicable labor and equipment should be included. **Malls performing a porter service for trash will cover this during site visits.**

**Food Court Portering**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Bus tables | 7 | | | |
| Pull and remove trash | 7 | | | |
| Protect and clean all spills | 7 | | | |
| Spot clean all trash receptacles | 7 | | | |
| Spot clean all food court seating | 7 | | | |
| Spot clean and sanitize all table surfaces | 7 | | | |
| Spot clean all interior landscape planters | 7 | | | |
| Spot clean all vertical and horizontal surfaces | 7 | | | |
| Clean and sanitize all drinking fountains | 7 | | | |
| Return FC trays to FC tenants for tenants to clean | 7 | | | |
| Monitor food court restrooms | 7 | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Additional Description of Services**

**NOTE:** Some of Washington Prime properties provide a tray washing program to the food court tenants. This is property specific and the program should be clarified with each property visit if the service will be required by housekeeping contractors

At a minimum, restrooms will be inspected every 30 minutes. This inspections shall be documented by the contractor and a report documenting the inspections shall be provided to mall management upon request.

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

Trash will be collected as required and removed to a location designated by the Mall.

Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Glass surfaces shall be clean and free of smudges.

Spot clean walls, doors to remove all stains and graffiti.

Trash will be collected as required and removed to a location designated by the Mall.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

Collection of food court trays to be returned to the tenants. Tenants are responsible for cleaning the food court trays.

Bussing tables

Responding to spills in the food court. Protecting the spill so to not allow mall guest to slip on the spill and cleaning the spill and then dry mopping the floor to insure a dry surface before allowing access to the area.

## Food Court Cleaning

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Empty Trash and Replace Liners | As Required | | | |
| Clean and sanitize food court chairs | 7 | | | |
| Clean and sanitize food court tables | 7 | | | |
| Clean outside surfaces of all trash receptacles | 7 | | | |
| Move food court table for floor scrubbing | 1 | | | |
| Dust mop and sweep food court floor | 7 | | | |
| Return furniture to specific locations | 7 | | | |
| Clean and vertical and horizontal surfaces | 7 | | | |
| Clean and sanitize food court trash receptacles both inside and out | | 1 or as required | | |
| Scrub food court walks ways | 6 | | | |
| Spot mop food court seating | 6 | | | |

| | | | | |
|---|---|---|---|---|
| area flooring | | | | |
| Scrub 100% of food court floor | 1 | | | |
| Clean and sanitize food court table bases | | 1 | | |
| High dust food court area to include tenant store fronts | | | 1 or as needed | |
| Collection of food court tray and return to tenants for washing. | 7 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Additional Description of Services

Glass surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

All floors will be maintained according to best trade practices specific to installed materials. All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue. The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Surfaces shall be free of smears, stains and finger marks. They shall be clean, bright and polished to a uniform luster.

The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry. No dirt shall be left in corners, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

Entrance Matting and Carpets will be free of spots and stains, and shall be clean and free of dirt and debris.

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Bright metal surfaces shall have a polished and lustrous appearance.

High surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. **Mall will provide lift equipment as needed. Housekeeping personnel will be strictly prohibited from operating lift equipment unless training is provided to those associates by a certified training professional.**

Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

Seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. **Any damages should be immediately reported to Mall Manager along with photo documentation.**

Housekeeping associate shall be responsible for collecting food court trays and returning them to the food court tenants for washing. Discuss this will mall management during the visit to clarify contractors full responsibility.

Once per week, at a minimum the food court furniture will be relocated and the entire floor area scrubbed and with degreaser and disinfectant. This may need to be done more often and the frequency will be left to the mall management. The contractor shall be responsible for providing a food court with a clean floor.

Food Court table will need to be cleaned at a minimum of once per month. This shall consist of a thorough cleaning of the entire table and base and the removal of any gum or other forgiven object.

**Restroom Cleaning**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Sweep and mop restroom floor | 7 | | | |
| Clean mirrors | 7 | | | |
| Spot clean partitions | 7 | | | |
| Clean and sanitize sinks | 7 | | | |
| Clean and sanitize toilets and urinals | 7 | | | |
| Clean and refill soap dispensers | 7 | | | |
| Refill all toilet dispensers. Clean and sanitize dispensers | 7 | | | |
| Clean and sanitize hand driers | 7 | | | |
| Refill all hand towel dispensers. Clean and sanitize dispensers | 7 | | | |
| Replenish all restroom supplies as required | 7 or as required | | | |
| Clean hardware under the sink area | 1 or as required | | | |

| | | | | |
|---|---|---|---|---|
| Dust vents and ceiling fixtures | 1 or as required | | | |
| Clean and sanitize all stall partitions | 1 | | | |
| Clean and sanitize and trash receptacles | 1 | | | |
| Clean and sanitize all wall and door surfaces | 1 | | | |
| Machine scrub and sanitize restroom floor | 1 or as required | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Description of Services**

Toilet supplies shall be replenished as needed to maintain an adequate supply at all times. Owner is responsible for installing paper towel, toilet paper, toilet seat cover dispensers and sanitary napkin dispensers. The placement of the dispensers shall be at the discretion of the Mall Manager or designated representative.

**All sanitary napkin disposal containers shall be provided with a wax liner any subcontract required for disposal should be included in this contract and must be identified in this contractor proposal.**

Contractor will be responsible for maintaining and servicing all dispensers, deodorizers for each restroom.

Restrooms will be cleaned and sanitized with a disinfectant cleaner in a manner to keep restrooms free of odors.

Glass and mirror surfaces shall be clean and free of smudges.

Furniture shall be free of obvious dust, dirt, spots and debris.

Wash-basins and sinks shall be clean and free of dust, dirt and encrustation.

Spot clean walls, doors, and floors to remove all stains.

Floors will be clean and sanitized with a disinfectant cleaner and free of dust, dirt, debris or bacteria. Contractor shall use the best efforts to remove stains and gum.

All floors will be maintained according to best trade practices specific to installed materials. Floors requiring a finish shall be maintained at a high luster and free of all marks, dirt and debris. All surfaces regardless of the material shall be cleaned and ready before the arrival of any building occupant.

Drinking fountains will be cleaned to be free of water marks, and maintained at a high level of sanitation. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris. Plastic liners for all trash, debris and recycling containers shall not be visible, torn, worn, or contain residue. The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

Fixtures will be free of dust, streaks and encrustation.

Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash-basins and toilet stalls.

All plumbing on fixtures shall be free of dust, streaks and encrustation.

Partitions and walls will be free of obvious dirt, graffiti and dust.

Spot clean walls, doors, radiators, and stairs/ landings to remove any spillages and graffiti.

Bright metal surfaces shall have a polished and lustrous appearance.

The stainless steel surfaces shall be clean and free of dust, spots, stains and streaks.

Thresholds shall be clean and free of oil, grease, dirt and grime.

There shall be no build-up of dirt or floor finish in corners or crevices floors

Grout lines should be free of stains, discoloration, gum and dirt.

All dispensers shall be filled with Mall provided supplies; soap must be compatible with the provided dispenser. Waste receptacles shall be emptied. Sanitary napkin receptacles shall be emptied, disinfected and a new bag inserted.

Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry.

Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

Wood surfaces shall be clean and free of smudges and residue.

**Exterior Cleaning**

| Procedure | Frequency per Week | Frequency per Month | Frequency per Quarter | Frequency per Year |
|---|---|---|---|---|
| Sweep Service Court Areas | 7 | | | |
| Removal all debris from curb line to building | 7 | | | |
| Police sidewalks and entrances | 7 | | | |
| Police landscape planters and immediate entranceways | 7 | | | |
| Clean and sanitize exterior seating areas | 7 | | | |
| Clean exterior trash receptacles | 7 | | | |
| Pressure washing of concrete and other services | 1 or as required | | | |
| | | | | |
| | | | | |
| | | | | |

**Additional Description of Services**

Trash will be collected as required and removed to a location designated by the Mall.

Trash cans shall be emptied as needed and kept clean and free of dirt, stains, and debris.

Plastic liners shall be used for all trash receptacles Liners for trash cans shall be provided by the owner.

The Mall is responsible for any and all cost for removing trash and recycling off property from the designated location. **Trash will be separated as per the Mall's recycling program.**

All stairways including landings, steps, and railings shall be free of dirt, dust and debris.

Exterior benches and seating shall be clean, free of spots, gum, crusted material, spillages and removable stains.

**Any damages should be immediately reported to Mall Manager along with photo documentation.**

Ashtrays shall be free of residue, streaks and spots.

Drinking fountains will be cleaned to be free of water marks, and any other debris or encrustation. Drinking fountains shall be maintained at a high level of sanitation.

Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

High surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. Access to lifts provided by mall.

Concrete surfaces and sidewalks shall be free of string, gum, grease, tar, graffiti, etc., and present an overall appearance of cleanliness.

Housekeeping associate may be responsible for portions of the exterior of the property such policing the parking lot and other grassy areas on certain days of the week. Each property will provide exterior duties and specifics during the visits.

## ADDITIONAL CONTRACTOR REQUIREMENTS

Report fires and hazardous conditions to Mall Management and Security immediately.

Lock rooms in secure areas after cleaning and return keys to designated office as instructed by mall management or security.

Sign out and return keys, two-way radios and other items identified and directed by mall management.

Turn in lost and found articles to the Mall Office or other location as directed by mall management.

Notify Mall Management/Security when an unauthorized or suspicious person is seen on the premises.

Any items in need of repair that are discovered during performance of duties are to be reported to the Mall Manager.

Assistance in snow removal efforts and the application of salt/brine, where applicable, will be covered under this contract or as noted in scope of service. These services will be on an as needed basis and should be considered on call and part of the scheduled labor hours.  Mall management will provide notice to contractors on site supervision when services are required.

Entry mat systems will be installed and removed immediately prior to and directly after the snow season, as applicable or as instructed by mall management.

Clean wheelchairs, strollers, and/or any other rental unit defined by mall management as needed.

Any other work related to the custodial or maintenance of the property as directed by mall management.

**Exhibit D**

**Service Pricing**

**Insert Pricing and Equipment Sheets Here.**

EXHIBIT "E"

Paragraph 6.2 Certification Letter

[Owner]

_____

_____

Attn: _____

RE:    Certification of Compliance

Dear Sir or Madame:

Pursuant to Paragraph 6.2 of that certain Housekeeping Contractor Service Agreement dated _____, between [Owner] and [Contractor] (the "Contract"), the undersigned hereby certifies as follows:

To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractor has conducted appropriate criminal background and reference checks of all personnel assigned to work at the Shopping Center. Contractor represents and warrants that it has conducted all criminal background and reference checks in a lawful manner. Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed, for each Contractor employee that works at the Shopping Center (hereinafter referred to as an "Employee") and the I-9 Form for each Employee is maintained by Contractor as required by law.

Sincerely,

[Contractor]


EXHIBIT

| SERVICE AGREEMENT STANDARD Form 931W (Rev. 1.12.2015) | Shopping Center Name (Shopping Center) Cottonwood Mall | Corp # 0549 | GL Account 394210 | Sub-Account 341 | Sub-Ledger |
|---|---|---|---|---|---|
| | Location (City, State, Zip) Albuquerque, NM 87114 | | 504310 | 341 | |
| | | | 507210 | 341 | |
| | Type of Service Shopping Center Janitorial Services | | | | 09/15/2016 |

| CONTRACTOR | OWNER |
|---|---|
| Legal Name Blue Chip Facility Services, Inc | MALL AT COTTONWOOD, LLC, a delaware limited liability comny By WASHINGTON PRIME GROUP, L.P., an Indiana limited partnership, Its sole member, By: WASHINGTON PRIME GROUP, INC., an Indiana corporation Its general partner |
| Trade Name/DBA Blue Chip Facility Services | |
| Principal Office Address 7250 Edington Drive | Principal Office Address 10000 Coors Blvd NW. |
| City, State, Zip Cincinnati, Ohio 45249 | City, State, Zip Albuquerque, NM 87114 |
| Business Phone 513-661-2099   Business Fax 513-661-3698 | Business Phone 505-897-9571   Business Fax 503-897-6376 |
| Direct all invoices to: Cottonwood Mall Mailstop ID-0549 Salt Lake City UT 84131-0917 | |

In consideration of the mutual promises, covenants and agreements set forth, it is agreed by and between the parties as follows:

| 1. Length of Agreement (Days, Months, Years) 3 Years | Agreement Commencement Date 09/16/2016 | Agreement Ending Date 09/16/2016 |
|---|---|---|

2. Payment Schedule  ☒ Detailed in Exhibit "A"    ☐ Upon Completion

3. Subtotal: Freight/Shipping: Sales Tax: Total Contract Cost: $1,025,380.00

4. Scope of Services (Detail on Exhibit "A" if more space is required.) See Exhibit A

5. **Contract Term.** The term of this Agreement shall commence on the Agreement Commencement Date and shall continue in full force and effect until the Agreement Ending Date, unless sooner terminated as herein provided. Notwithstanding anything herein to the contrary, Owner may at any time during the term hereof, elect to terminate this Agreement without cause by providing Contractor with thirty (30) days advance written notice. If this Agreement expires or is terminated by Owner, and Contractor thereafter continues to furnish services or materials to Owner, such provision of services shall be subject to all of the terms and conditions of this Agreement.

6. **Payment.** Owner shall pay Contractor for all services, labor, materials and equipment furnished hereunder (the "Services") according to the Total Contract Cost and Payment Schedule set forth herein and in Exhibit A attached hereto. In order to receive payment hereunder, Contractor shall furnish Owner with an itemized statement of all charges for which payment is sought, including sales and use taxes paid. Contractor shall also furnish Owner with vouchers, receipts, affidavits, proof of payment of sales or use taxes, and any other proof which may reasonably be requested or required by Owner in order to support Contractor's charges for labor and material furnished by subcontractors and suppliers. Contractor shall also furnish lien waivers from subcontractors and suppliers. In no event shall Contractor be entitled to receive payment for any item of service or materials hereunder unless and until Contractor first has paid its laborers, subcontractors, materialmen and suppliers for all Services.

7. **Excusable Delay; Changes in Services; Assignment Prohibited; Separate Contracts.** All Services to be performed and furnished by the Contractor hereunder shall be performed and furnished according to the schedule set forth in Exhibit A, provided however, that Contractor shall not be liable for reasonable delays in performance due to inclement weather, unavoidable casualties, acts of God, or shortages of materials. The terms and conditions of this Agreement shall control in the event of a conflict with terms and conditions in Exhibit A or any other attachment. It is further understood and agreed by the parties that any additional services, labor, materials or equipment which the parties may deem necessary shall be furnished only upon written proposal and bid submitted by Contractor in advance and advance written approval thereof by Owner. Likewise, any deletions of scheduled Services may be made only upon written recommendation by Contractor in advance and with advance written approval thereof by Owner.

Additional services, if any, shall be paid for at the price and schedule agreed upon by the parties in writing. Contractor shall be entitled to receive payment only for services approved and agreed upon by Owner in writing, in advance, and actually performed and rendered according to the terms and conditions herein provided. Contractor shall not assign this contract, or its right to payment hereunder, to any other party without Owner's prior written consent, and Contractor shall not delegate any of its duties hereunder, except to subcontractors expressly approved by Owner in writing in advance. Contractor shall be liable and responsible for the services, acts and omissions of any and all subcontractors. Contractor will cooperate with any other contractors engaged by Owner.

8. **Contractor's Warranty and Liability.** Contractor warrants and represents that it is licensed and certified to do business in the state in which the Shopping Center is located. Contractor warrants and agrees that all materials used and furnished hereunder will be of good quality and suitable for the purpose furnished and that all labor will be done in a competent and workmanlike manner. Contractor shall repair, correct and remedy any defect or deficiency in workmanship and shall replace any defective or unsuitable materials, fixtures or equipment used, installed or placed in or upon the Shopping Center, provided that Owner gives Contractor written notice of any such defect or deficiency in workmanship within one (1) year after such Services have been completed. Contractor shall assign any manufacturers' warranties of duration greater than one (1) year to Owner. Contractor shall be liable for any injury or damage to the Shopping Center or any person or property thereon caused by Contractor or its employees or subcontractors in the performance of the Services. Contractor shall defend, indemnify and hold Owner Parties (hereinafter defined) harmless from any loss, cost, damage, liability or other expense whatsoever that Owner may suffer or incur as the result of a breach of this Agreement or due to a failure of materials and workmanship to be as warranted.

Contractor's warranty shall extend to and cover all services, labor and materials furnished by subcontractors, laborers, materialmen and suppliers, and Contractor shall be responsible to Owner in all respects for the services of any subcontractors or laborers and the materials furnished by any materialmen or suppliers. Contractor shall comply with and assume financial responsibility for all applicable federal, state, and local laws (including tax laws), ordinances and governmental regulations in the performance of the Services.

9. **Termination of Agreement; Default.** In addition to the other rights granted to Owner hereunder, Owner shall have the right to terminate this Agreement for cause, by giving written notice to Contractor if Contractor: (a) should die, attempt to assign this Agreement or become insolvent; or (b) should seek bankruptcy protection, make a general assignment for the benefit of its creditors, or if a receiver should be appointed on account of Contractor's insolvency; or (c) should fail to supply sufficient properly skilled workmen or sufficient and/or proper materials to perform the Services; or (d) should fail to make prompt payment to subcontractors or for materials or labor; or (e) should fail to obtain or maintain any of the insurance coverages required hereunder; or (f) should fail to comply with laws, ordinances or the instructions of Owner, or (g) should otherwise breach or violate any provision of this Agreement, for which termination shall be effective immediately upon the giving of such notice by Owner to Contractor.

Service Agreement Standard (rev 1.12.2015)

Page 1 of 3

Notwithstanding such termination of this Agreement, Owner shall also have, and hereby reserves, the right to recover damages, including, without limitation, consequential and incidental damages, from Contractor for any loss suffered by Owner as a result of any breach or default by Contractor hereunder. Failure or forbearance by Owner to terminate this Agreement upon the occurrence of any breach or violation hereof by Contractor for any other event of default shall not constitute a waiver by Owner of such breach, violation or default on that occasion or upon the occurrence of a similar breach or violation upon a future occasion. If Owner is required to bring or defend any action arising out of this Agreement, or to enforce or defend the provisions hereof, Owner shall recover its reasonable attorney's fees and costs from Contractor.

**10.  Risk of Loss.** All Services performed by Contractor hereunder shall be done and performed solely at Contractor's own risk, and it is understood and agreed by the parties that Contractor is an independent contractor and not an agent or employee of Owner.

**11.  Indemnity.** (a) To the fullest extent permitted by applicable law, Contractor shall, at Contractor's sole cost and expense, defend, indemnify, and hold harmless Owner, Owner's managing agent, Simon Property Group, Inc., Simon Property Group, L.P., Washington Prime Group, L.P., and their respective officers, directors, shareholders, members, partners, parents, subsidiaries and any other affiliated or related entities, managers, agents, servants, employees, and independent contractors of those persons or entities ("Owner Parties") from and against any and all claims, liabilities, obligations, losses, penalties, actions, suits, damages, expenses, disbursements (including legal fees and expenses), or costs of any kind and nature whatsoever ("Claims") for property damage, bodily injury and death brought by third-parties in any way relating to or resulting, in whole or in part, from Contractor's (and its subcontractors' and employees') performance of alleged failure to perform the Services or any other breach of this Agreement.

(b) The indemnity set forth herein will apply regardless of the active or passive negligence or joint, concurrent, or comparative negligence of any of the Owner Parties and regardless of whether liability without fault or strict liability is imposed or sought to be imposed upon any of the Owner Parties, except to the proportional extent that a final judgment of a court of competent jurisdiction establishes under the tort principles of the state where the Shopping Center is located that a Claim was proximately caused by the sole negligence or intentional wrongdoing of an Owner Party; provided, however, that in such event the indemnity will remain valid for all other Owner Parties.

(c) To the fullest extent permitted by applicable law, Contractor shall defend, indemnify and save Owner Parties harmless from any and all Claims that may be brought against Owner Parties by any employee, subcontractor, representative or agent of Contractor, or any legal representative or successor of any of them, in any way arising out of or incident to Contractor's performance or alleged failure to perform the Services or any other breach of this Agreement, irrespective of whether such acts are brought about by the negligence or fault of Owner Parties or anyone for whose acts Owner Parties may be liable.

(d) The provisions of this Section shall survive the expiration or earlier termination of this Agreement until all Claims involving any indemnified matter are fully and finally barred by the applicable statute of limitations.

**12.  Insurance.** Contractor shall, at all times during the term of this Agreement and any extensions, at Contractor's sole cost and expense, obtain and maintain the following policies of insurance, naming the Owner Parties as "additional insureds", which shall provide the Owner Parties any additional insureds with respect to liability arising out of Contractor's ongoing and completed operations. Contractor shall provide notice to Owner immediately upon receipt of any notice received by the Contractor from its insurance carrier advising of non-renewal or cancellation of the policies required under this Agreement.

All policies of insurance required of Contractor under this Agreement shall be obtained from reputable insurers licensed to do business in the state where the Shopping Center is located and have an A.M. Best rating of at least A-VII. A copy of each insurance policy or a legally enforceable Certificate of Insurance on all insurance policies required of Contractor under this Agreement shall be provided by Contractor to Owner promptly on or before the Agreement Commencement Date. Any insurance provided by Owner Parties shall be strictly excess, secondary and non-contributory of the insurance coverage provided by Contractor.

(a)  **Commercial General Liability** – with a limit of not less than $2,000,000 ($5,000,000 if any portion of the Services to be performed by Contractor hereunder involves or affects in any way the roof of the Shopping Center) for each occurrence and a $2,000,000 ($5,000,000 if any portion of the Services to be performed by Contractor hereunder involves or affects in any way the roof of the Shopping Center) general aggregate limit.

(i)  An endorsement that includes property damage coverage for property in the care, custody or control of the Contractor.

(ii)  In the instances where Contractor's services include the use of "pollutants" as defined by the General Liability Policy, the policy must include an endorsement removing the absolute pollution exclusion and adding broadened pollution coverage for bodily injury and property damage resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" as defined by the General Liability policy, and providing coverage on behalf of the "additional insured", including ongoing and completed operations.

(b)  **Commercial Automobile Liability** – in the amount of $1,000,000 combined single limit for bodily injury and property damage, covering all owned, non-owned, or hired automobiles used in the course of the Contractor's business.

(c)  **Workers' Compensation** – in compliance with any and all statutes requiring such coverage in the state where the work is being performed.

(d)  **Employer's Liability** – in a minimum amount of $1,000,000 each accident, $1,000,000 each employee, $1,000,000 policy aggregate.

(e)  Such other insurance as may be required from time to time by Owner.

**13.  Waiver of Lien.** Contractor, for itself and for all subcontractors, materialmen, laborers, mechanics, materialmen and suppliers, does hereby waive the right to hold, claim, assert, file or enforce any mechanic's lien or materialmen's lien or any right whatsoever against the Shopping Center or the building and improvements located therein, or the real estate upon which the Shopping Center is located. Neither Contractor nor any subcontractor, mechanic, laborer, materialman, supplier or any person, firm or corporation, for any cause whatsoever, shall have any right to hold, claim, assert, file or enforce any mechanic's lien or materialmen's lien against the Shopping Center for any services, labor, materials, or equipment furnished therein. Contractor shall not cause, suffer or permit any mechanic's lien or materialmen's liens to be filed against the Shopping Center or any buildings or improvements therein or the real estate upon which the same is located and Contractor shall indemnify and hold Owner and the real estate, buildings and improvements harmless from and against any such liens for labor and materials.

**14.  Limitation of Liability.** Anything to the contrary herein contained notwithstanding, there shall be absolutely no liability on persons, firms or entities other than Owner with respect to any of the terms, covenants, conditions and provisions of this Agreement and Contractor shall, subject to the rights of any first mortgage, look solely to the interest of Owner or its successors and assigns, in the Shopping Center for the satisfaction of each and every remedy of Contractor in the event of default by Owner hereunder, such exculpation of personal liability is absolute and without any exception whatsoever.

**15.  Intellectual Property.** The parties expressly recognize that Contractor's Services rendered to Owner under this Agreement and all work product resulting therefrom ("Work Product") have been specially ordered and commissioned by Owner as a contribution to a collective work, supplemental work or such other category of work as may be eligible for treatment as a "work made for hire" as that term is defined in the Copyright Act, 17 U.S.C. § 101 et seq.  Owner and/or Washington Prime Group, L.P., and/or its affiliates shall be deemed the sole author of the Services and Work Product, their contents and any work embodying or derived from any portion of the Services and Work Product, and their attendant intellectual property rights.

**16.  Binding Effect; Entire Agreement.** This Agreement shall be binding upon and inure to the benefit of the respective heirs, successors, assigns and personal representatives of the parties, subject however, to the restriction upon assignment by Contractor as hereinabove set forth in Section 7. Owner expressly limits its acceptance to the terms contained in this Agreement, including any Exhibits that are expressly referenced and incorporated herein pursuant to Section 25, and objects to and rejects any additional or different terms outside of pricing and scope of services that may be set forth by Contractor in any other attachments hereto. This Agreement contains the entire agreement between the parties and cannot be modified or amended without a written agreement executed by both of the parties.

**17.  Venue; Choice of Law.** This Agreement shall be governed by the laws of the state in which the Shopping Center is located without giving effect to conflict of law provisions. Any action, suit or proceeding relating to, arising out of or in connection with the terms, conditions and covenants of this Agreement may be brought by Owner against Contractor in any state or federal court of competent jurisdiction in Marion County, Indiana and Contractor consents to the laying of venue in such court. Contractor hereby irrevocably and unconditionally waives any objection to the laying of venue in any such court and any claim that such court is an inconvenient forum. To the extent permitted by applicable law, Contractor hereby waives trial by jury in any action, proceeding or counterclaim brought by either party against the other on any matter whatsoever arising out of or in any way connected with this Agreement.

**18.  Confidentiality.** Contractor agrees to hold the terms of this Agreement and all proprietary information it obtains from or about the Owner Parties in connection with this Agreement in the strictest of confidence, not to use such information other than for the performance of its obligations under this Agreement, not to use the names, trademarks or logos of Owner Parties in any sales or marketing publications or advertisements without the prior written consent of the relevant Owner Party, and to cause its employees, agents, and consultants to be bound by the same obligation of confidentiality.

**19.  Interpretation.** This Agreement represents the result of bargaining and negotiations between the parties and is the result of combined draftsmanship. The terms and conditions hereof shall be interpreted and construed in accordance with their usual and customary meanings and the parties hereby expressly waive and disclaim any rule of law or procedure requiring otherwise, including but not limited to any rule of law to the effect that ambiguous or conflicting terms or conditions shall be interpreted or construed against the party whose counsel prepared this Agreement or any earlier draft hereof.

**20.  Set Off.** Owner shall be entitled to deduct from or set off against any sums payable to Contractor under this Agreement: (a) any amount expended by the Owner exercising Owner's rights under this Agreement to perform any of the Contractor's obligations that the Contractor has failed to perform; (b) any damages, costs or expenses incurred by the Owner as a result of the failure of Contractor to perform any of its obligations under this Agreement; and/or (c) any other amount owing from Contractor to Owner under this Agreement or otherwise.

Service Agreement Standard (rev 1.12.2016)    Page 2 of 3

21. Notices. All notices required or permitted by this Agreement may be delivered to the addresses for Contractor and Owner set forth above (or such other address hereinafter designated) by U.S. Mail, registered, return receipt requested (in which case, they shall be deemed to have been received three (3) days after deposit in the U.S. Mail), or by recognized overnight courier service (in which case they shall be deemed delivered on the date of the courier service's proof of delivery). Time is of the essence with respect to performance of every provision of this Agreement.

22. Severability. The parties agree that if one or more provisions of this Agreement is determined to be invalid, illegal and/or unenforceable in any respect, said provision shall be considered void to the extent of such invalidity, and all remaining provisions nevertheless shall remain effective and binding on the parties and the validity, legality and enforceability thereof shall not be affected or impaired thereby.

23. Waiver of Subrogation. Contractor and all parties claiming, by, through or under Contractor hereby releases and discharges Owner from all claims and liabilities arising from or caused by any casualty or hazard covered or required hereunder to be covered in whole or in part by Contractor's insurance or in connection with Contractor's activities conducted at the Shopping Center, and Contractor waives any right of subrogation which might otherwise exist in or accrue to any person on account thereof and further agrees to evidence such waiver by endorsement to the required insurance policies.

24. Audit. (a) No acceptance of any account stated, invoice, billing statement or payment tendered by Owner shall be construed as either an accord and satisfaction that the amount claimed to be due from Owner is in fact the correct amount or as a release or waiver of any claim that Owner may have to dispute the billing, the adequacy of the Services or for reimbursement of excess payments.

(b) Owner or authorized employees, agents or representatives of Owner (including a third-party auditor or firm) shall have the right to interview personnel and inspect, examine, copy and audit the books and records of Contractor relating to the Services and all associated work, costs and expenses. Contractor shall, for a period of three (3) years following the date of any final payment made by Owner for any goods or services provided pursuant to the Agreement, keep and preserve at all times at the Contractor's business all documents and records (whether in written or electronic format) that pertain in any way to the Agreement, including, without limitation, records related to bidding (including but not limited to bids by Contractor, subcontractors and material suppliers), invoices and receipts for material and services from subcontractors, material suppliers or other vendors, payroll records (including, without limitation, employee work schedules and payroll records) and full, complete and accurate books of account. Any such audits shall be conducted within three (3) years following the date of any final payment made by Owner for any goods or services supplied pursuant to the Agreement, and shall take place during Contractor's normal business hours (or as otherwise may be agreed), upon not less than seven (7) days prior written notice.

(c) To the extent this Agreement is based, in whole or in part, on time and materials, or cost plus or such other similar arrangement, the purpose of the audit shall be to verify compliance with the Agreement and the accuracy of amounts charged by Contractor for any goods or services provided pursuant to the Agreement, and all amounts billed or paid shall be subject to audit. If such audit discloses that Contractor has overcharged Owner or that Owner has paid any excess amount, Contractor shall pay Owner, upon demand, the amount of any excess payment or, if payment has not been made, revise any account statement, invoice or billing to reflect the correct amount owed. If, as a result of such audit, it is revealed that Owner has been overbilled or overpaid amounts owed by one percent (1%) or more, then, in addition to making full repayment of the amount of the overpayment, Contractor shall reimburse Owner for the cost of the audit.

(d) Only to the extent this Agreement is based on a lump sum or fixed sum or other similar arrangement, the purpose of the audit shall be to determine compliance with the Agreement, including, without limitation, any and all requirements for deliverables, approved plans and specifications, and any provisions regarding pricing of any change orders.

25. Background Checks; Compliance Certification. To the extent permitted by applicable federal, state and local law (including, but not limited to, the federal Fair Credit Reporting Act and Americans with Disabilities Act), Contractors shall conduct appropriate criminal background and reference checks of personnel assigned to work at Owner's property. Contractor represents and warrants that it will conduct any criminal background or reference checks in a lawful manner.
Contractor represents and warrants that, an Employment Eligibility Verification (commonly known as an I-9 Form), issued by the U.S. Citizenship and Immigrations Services, has been properly completed and will be maintained for each Contractor employee that works at the Shopping Center. Contractor will certify to Owner that it has complied with the obligations in this paragraph. Contractor will provide this certification upon request by Owner but, in any event, will provide a certification letter to Owner within 30 days following the effective date of any contract and, subsequently, in January of each year.

26. The following Exhibits are incorporated herein by reference: (List attached Exhibits, including letter or number designation and heading, if any.)
    Exhibit A
    Exhibit B

Ethical Practices. Owner maintains a Fraud Hotline (1-866-388-4972) to enhance our commitment to ensuring that business conducted with the Company is done so in a lawful and ethical manner. The Fraud Hotline is manned 24 hours a day, seven days a week by a communications specialist employed by an outside company. All communications will be addressed promptly and professionally, and without retribution.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the day and year first above written.

"Owner"                                                    "Contractor"

MALL AT COTTONWOOD, LLC, a delaware limited liability company      Blue Chip Facility Services, Inc.
By: WASHINGTON PRIME GROUP, LP., an Indiana limited partnership,
its sole member, By: WASHINGTON PRIME GROUP INC., an Indiana
corporation its general partner

BY: _____          By: _____
Printed: AARON THERIAULT             Printed: DAVID P HARMON
Title: OPERATIONS DIRECTOR  Date: 9/22/2015   Title: GM.              Date: 9/14/15

Service Agreement Standard (rev 1.12.2016)                                           Page 3 of 3

**EXHIBIT 'A' PROGRESS PAYMENT**
Form 95 PP (Rev. 10/2013)

Agreement Reference: 2016 – 2018 Janitorial Service Agreement Blue Chip Facility Services

Scope of Services:

## SECTION 3, PART 2 EXHIBIT 3
## CLEANING QUALITY REQUIREMENTS

**BRIGHT METAL POLISHING:** Bright metal surfaces shall have a polished and lustrous appearance.

**CARPET/RUG SHAMPOOING:** All carpets/rugs shall be clean, free of spots, gum, crusted material, spillages and removable stains per manufacturer's recommendations. There shall be no evidence of pilling caused by harsh rubbing or brushing. Extractors should be used as required by any warranties.

**CARPET SPOT CLEANING:** Build-up, spillages or crusted material shall have been removed along with spots, smears and stains. There shall be no evidence of pilling caused by harsh rubbing or brushing of carpet. Cleaned areas shall blend with adjacent areas.

**CLEANING ASH RECEPTACLES, AND PLANTERS:** Cigarette butts, matches and other discarded material shall be removed from the receptacles, planters. These areas shall be wiped so that they are free of dust, debris, ashes, odors, tar and other materials.

**CLEANING DRINKING FOUNTAINS:** The porcelain or stainless steel surfaces shall be clean and free of dust, spots, stains and streaks. Drinking fountains shall be kept free of trash, ink, coffee grounds, etc., and nozzles free from encrustations.

**CLEANING ELEVATORS/ESCALATORS:** Elevator floor tracks and escalator landings shall be clean and free of cigarette butts, matches, dirt and grime. Elevator interiors shall be free of dust, debris trash, spills and odor. Escalator handrails and all surfaces shall be free of dust, dirt and grime. Escalator steps shall be free of dust, debris, oil and grime. Properties may or may not own an escalator machine. In those cases where none exists, cleaning may need to be performed by hand.

**CLEANING FLOOR MATS:** Stored mats shall be dry, clean and free of dirt, grime, gum, stains and any build-up and crusted material.

**CLEANING TELEPHONE AREAS:** Vertical and horizontal surfaces shall be clean and free of dirt, streaks and spots.

**CLEANING THRESHOLDS:** Thresholds shall be clean and free of oil, grease, dirt and grime.

**CLEANING WASTEBASKETS:** Wastebaskets shall be free of spillage, dust, debris and residue. Plastic liners shall not be torn, worn or contain residue.

**CUSTOMER CONVENIENCES – STROLLERS/ PLAY AREAS / WHEELCHAIRS :** All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces utilizing a sanitizing cleaner. Seating surfaces shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather/vinyl damage caused by harsh rubbing, chemicals or brushing.

Page 1 of 10

**DAMP MOPPING AND SPRAY BUFFING**: Floors shall be slip resistant, free of marks, skipped areas, streaks and mop strands. Walls, baseboards and other surfaces shall be free of splashing and markings from the equipment. The finished area should have a uniform lustre. There shall be no build-up of finish in corners or crevices.

**DAMP WIPING**: All dirt, dust, water stains, spots, streaks and smudges shall be removed from the surfaces.

**DUSTING**: There shall be no obvious dust streaks. Temporary Tenant (RDP) carts, corners, crevices, moulding and ledges shall be free of all obvious dust. There shall be no oils, spots or smudges on desk glass or dusted surfaces.

**FINISHING**: Walls, baseboards and other surfaces shall be free of finished residue and marks from equipment. Floors shall be free of streaks, mop strand marks and skipped areas. The finished area shall have a uniform lustre and be slip resistant.

**FIXTURE CLEANING**: Wash basins shall be clean and bright; there shall be no dust, spots, stains, rust, green mold, encrustation or excess moisture. Bright metal surfaces shall have a polished and lustrous appearance. Grout lines should be free of stains, discoloration, gum and dirt.

**GLASS CLEANING**: Glass shall be clean and free of dirt, dust, streaks, watermarks, spots and grime, and shall not be cloudy.

**GUEST SERVICE CENTER / BOOTH:** All counters and surfaces shall be clean and free of dust or spills. Glass and carpet/rugs shall be cleaned in accordance with detailed specifications as further detailed in this document.

**HIGH CLEANING**: Surfaces shall be clean and free of dust, cobwebs, etc. Where glass is present, both sides shall be clean and free of streaks. Any special lifts required should be considered.

**PLAY AREAS**: Clean and sanitize all surfaces including floors twice a day or as directed by Mall Manager. Any damages should be immediately reported to Mall Manager along with photo documentation.

**POLICING**: Interior Common Areas shall be free of all paper, trash and other discarded materials. Ash receptacles shall be neat and presentable in appearance. There shall be no evidence of wads of gum, spots of tar, wet areas or other foreign substances on floors.
Drinking fountains and glass surfaces shall present a clean appearance.

**POLICING (GROUNDS):** Exterior areas, stairwells and service tunnels, shall be free of all paper, gum, trash, empty bottles, spills and other discarded material. Empty trashcans if full, and replace plastic bag if used. Smoking urns shall be cleaned and cigarette butts and debris discarded.

**POLISHING**: Surfaces shall be free of smears, stains and finger marks. They shall be clean, bright and polished to a uniform lustre.

**RECYCLABLE MATERIALS**: Materials in containers earmarked for recycling shall be removed and placed in an area designated by Mall Management. Recyclable materials shall not be mixed with trash.

**SERVICING**: All dispensers shall be filled with Mall provided supplies; soap must be compatible with the provided dispenser. Waste receptacles shall be emptied. Sanitary napkin receptacles shall be emptied, disinfected and a new bag inserted. Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.

**SOFT SEATING**: Soft seating shall be clean, free of spots, gum, crusted material, spillages and removable stains. There shall be no evidence of pilling or leather damage caused by harsh rubbing, chemicals or brushing. Any damages should be immediately reported to Mall Manager along with photo documentation.

**SOLID WASTE COLLECTION**: All solid wastes generated in the building shall be collected and removed to storage areas designated for trash by Mall Management. Ashtrays shall be free of residue, streaks and spots. Note: No tenant porter service at Cottonwood Mall

**SPOT CLEANING WALLS**: Wall surface shall be free of smudges, marks, dirt and spots. These shall have been removed without obvious discoloration.

**STORAGE SPACE**: Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

**STRIPPING**: All old finish or wax shall have been removed. There shall be no evidence of gum, rust, burns or scuffmarks.

**NOTE: UNDER NO CIRCUMSTANCES SHALL DRY STRIPPING METHODS BE USED. THE CONTRACTOR SHALL COMPLY WITH METHODS PRESCRIBED BY FLOOR MANUFACTURER.**

**SUPPORT SERVICES**: The requirements for support services shall be specified by the Mall and accomplished in a timely manner. The Contractor will furnish all equipment and materials.

**SURFACE AND FIXTURE CLEANING**: All fixtures and surfaces shall be clean, bright and there shall be no dust, spots, soil substances, discolorations, rust, green mold, encrustations, or excess moisture.

**SWEEPING, WET MOPPING OR SCRUBBING**: The floors shall be clean and free of dirt, water streaks, mop marks, string, gum, grease, tar, etc., and present an overall appearance of cleanliness. All surfaces, crevices, tracks, baseboards and corners shall be clean and dry.

**SWEEPING (OUTSIDE AREAS)**: Areas including sidewalks and entrances shall be clean of all gum, tar, grease, dirt and trash. No dirt shall be left where sweepings were picked up. Light snow shovelling will be covered under this contact.

**THOROUGH DUSTING**: There shall be no dust streaks. Corners, crevices, mouldings and ledges shall be free of all dust. There shall be no oils, spots or smudges on dust surfaces, including light fixtures and vents, caused by dusting tools.

**THOROUGH SWEEPING**: Floors shall be clean and free of trash and foreign matter. No dirt shall be left in corners, behind radiators, under furniture or behind doors.

JPH

THOROUGH VACUUMING: Carpets shall be clean and free from dust balls, dirt and other debris; nap on carpets shall lie in one direction upon completion of vacuuming.

WALL SPOT CLEANING: Smudges, marks or spots shall have been removed without causing unsightly discoloration.

WALL SURFACES: Walls such as masonry, wood, vinyl, cloth fabric and painted wall surfaces shall be uniformly cleaned free of dust, spots, stains and discolorations.

WINDOW WASHING: Washed glass shall be clean and free of dirt, grime, streaks and excessive moisture and shall not be cloudy. Window sashes, sills, woodwork and other surroundings of interior glass shall be wiped free of drippings and other watermarks. Windows, which require cleaning on both sides, shall have the inside and the outside washed on the same day.

WOOD POLISHING: Wood surfaces shall be clean and free of smudges and residue.

SECTION 3, PART 2, EXHIBIT 4
GENERAL OFFICE SPACE CLEANING MINIMUM FREQUENCIES

1. ROOM CLEANING

Daily Service:

♦ Empty wastebaskets; replace liners and damp wipe, as necessary. Remove trash to designated area.
♦ Clean washbasins and mirrors. Supply paper towels. Clean and fill the soap dispensers.
♦ Clean both sides of plate glass entrance doors and adjacent surfaces to offices within the building to remove finger marks and smudges.
♦ Sweep bare floor and/or vacuum carpet in traffic areas and all other areas as necessary.
♦ Pick up all trash items on floor.
♦ Spot clean walls, doors (within 70" of the floor) and floors to remove all stains.
♦ Dust all horizontal surfaces in room and clean glass desk tops/covers, where applicable.

Weekly Service:

♦ Vacuum full floor area including office spaces if appropriate.
♦ Damp mop all resilient flooring.

Monthly Service:

♦ Damp mop and spray buff all resilient flooring; rotary scrub hard floors and rubber floors.
♦ Thoroughly dust vertical surfaces of furniture and all wall surfaces within reach.
♦ Thoroughly vacuum carpets with vacuum cleaners equipped with brushes and/or beater bars and having appropriate attachments to access all areas.
♦ Damp wipe both sides of glass in doors, partitions, and bookcases, and any other glass within 70" of the floor, including glass in systems furniture.
♦ Trash receptacles removed and washed thoroughly.
♦ Dust air registers, return vents and high ledges.

Semi-Annual Service:

♦ Strip floors and apply a finish if applicable.
♦ Clean carpets, rugs and furniture upholstery.

2. PUBLIC AREAS (CORRIDORS, LOBBIES, FOOD COURT, ENTRANCES, SIDEWALKS AND LOADING DOCKS)

Daily Service or as needed:

♦ Sweep, dust mop and/or vacuum full floor area. Spot clean floors and carpet. Walk-off mats to be vacuumed and spot cleaned to remove any dirt, gum, debris, etc.
♦ All floors are to be maintained according to industry standards and manufacturer's recommendations. For instance; terrazzo floors will be buffed, stone floors scrubbed, etc.
♦ Clean and polish window sills, doorknobs, push bars, kick plates, railings and other metal surfaces.

- ◆ Clean and polish wood surfaces.
- ◆ Spot clean walls, pillars, doors and door frames to remove all marks and dust all surfaces within reach.
- ◆ Damp mop and spray buff all hard and resilient floors, rotary scrub hard floors and rubber tile.
- ◆ Machine all common area flooring including service corridors.
- ◆ Move all food court furniture and machine scrub flooring.
- ◆ Clean both sides of entrance glass and glass surrounding entrance doors.
- ◆ Clean drinking fountains including drain screen area and exterior sides. Remove encrustation/mineral deposits on the bubbler.
- ◆ Empty trashcans, replace liners, damp wipe as necessary and remove trash to designated disposal area.
- ◆ Maintain and clean food court area; wipe down tables, table bases, food trays, chairs/seating, railings and trash cans.
- ◆ Sweep, dust mop and wet mop all hall corridors.
- ◆ Clean soft seating furniture as per manufacturers' recommendations.
- ◆ Clean benches; remove all debris on and under benches, wipe down entire bench.
- ◆ Clean Guest Services Booth, wipe down counters, polish chrome, sweep floor, vacuum matting, dust, etc.
- ◆ Signage/directories; all signs and directories will be wiped down and free of dust and debris.
- ◆ Telephone areas will be wiped down and have graffiti removed.
- ◆ Wipe down, and remove all debris from planters.
- ◆ Strollers and wheelchairs shall be wiped down with sanitizing cleaner.
- ◆ Pick up trash and debris from exterior entrances, sidewalks and loading docks.

Weekly Service

- ◆ Spray and Buff all flooring areas with Terrazzo, Marble or VCT tile.
- ◆ Machine scrub all common area flooring including service corridors.
- ◆ Move all food court furniture and machine scrub flooring.
- ◆ Deep clean strollers, wheelchairs and motorized scooters.
- ◆ Clean walls and chair rails in Service Hallways. Remove dust and spider webs from over head lighting and ceiling corners in Service Hallways.
- ◆ Pressure wash entrances, sidewalks and loading dock areas as needed.

Quarterly Service:

- ◆ Clean and polish metal door thresholds, marble surfaces, and stone wainscoting.
- ◆ Deep clean soft seating carpet areas as per manufacturers' recommendations.
- ◆ Refinish Food Court floor.
- ◆ Pressure wash entrances, sidewalks and loading docks.

Semi-Annual Service:

- ◆ Deep clean carpet/entry mats in entrances/lobbies, corridors and stairways.

GENERAL AREAS

Deep Clean          Inspect

| | Once Per Shift | Inspect Every round | Once Per shift | Weekly | Monthly |
|---|---|---|---|---|---|
| Restrooms | x | x (hourly) | | x (scrub) | |
| Windows | x | x | | | |
| Borders | n/a | n/a | n/a | n/a | n/a |
| Halls | x | x | | | |
| Back Corridors | | x | | x | x |
| Mall Area | x | x | | | |
| Trash Cans | x | x | | | |
| Planters | x | x | | | |
| Information Booth | x | x | | | |
| Water Fountains | x | x | | | |
| Telephone Area | x | x | | | |
| Dust Mop | x | x | | | |
| Benches | x | x | | x (clean) | |
| Walls & Pillars | x | x | | | |
| Signage/Directories | x | x | | | |
| Window Sills | x | x | | | |
| Entrances areas | x | x | | | |
| Floors | x (scrub) | x | | | |
| Exterior/Entrance only | x | x | | x pressure wash | |
| Compactor Pads | x (pick up trash) | x (pick up trash) | x (pick up trash) | x pick up trash | |

## FOOD COURT

| | Deep Clean Once Per Shift | Inspect Every round | Inspect Once Per shift | Weekly | Monthly |
|---|---|---|---|---|---|
| Restrooms | x | x (hourly) | | x (scrub) | |
| Tables | x | x | | | |
| Borders | n/a | n/a | n/a | n/a | n/a |
| Halls | x | x | | | |
| Food Court Area | x | x | | | |
| Trash Cans | x | x | | | |
| Wall Pillars | x | x | | | |
| Information Booth | x | x | | | |
| Water Fountains | x | x | | | |
| Telephone Area | x | x | | | |
| Dust Mop | x | | | | |
| Chairs | x | x | | | |
| Walls & Pillars | x | x | | | |

| Benches | n/a | n/a | n/a | n/a | n/a |
| Signage | x | x | | | |
| Window Sills | x | x | | | |
| Floors | x (scrub) | | | | |

### 3. WINDOWS AND GLASS

Annual Service:

+ Wash both sides of all exterior-building windows, including spandrel glass, glass over and in exterior and vestibule doors, and all plate glass around entrances, lobbies and vestibules, excluding skylights. Any special lifts required should be considered.

### 4. WINDOW TREATMENTS

Bi-Annual Service:

### 5. HIGH CLEANING

Monthly Service:

+ Clean all surfaces and objects in the building which are more than 70 inches above the floor level. This includes all wall and ceiling areas, glass windows and anything affixed to, or included in, these surfaces. Owner shall provide high lift, where available (Contractor will ensure all operators are certified as required by Mall Management).
+ Clean top of temporary tenant (RDP) carts.
+ Clean and wipe down vending machines.

### 6. RESTROOM CLEANING

Daily Service:

+ Sweep and wet mop or scrub floor with a cleaner disinfectant. Surfaces shall be dry and the corners clean.
+ Clean, sanitize and polish all surfaces of fixtures, including toilets, urinals, wash basins, and shower stalls. All plumbing on fixtures shall be wiped clean with products that shall not damage finish. Sink counters will be left dry and free of soap residue.
+ Clean and polish all mirrors, glass, etc.
+ Spot clean doors, walls and partitions to remove dirt, dust and/or stains.
+ Wipe clean all dispensers and replenish as necessary, including paper towel, toilet paper, soap and toilet seat covers. Empty waste receptacles; replace liners and damp wipe, as necessary. Contractor is responsible for notifying Mall Management when the Sharps biohazard containers in the restrooms need to be emptied.
+ Empty, clean, disinfect and replace liners of all sanitary disposal receptacles. If this service is provided by an outside contractor, associated costs should be included in the scope cost.
+ As needed, police restrooms. This includes emptying waste receptacles, replacing liners and damp wipe, as necessary; servicing dispenser, policing room, cleaning wash-basins and mopping in front of urinals. Twice weekly, pour water with disinfectant down floor drains.

<u>Weekly Service:</u>

* Damp mop and spray buff all resilient floors, rotary scrub hard floors and rubber floors.
* Wash down walls and partitions.
* Damp wipe ceiling vents.

<u>Every Two Month Service:</u>

* Damp wipe and disinfect the full surface area of all restroom walls, partitions, doors, windows, window frames, sills, vents and wastepaper receptacles.

<u>Semi-Annual Service:</u>

* Strip and apply floor finish to floors, if necessary.

Compensation: Owner agrees to pay Contractor, as Compensation for the services rendered by Contractor hereunder, the total sum of $1,025,380.00 to be billed monthly for services provided.

## EXHIBIT B (YEAR 1)

Cottonwood Mall
Blue Chip Facility Services                                    Date  7/2/13

### Pricing & Payment

| PAYMENT |
|---|
| ☑ MONTHLY INVOICE – Billing will be accepted monthly, for the prior month's services and paid on a NET 30 Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing. |

| STAFFING | | |
|---|---|---|
| Total Weekly Hours | 420 | Bonus |
| Total Annual Hours | 21,840 | * Identify any bonuses above, but include bonus $'s in direct labor costs |

| INSURANCE |
|---|
| ☑ General liability costs will be capped at the annual contractor budget dollar amount and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit.   5.00% |
| Self Insured for GL:  NO    GL Policy Deductible:  $    1,000 |

| OVERHEAD & PROFIT | |
|---|---|
| Overhead Margin | 8.75% |
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |
| All labor, service contract expenses, materials & supplies will be billed at the variable cost plus the margins listed above and the negotiated 7% rent per IB/ statutory of. Insurance is to be billed as outlined above. | |

| MATERIALS & SUPPLIES | |
|---|---|
| Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. NOTE: Must match total of the Direct Supply Costs in the Janitorial Budget section. | |
| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | $ |

### JANITORIAL BUDGET

| | Janitorial IN | Janitorial OUT | Food Court | Sweeping | TOTAL |
|---|---|---|---|---|---|
| Direct Labor Costs | $ 232,190.40 | $ - | $ - | $ - | $ 232,190.40 |
| Direct Supply Costs | $ - | $ - | $ - | $ - | $ - |
| Subcontracts | $ - | $ - | $ - | $ - | $ - |
| Benefit Burden | $ 4,800.00 | $ - | $ - | $ - | $ 4,800.00 |
| Statutory Burden | $ 24,565.74 | $ - | $ - | $ - | $ 24,565.74 |
| Workers Comp | $ 9,287.62 | $ - | $ - | $ - | $ 9,287.62 |
| GL Insurance | $ 11,609.52 | $ - | $ - | $ - | $ 11,609.52 |
| Overhead | $ 17,655.04 | $ - | $ - | $ - | $ 17,655.04 |
| Rent | $ - | $ - | $ - | $ - | $ - |
| Profit | $ 10,462.25 | $ - | $ - | $ - | $ 10,462.25 |
| Sales Tax  7.10% | $ 22,320.71 | $ - | $ - | $ - | $ 22,320.71 |
| TOTAL: | $ 332,891.28 | $ - | $ - | $ - | $ 332,891.28 |

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed to writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials    SPG  ___          Contractor ___

Exhibit "B"- 1 OF 2 (Year 1)

## EXHIBIT "B" (Year 1) con't
## LABOR RATES

**Cottonwood Mall**                                              DATE        7/2/2015
**Blue Chip Facility Services**

| PROPOSED NEW HIRE RATES | |
|---|---|
| Housekeeping Manager | $ 21.03 |
| Ass't HS Manager | $ |
| Supervisor Level 1 | $ 10.50 |
| Supervisor Level 2 | $ 10.50 |
| Supervisor Level 3 | $ |
| Porter Level 1 | $ 9.50 |
| Porter Level 2 | $ 9.50 |
| Porter Level 3 | $ 9.25 |
| Porter Level 4 | $ 8.75 |
| Porter Level 5 | $ |
| LIST AS APPLICABLE TO YOUR INVOICING | |

| APPLICABLE STATUTORY BURDEN RATES | |
|---|---|
| Current Federal Statutory Burden % | 8.26% |
| Current State Statutory Burden % | 2.33% |
| Current Local Statutory Burden % | 0.00% |

| WORKERS COMPENSATION | | | |
|---|---|---|---|
| Current Workers Comp % | 4.00% | Self Insured for WC: | NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: | N/A |

| APPLICABLE BENEFIT BURDEN RATES (monthly) | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | $ |
| FT NON-MANAGEMENT BENEFIT Burden $ | $ |
| PT NON-MANAGEMENT BENEFIT Burden % | $ |
| FULL MEDICAL Burden $ | $ 400.00 |
| DENTAL Burden $ | $ |
| FULL FAMILY MEDICAL Burden $ | $ |
| OTHER MEDICAL Burden $ | $ |
| | |
| TAX OTHER THAN SALES TAX (SPECIFY) | $ |

| OTHER | |
|---|---|
| Background Test (Cost Per New Hire) | $ 80.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |
| Holiday Calculation (attached holiday policy and pay structure) | |

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note if Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials        SPG ___        Exhibit "B" 2 OF 2 (Year 1)        Contractor ___

## EXHIBIT B (Year 2)

Cottonwood Mall
Blue Chip Facility Services

Date 7/2/15

### Pricing & Payment

#### PAYMENT

☑ MONTHLY INVOICE - Billing will be accepted monthly, for the prior month's services, and paid on a NET 30-Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing.

#### STAFFING

| Total Weekly Hours | 420 | Bonus | |
|---|---|---|---|
| Total Annual Hours | 21,840 | * Identify any bonuses above, but include bonus $'s in direct labor costs | |

#### INSURANCE

☑ General liability costs will be capped at the annual contractor budget-dollar amount and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit.    5.00%

Self Insured for GL: Yes    GL Policy Deductible: $1,000

#### OVERHEAD & PROFIT

| Overhead Margin | 7.00% |
|---|---|
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |

All labor, service contract expenses, materials & supplies will be billed at the vendors cost plus the charges listed above and the negotiated 7% rent IF APPLICABLE. Insurance is to be billed as outlined above.

#### MATERIALS & SUPPLIES

Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. NOTE: Must match

| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | |
|---|---|

#### JANITORIAL BUDGET

| | Janitorial IN | Janitorial OUT | Food Court | Sweeping | TOTAL |
|---|---|---|---|---|---|
| Direct Labor Costs | $ 238,420.00 | $ - | $ - | $ - | $ 238,420.00 |
| Direct Supply Costs | $ - | $ - | $ - | $ - | $ - |
| Subcontracts | $ - | $ - | $ - | $ - | $ - |
| Benefit Burden | $ 4,800.00 | $ - | $ - | $ - | $ 4,800.00 |
| Statutory Burden | $ 25,224.84 | $ - | $ - | $ - | $ 25,224.84 |
| Workers Comp | $ 9,536.80 | $ - | $ - | $ - | $ 9,536.80 |
| GL Insurance | $ 11,921.00 | $ - | $ - | $ - | $ 11,921.00 |
| Overhead | $ 18,791.14 | $ - | $ - | $ - | $ 18,791.14 |
| Rent | $ - | $ - | $ - | $ - | $ - |
| Profit | $ 10,737.79 | $ - | $ - | $ - | $ 10,737.79 |
| Sales Tax 7.00% | $ 22,957.55 | $ - | $ - | $ - | $ 22,957.55 |
| TOTAL: | $ 342,389.12 | $ - | $ - | $ - | $ 342,389.12 |

NOTE: All contents of this offer which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager OR REQUEST FOR INCREASE FORM.

Initials SPG    Contractor

Exhibit "B"- 1 OF 2 (Year 2)

## EXHIBIT "B" (Year 2) con't
## LABOR RATES

Cottonwood Mall            DATE     7/2/2015

Blue Chip FacilityServices

| PROPOSED NEW HIRE RATES | |
|---|---|
| Housekeeping Manager | $ 22.25 |
| Ass't HS Manager | $ |
| Supervisor Level 1 | $ 10.75 |
| Supervisor Level 2 | $ 10.75 |
| Supervisor Level 3 | $ |
| Porter Level 1 | $ 9.75 |
| Porter Level 2 | $ 9.75 |
| Porter Level 3 | $ 9.50 |
| Porter Level 4 | $ 9.00 |
| Porter Level 5 | $ |
| LIST AS APPLICABLE TO YOUR INVOICING | |

| APPLICABLE STATUTORY BURDEN RATES | |
|---|---|
| Current Federal Statutory Burden % | 8.25% |
| Current State Statutory Burden % | 2.83% |
| Current Local Statutory Burden % | 0.00% |

| WORKERS COMPENSATION | | | |
|---|---|---|---|
| Current Workers Comp % | 4.00% | Self Insured for WC: | NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: | N/A |

| APPLICABLE BENEFIT BURDEN RATES (monthly) | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | |
| FT NON-MANAGEMENT BENEFIT Burden $ | |
| PT NON-MANAGEMENT BENEFIT Burden % | |
| FULL MEDICAL Burden $ | |
| DENTAL Burden $ | |
| FULL FAMILY MEDICAL Burden $ | |
| OTHER MEDICAL Burden $ | |

| TAX OTHER THAN SALES TAX (SPECIFY) | $ |
|---|---|

| OTHER | |
|---|---|
| Background Test (Cost Per New Hire) | $ 50.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |

Holiday Calculation (attached holiday policy and pay structure)

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note If Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials    SPG        Exhibit "B" 2 OF 2 (Year 2)      Contractor

# EXHIBIT B (Year 3)

Cottonwood Mall
Blue Chip Facility Services

Date __7/2/15__

### Pricing & Payment

| PAYMENT |
|---|
| ☒ MONTHLY INVOICE - Billing will be accepted monthly, for the prior month's services and paid on a NET-30 Days basis. Contractor is required to submit applicable rent checks, for the period being invoiced, with the invoices, when submitted for payment. Any invoice submitted without the applicable rent payment will be returned to the vendor for proper processing. |

| STAFFING | | | |
|---|---|---|---|
| Total Weekly Hours | 420 | Bonus | |
| Total Annual Hours | 21,840 | | * Identify any bonuses above, but include bonus $'s in direct labor costs |

| INSURANCE | |
|---|---|
| ☒ General liability costs will be capped at the annual contractor budget dollar amount and billed as a percent of direct labor cost excluding premium pay, burden, overhead & profit. | 5.00% |
| Self Insured for GL: No    GL Policy Deductible: | $1000 |

| OVERHEAD & PROFIT | |
|---|---|
| Overhead Margin | 7.00% |
| Rent (if applicable) | 0.00% |
| Profit Margin | 4.00% |
| All labor, service contract expenses, materials & supplies will be billed at the vendor cost plus the margins listed above and the negotiated 7% rent if APPLICABLE. Increments to be billed as outlined above. | |

| MATERIALS & SUPPLIES |
|---|
| Contractor is required to maintain a current price list (Exhibit C) for all materials and supplies that are provided, on site, throughout the term of the contract. Any changes to the unit pricing list must be approved by mall management. NOTE: Must match |

| MATERIAL AND SUPPLY CONTRACTOR ANNUAL BUDGET | $ |
|---|---|

## JANITORIAL BUDGET

| | Janitorial IN | Janitorial OUT | Food Court | Sweeping | TOTAL |
|---|---|---|---|---|---|
| Direct Labor Costs | $ 243,880.00 | $ | $ | $ | $ 243,880.00 |
| Direct Supply Costs | $ | $ | $ | $ | $ - |
| Subcontracts | $ | $ | $ | $ | $ |
| Benefit Burden | $ 4,800.00 | $ | $ | $ | $ 4,800.00 |
| Statutory Burden | $ 25,802.50 | $ - | $ - | $ - | $ 25,802.50 |
| Workers Comp | $ 9,755.20 | $ - | $ - | $ - | $ 9,755.20 |
| GL Insurance | $ 12,194.00 | $ - | $ - | $ - | $ 12,194.00 |
| Overhead | $ 19,213.78 | $ - | $ - | $ - | $ 19,213.78 |
| Rent | $ - | $ | $ | $ | $ - |
| Profit | $ 10,979.30 | $ - | $ - | $ - | $ 10,979.30 |
| Sales Tax 7.5% | $ 23,474.52 | $ | $ | $ | $ 23,474.52 |
| TOTAL: | $ 350,099.30 | $ - | $ - | $ - | $ 350,099.30 |

NOTE: All portions of this RFP which are cost plus are subject to change anytime/depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON THE ORDER FOR INCREASE FORM.

Initials    SPG ___    Contractor ___

Exhibit "B"- 1 OF 2 (Year 3)

## EXHIBIT "B" (Year 3) con't
## LABOR RATES

Cottonwood Mall
Blue Chip FacilityServices     DATE   7/2/2015

### PROPOSED NEW HIRE RATES

| | |
|---|---|
| Housekeeping Manager | $ 22.50 |
| Ass't HS Manager | $ |
| Supervisor Level 1 | $ 11.00 |
| Supervisor Level 2 | $ 11.00 |
| Supervisor Level 3 | $ |
| Porter Level 1 | $ 10.00 |
| Porter Level 2 | $ 10.00 |
| Porter Level 3 | $ 9.75 |
| Porter Level 4 | $ 9.25 |
| Porter Level 5 | $ |

LIST AS APPLICABLE TO YOUR INVOICING

### APPLICABLE STATUTORY BURDEN RATES

| | |
|---|---|
| Current Federal Statutory Burden % | 9.25% |
| Current State Statutory Burden % | 2.33% |
| Current Local Statutory Burden % | 0.00% |

### WORKERS COMPENSATION

| | | | |
|---|---|---|---|
| Current Workers Comp % | 14.00% | Self Insured for WC: | NO |
| Current WC Experience Modifier | 0.78 | WC Policy Deductible: | N/A |

### APPLICABLE BENEFIT BURDEN RATES (monthly)

| | |
|---|---|
| FTE MANAGER/ SUPERVISOR BENEFIT Burden $ | $ |
| FT NON-MANAGEMENT BENEFIT Burden $ | $ |
| PT NON-MANAGEMENT BENEFIT Burden % | $ |
| FULL MEDICAL Burden $ | $ |
| DENTAL Burden $ | $ |
| FULL FAMILY MEDICAL Burden $ | $ |
| OTHER MEDICAL Burden $ | $ |
| TAX OTHER THAN SALES TAX (SPECIFY) | $ |

### OTHER

| | |
|---|---|
| Background Test (Cost Per New Hire) | $ 50.00 |
| Overtime Calculation (multiplier over straight time) | 1.50 |

Holiday Calculation (attached holiday policy and pay structure)

When an employee works on a holiday they would get time and half unless agreed to previous rate..

Note if Applicable: All union dues, benefits, training etc. as required and billed for

NOTE: All contents of this RFP which are cost plus are subject to change anytime depending on the economic climate or any other business related condition. All changes to any items must be agreed in writing by both the vendor and the Mall Manager ON REQUEST FOR INCREASE FORM.

Initials   SPG_AJ     Exhibit "B" 2 OF 2 (Year 3)     Contractor DJA

Cottonwood Mall
Blue Chip FacilityServices

## Management/Supervision Staffing Schedule

| Position | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Weekly Hours |
|---|---|---|---|---|---|---|---|---|
| | OFF | 7a-330p | 7a-330p | OFF | 7a-330p | 7a-330p | 7a-330p | 40 |
| | OFF | OFF | 7a-330p | 7a-330p | 7a-330p | 7a-330p | 7a-330p | 40 |
| | 7a-330p | 7a-330p | OFF | OFF | 230p-11p | 230p-11p | 10a-630p | 40 |
| | 1230p-9p | 230p-11p | 230p-11p | 230p-11p | OFF | OFF | 230p-11p | 40 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | TOTAL: 120 |

Instructions: Include MANAGEMENT, SUPERVISORY AND ADMIN staffing. This includes line-level working shift supervisors. Change the position title column to reflect the accurate title.

Cottonwood Mall
Blue Chip Facility Services

## Common Area Janitorial Staffing Schedule - CAM IN (504210.341)

| HOURS | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| | | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| | | 3 | 2 | 2 | 3 | 3 | 3 | 16 |
| | | 3 | 2 | 2 | 3 | 3 | 4 | 17 |
| | 4 | 3 | 2 | 2 | 3 | 3 | 5 | 22 |
| | 4 | 3 | 2 | 2 | 3 | 3 | 5 | 22 |
| | 4 | 3 | 2 | 2 | 3 | 3 | 5 | 22 |
| | 4 | 3 | 2 | 2 | 3 | 3 | 5 | 22 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | 4 | 3 | 3 | 3 | 3 | 3 | 5 | 24 |
| | | 3 | 3 | 3 | 3 | 3 | 4 | 19 |
| | | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| | | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| | | | | | | | | 0 |
| TOTAL: | 48 | 63 | 47 | 47 | 63 | 63 | 79 | 380 |

Instructions: Include ONLY LINE-LEVEL staffing. Do not include Janitorial/Housekeeping Managers, Assistants or Shift Supervisors in this schedule. These individuals will be notated in the Management/Supervision Staffing spreadsheet. Indicate the number of personnel assigned to each hourly block on the schedule. Do not include seasonal employees.

Cottonwood Mall

Blue Chip Facility Services

## Common Area Janitorial Staffing Schedule - CAM OUT (504310.341)

| HOURS | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| TOTAL: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Instructions: Include ONLY LINE-LEVEL staffing. Do not include Janitorial/Housekeeping Manager, Assistants or Shift Supervisors in this schedule. These individuals will be notated in the Management Supervision Staffing spreadsheet. Indicate the number of personnel assigned to each hourly block on the schedule. Do not include seasonal employees.

Cottonwood Mall

Blue Chip FacilityServices

## Common Area Interior Landscaping Schedule - CAM IN (505210.341)

| HOURS | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| TOTAL: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Instructions: Include ONLY LINE-LEVEL staffing. Do not include Janitorial/Housekeeping Manager, Assistants or Shift Supervisors in this schedule. These individuals will be notated in the Management/Supervision Staffing spreadsheet. Indicate the number

Cottonwood Mall

Blue Chip Facility Services

## Common Area Janitorial Staffing Schedule - FOOD COURT (507210.341)

| HOURS | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| TOTAL: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Instructions: Include ONLY LINE-LEVEL staffing. Do not include Janitorial/Housekeeping Manager, Assistants or Shift Supervisors in this schedule. These individuals will be included in the Management/Supervision Staffing spreadsheet. Indicate the number of personnel assigned to each hourly block on the schedule. Do not include seasonal employees.